

## MEISTER SEELIG & FEIN LLP

ATTORNEYS AT LAW

125 Park Avenue, 7th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535
www.meisterseelig.com

Stephen B. Meister
*Partner*
Direct: (212) 655-3551
Fax: (646) 539-3651
sbm@msf-law.com

January 28, 2015

**UNDER SEAL**

*Via Facsimile to (914) 390-4278*

The Honorable Cathy Seibel
United States District Judge
United States District Court for the
  Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

Re: <u>U.S. ex. rel. Amico et al. v. Citigroup, Inc., et al</u> 14 Civ. 4370 (CS) (Under Seal)

Dear Judge Seibel:

We represent realtors Joseph Amico and Matthew Mayers in the referenced *qui tam* action. I write in response to the Government's letter of January 26, 2015, in which it seeks a further two-week extension of the Government's time to submit its reply brief, from January 28, 2015 to February 11, 2015. According to the Government's letter, the requested extension is necessary to permit the Government to coordinate with "multiple government agencies and various components within those agencies" regarding "certain legal arguments" raised in Relators' opposition, and to allow the Government to obtain the "requisite approvals."

Relators note that this is the Government's second request for an extension, having sought and obtained Relators' consent to a previous two-week adjournment, from January 14, 2015 to January 28, 2015. As such, Relators consent to the requested adjournment on condition that this is the final extension.

Lastly, absent additional information, Relators cannot pass on the propriety of the Government's consultation with "government agencies," or the need for their "approvals." Consequently, to the extent the Government's forthcoming reply papers impermissibly raise new issues of fact, Relators reserve the right to seek the Court's permission to respond to such matters in an appropriate sur-reply.

CONNECTICUT        NEW JERSEY        CALIFORNIA        MASSACHUSETTS



MEISTER SEELIG & FEIN LLP

Hon. Cathy Seibel
January 28, 2015
Page 2

Relators thank the Court for its consideration.

Respectfully submitted,

Stephen B. Meister

cc: Assistant U.S. Attorney Rebecca C. Martin, Esq. (*via email*)