1

1              UNITED STATES DISTRICT COURT
               DISTRICT OF SOUTH CAROLINA
2                 ROCK HILL DIVISION

3   ------------------------------------

4   UNITED STATES OF AMERICA, et al.,    CV NO.: 0:10-1465
    ex rel. Lynn E. Szymoniak,        Columbia, SC
5                               May 28, 2014

6          Plaintiff

7     -against-

8   AMERICAN HOME MORTGAGE SERVICING,
    et al.,

9         Defendants

10  ------------------------------------

11

12       BEFORE HON. JOSEPH F. ANDERSON, JR.
         UNITED STATES DISTRICT COURT JUDGE
13               MOTION HEARING

14  APPEARANCES:

15
   FOR PLAINTIFFS:      RICHARD A. HARPOOTLIAN LAW FIRM
16                BY:  RICHARD A. HARPOOTLIAN, ESQ.
                 1410 Laurel Street
17              Columbia, SC  29201

18              GRANT & EISENHOFER, P.A.
                 BY:  JAMES J. SABELLA, ESQ.
19              485 Lexington Avenue, 29th Floor
                 New York, NY  10017
20
               GRANT & EISENHOFER, P.A.
21              BY:  REUBEN A. GUTTMAN, ESQ.
                 1747 Pennsylvania Avenue
22              Washington, DC  20006

23

24

25

2

```
 1   FOR UNITED STATES:    HON. WILLIAM N. NETTLES
                           UNITED STATES ATTORNEY
 2                         BY:  FRANCES C. TRAPP
                           ELIZABETH C. WARREN
 3                         Assistant U.S. Attorneys
                           1441 Main Street
 4                         Columbia, SC  29201

 5   FOR BANK OF           E. BART DANIEL LAW OFFICE
     AMERICA:              BY:  E. BART DANIEL, ESQ.
 6                         P.O. Box 856
                           Charleston, SC  29402
 7
                           SIDLEY, AUSTIN, LLP
 8                         BY:  DOUGLAS A. AXEL, ESQ.
                           555 West Fifth Street
 9                         Los Angeles, CA  90013

10   FOR BANK OF           WYCHE LAW OFFICE
     NEW YORK MELLON       BY:  ALICE W. W. "TALLY" PARHAM, ESQ.
11   CORP.:                801 Gervais Street, Suite B
                           Columbia, SC  29201
12
                           MAYER BROWN, LLP
13                         BY:  CHRISTOPHER J. HOUPT, ESQ.
                           1675 Broadway
14                         New York, NY  10019

15                         MAYER BROWN, LLP
                           BY:  MICHAEL B. KIMBERLY, ESQ.
16                         1999 K Street NW
                           Washington, DC  20006
17
     FOR CITIBANK          NELSON MULLINS, LLP
18   AND CITIMORTGAGE,     BY:  A. MATTISON BOGAN, ESQ.
     INC.:                 1320 Main Street
19                         Columbia, SC  29201

20                         PAUL WEISS
                           BY:  MARIA T. VULLO, ESQ.
21                         1285 Avenue of the Americas
                           New York, NY  10019
22
     FOR DEUTSCHE          MORGAN LEWIS
23   BANK NATIONAL         BY:  MICHAEL S. KRAUT, ESQ.
     TRUST CO.:            101 Park Avenue
24                         New York, NY  10178

25
```

Case 7:14-cv-04370-CS Document 43-2 Filed 08/07/15 Page 3 of 64
0:10-cv-01465-JFA Date Filed 06/02/14 Entry Number 375 Page 3 of 116

3

```
 1   FOR DOCX, LLC           CARL MULLER LAW
     and LENDER             BY:  CARL F. MULLER, ESQ.
 2   PROCESSING             607 Pendleton Street, Suite 601
     SERVICES:              Greenville, SC  29601
 3
                            DICKSTEIN SHAPIRO, LLP
 4                          BY:  BARBARA "BIZ" VAN GELDER, ESQ.
                                 CHRISTOPHER J. ALLEN, ESQ.
 5                          1825 Eye Street NW
                            Washington, DC  20006
 6
     FOR HOMEWARD,          SCHMIDT & COPELAND
 7   LITTON AND OCWEN:      BY:  MELISSA J. COPELAND, ESQ.
                            1201 Main Street, Suite 1100
 8                          Columbia, SC  29201
 9                          McGLINCHEY STAFFORD
                            BY:  GERARD E. WIMBERLY, JR., ESQ.
10                               MELISSA H. HARRIS, ESQ.
                                 ERIC SCHMIDT, ESQ.
11                          601 Poydras Street, 12th Floor
                            New Orleans, LA  70130
12
     FOR HSBC BANK          NELSON MULLINS, LLP
13   AND HSBC MORTGAGE:     BY:  B. RUSH SMITH, III, ESQ.
                            1320 Main Street
14                          Columbia, SC  29201
15                          MAYER BROWN, LLP
                            BY:  MICHAEL O. WARE, ESQ.
16                          1675 Broadway
                            New York, NY  10019
17
     FOR JP MORGAN          MORGAN, LEWIS & BOCKIUS
18   CHASE:                 BY:  ROBERT M. BROCHIN, ESQ.
                            200 S. Biscayne Blvd., Suite 5300
19                          Miami, FL  33131
20   FOR SAXON              NELSON MULLINS, LLP
     MORTGAGE:              BY:  THAD H. WESTBROOK, ESQ.
21                          1320 Main Street
                            Columbia, SC  29201
22
                            BINGHAM McCUTCHEN, LLP
23                          BY:  MARY GAIL GEARNS, ESQ.
                                 COLLEEN O'LOUGHLIN, ESQ.
24                          399 Park Avenue
                            New York, NY  10022
25
```

4

```
 1   FOR U.S. BANK:        WOMBLE CARLYLE
                           BY:  JANA B. BAKER, ESQ.
 2                         5 Exchange Street
                           Charleston, SC  29401
 3
                           REED SMITH
 4                         BY:  MEL BERAS, ESQ.
                           1301 K Street, NW
 5                         Suite 1100, East Tower
                           Washington, DC  20005
 6
     FOR WELLS FARGO:      K&L GATES
 7                         BY:  JULIUS HINES, ESQ.
                           134 Meeting Street
 8                         Charleston, SC  29401

 9                         K&L GATES
                           BY:  AMY PRITCHARD WILLIAMS, ESQ.
10                         214 North Tryon Street, 47th Floor
                           Charlotte, NC  28202
11

12   COURT REPORTER:       DANIEL E. MAYO, RDR
                           Certified Realtime Reporter
13                         901 Richland Street
                           Columbia, SC  29201
14

15              STENOTYPE/COMPUTER-AIDED TRANSCRIPTION

16

17

18

19

20

21

22

23

24

25
```

Case 7:14-cv-04370-CS  Document 43-2  Filed 08/07/15  Page 5 of 64
0:10-cv-01465-JFA   Date Filed 06/02/14   Entry Number 375   Page 5 of 116

5

1        THE COURT:  All right.  We're back in the case of

2   Szymoniak versus American home Mortgage Servicing and others.

3   Did we note the appearances for all the attorneys?  Is that

4   necessary at this time?  Does the court reporter have -- let's

5   go down the list then.  Let's see who's here on behalf of the

6   plaintiffs and then we will go to the defendants.

7        MR. HARPOOTLIAN:  On behalf of plaintiffs, Dick

8   Harpootlian.  This is Reuben Guttman and Jim Sabella.

9        MS. TRAPP:  On behalf of United States, Fran Trapp

10  and Beth Warren.

11        THE COURT:  All right.

12        MR. WIMBERLY:  Your Honor --

13        THE COURT:  Start here and work our way around.

14        MR. WIMBERLY:  On behalf of Homeward, Jerry Wimberly.

15  I'm accompanied Melissa Harris of my office and Missy

16  Copeland.

17        MR. HOUPT:  Good morning, your Honor.  Christopher

18  Houpt of Mayer Brown.  With me is my colleague Michael

19  Kimberly.  In the back of the gallery is Alice Parham.

20        MR. WESTBROOK:  Good morning, your Honor.  Thad

21  Westbrook on behalf of Saxon Mortgage along with Mary Gail

22  Gearns and Colleen O'Loughlin.

23        MR. MULLER:  Your Honor, Carl Muller here on behalf

24  of DocX and Lender Processing Services along with Christopher

25  Allen and Barbara Van Gelder.

1          MR. BOGAN:  Your Honor, Matt Bogan here on behalf of

2  Citibank and CitiMortgage.  And with me today is Maria Vullo

3  from Paul Weiss.

4          MR. DANIEL:  Bart Daniel on behalf of Bank of America

5  Corporation.  With me is Mr. Doug Axel.

6          MR. BROCHIN:  Bob Brochin on behalf of JP Morgan

7  Chase.

8          MR. HINES:  Julius Hines here on behalf of Wells

9  Fargo, and with me is Amy Pritchard Williams.

10         THE COURT:  Okay.

11         MR. KRAUT:  Good morning, your Honor.  Michael Kraut,

12  Morgan Lewis & Bockius, here for defendants Deutsche Bank

13  National Trust Company and Deutsche Bank Trust Company

14  Americas.

15         THE COURT:  All right.

16         MS. BAKER:  Good morning, your Honor.  Jana Baker on

17  behalf of U.S. Bank with Mel Beras.

18         MR. SMITH:  Rush Smith for HSBC, and Mike Ware.

19         THE COURT:  All right.  If y'all want to -- you don't

20  have to stand up.  Y'all want to get a seat over here?

21         MR. DANIEL:  I'm fine, your Honor.

22         THE COURT:  Let's begin by narrowing down what

23  remains at issue in this case.  At the last hearing we

24  dismissed all claims of any type against all parties for

25  conduct that occurred before March 23 of 2010.  And then

Case 7:14-cv-04370-CS  Document 43-2  Filed 08/07/15  Page 7 of 64
0:10-cv-01465-JFA  Date Filed 06/02/14  Entry Number 375  Page 7 of 116

7

1   before this hearing the plaintiffs filed a notice of voluntary

2   dismissal, first of all, as to the five so-called released

3   defendants who entered a partial settlement while this case

4   was still under seal.  The plaintiffs proposed to drop all

5   remaining claims against those five defendants.

6        And then the plaintiffs also proposed to voluntarily

7   dismiss all the securitization claims, or sometimes referred

8   to as MBS claims, that arose after March 23, 2010.  And when

9   that came in last week we requested input from the government

10  because the statute technically says the government must

11  consent and give its reasons.  The government has now

12  consented and given its reasons.

13       So the first thing we need to do is find out -- I

14  found the reasons to be sufficient.  I think the government

15  has articulated a sufficient basis for a dismissal without

16  prejudice, so it appears to me that the statute has been

17  satisfied.

18       Does any party on any side of this case wish to

19  challenge the sufficiency of the government's consent?

20       All right.  Then I guess that means that the released

21  defendants are now out of this case completely.  The attorneys

22  for those parties are welcome to stay if you want to, you

23  don't have to stay.  But they are out and we will enter a

24  written order.

25       Let me say last time there was some confusion because

Case 7:14-cv-04370-CS   Document 43-2   Filed 08/07/15   Page 8 of 64
0:10-cv-01465-JFA   Date Filed 06/02/14   Entry Number 375   Page 8 of 116

8

1  the clerk went ahead and did a docket entry as to my rulings,

2  but I indicated I was going to do a written order.  And I

3  think today I need to do a written order on everything I do

4  one way or the other.  So there won't be any docket entries

5  memorializing what was done until my order gets filed.  Okay?

6  All right.

7              MR. HINES:  Do we understand you will enter an

8  order --

9              THE COURT:  You will get an order dismissing without

10  prejudice the remaining claims.

11              MS. VULLO:  That's without prejudice as to the United

12  States.

13              THE COURT:  Right, without prejudice to the United

14  States.  I should have said that, right.

15              MS. VULLO:  Thank you, your Honor.

16              THE COURT:  Now, I think my law clerk tells me we

17  have nine banks remaining now and we're looking at claims that

18  postdate or claims for conduct that postdates March 23, 2010.

19  The securitization claims or the MBS claims are now out, so we

20  only are looking at the HUD claims.

21              And let me first confess my ignorance here.  I

22  thought while this case was pending in its early stages that

23  the basis for the claim was as follows.  I want to be

24  corrected on this, make sure I am -- do need to be corrected.

25  I thought when a borrower made a loan with Bank A, Bank A

# U.S. District Court
## District of South Carolina (Rock Hill)
## CIVIL DOCKET FOR CASE #: 0:10-cv-01465-JFA

USA et al v. American Home Mortgage Servicing Inc et al
Assigned to: Honorable Joseph F Anderson, Jr
related Case: 0:13-cv-00464-JFA
Cause: 31:3729 False Claims Act

Date Filed: 06/04/2010
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**USA**
*Ex rel*

represented by **Frances C Trapp**
US Attorneys Office
1441 Main Street
Suite 500
Columbia, SC 29201
803-929-3000
Fax: 803-733-5966
Email: fran.trapp@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lynn E Szymoniak**

represented by **Kenneth M Suggs**
Janey, Jenner & Suggs
500 Taylor Street
Columbia, SC 29201
803-726-0050
Fax: 803-727-1059
Email: ksuggs@medlawlegalteam.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A Harpootlian**
Richard A. Harpootlian Law Office
1410 Laurel Street
Columbia, SC 29201
803-252-4848
Email: rah@harpootlianlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher P Kenney**
Richard A. Harpootlian Law Office
1410 Laurel Street
Columbia, SC 29201
803-252-4848

Email: cpk@harpootlianlaw.com
*ATTORNEY TO BE NOTICED*

**Elizabeth H Shofner**
Grant and Eisenhofer
485 Lexington Avenue
New York, NY 10017
646-722-8500
Fax: 646-722-8501
Email: lshofner@gelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James J Sabella**
Grant and Eisenhofer
485 Lexington Avenue
New York, NY 10017
646-722-8500
Fax: 646-722-8501
Email: jsabella@gelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jay W Eisenhofer**
Grant and Eisenhofer
485 Lexington Avenue
New York, NY 10017
646-722-8500
Fax: 646-722-8501
Email: jeisenhofer@gelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A Williams**
Grant and Eisenhofer
123 Justison Street
Wilmington, DE 19801
302-622-7000
Fax: 302-622-7100
Email: jwilliams@gelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin K Victor**
Grant and Eisenhofer
123 Justison Street
Wilmington, DE 19801
302-622-7000
Fax: 302-622-7100
Email: jvictor@gelaw.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Reuben A Guttman**
Grant and Eisenhofer
1747 Pennsylvania Avenue NW
Suite 875
Washington, DC 20006
202-386-9500
Fax: 202-386-9505
Email: rguttman@gelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
Grant and Eisenhofer
123 Justison Street
Wilmington, DE 19801
302-622-7188
Email: sgrant@gelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**California, State of**
*Ex rel*

represented by **Richard A Harpootlian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Delaware, State of**
*Ex rel*

represented by **Richard A Harpootlian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Florida, State of**
*Ex rel*

represented by **Richard A Harpootlian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hawaii, State of**
*Ex rel*

represented by **Richard A Harpootlian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Illinois, State of**
*Ex rel*

represented by **Richard A Harpootlian**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Indiana, State of**                    represented by    **Richard A Harpootlian**
*Ex rel*                                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Massachusetts, State of**              represented by    **Richard A Harpootlian**
*Ex rel*                                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Minnesota, State of**                  represented by    **Richard A Harpootlian**
*Ex rel*                                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Montana, State of**                    represented by    **Richard A Harpootlian**
*Ex rel*                                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nevada, State of**                     represented by    **Richard A Harpootlian**
*Ex rel*                                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**New Hampshire, State of**              represented by    **Richard A Harpootlian**
*Ex rel*                                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**New Jersey, State of**                 represented by    **Richard A Harpootlian**
*Ex rel*                                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**New Mexico, State of**                 represented by    **Richard A Harpootlian**
*Ex rel*                                                    (See above for address)
                                                            *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**New York, State of**
*Ex rel*

represented by **Richard A Harpootlian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**North Carolina, State of**
*Ex rel*

represented by **Richard A Harpootlian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oklahoma, State of**
*Ex rel*

represented by **Richard A Harpootlian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rhode Island, State of**
*Ex rel*

represented by **Richard A Harpootlian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Virginia, State of**
*Ex rel*

represented by **Richard A Harpootlian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Columbia, District of**
*Ex rel*

represented by **Richard A Harpootlian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chicago, City of**
*Ex rel*

represented by **Richard A Harpootlian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**New York, City of**
*Ex rel*

represented by **Richard A Harpootlian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Movant**

Ocwen Loan Servicing, LLC                    represented by    **Melissa J Copeland**
                                                                Schmidt and Copeland
                                                                PO Box 11547
                                                                Columbia, SC 29201
                                                                803-748-1342
                                                                Email:
                                                                missy.copeland@thesclawfirm.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

American Home Mortgage Servicing           represented by    **Melissa J Copeland**
Inc                                                             (See above for address)
*TERMINATED: 07/25/2014*                                        *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Daniel T Plunkett**
                                                                McGlinchey Stafford
                                                                601 Poydras Street
                                                                12th Floor
                                                                New Orleans, LA 70130
                                                                504-596-2778
                                                                Fax: 504-596-2800
                                                                Email: dplunkett@mcglinchey.com
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **David R Dugas**
                                                                McGlinchey Stafford
                                                                301 Main Street
                                                                14th Floor
                                                                Baton Rouge, LA 70801
                                                                225-382-3732
                                                                Fax: 225-343-3076
                                                                Email: ddugas@mcglinchey.com
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Dylan T Thriffiley**
                                                                McGlinchey Stafford
                                                                601 Poydras Street
                                                                12th Floor
                                                                New Orleans, LA 70130
                                                                504-586-1200

Email: dthriffiley@mcglinchey.com
*TERMINATED: 01/15/2014*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gabriel A Crowson**
McGlinchey Stafford
601 Poydras Street
12th Floor
New Orleans, LA 70130
504-596-2839
Fax: 504-596-2800
Email: gcrowson@mcglinchey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gerard E Wimberly , Jr**
McGlinchey Stafford
601 Poydras Street
12th Floor
New Orleans, LA 70130
504-596-2857
Fax: 504-596-2800
Email: gwimberly@mcglinchey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melissa H Harris**
McGlinchey Stafford
601 Poydras Street
12th Floor
New Orleans, LA 70130
504-586-1200
Fax: 504-596-2800
Email: mharris@mcglinchey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Saxon Mortgage Services Inc**          represented by   **James Lehman**
*TERMINATED: 07/25/2014*                                 Nelson Mullins Riley and Scarborough
                                                         (Cola)
                                                         PO Box 11070
                                                         Columbia, SC 29211
                                                         803-255-5564
                                                         Fax: 803-255-5186
                                                         Email: jim.lehman@nelsonmullins.com

                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Thad H Westbrook**
Nelson Mullins Riley and Scarborough
PO Box 11070
Columbia, SC 29211
803-799-2000
Fax: 803-256-7500
Email:
thad.westbrook@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colleen J O'Loughlin**
Bingham McCutchen (NY)
399 Park Avenue
New York, NY 10022
212-705-7000
Fax: 212-752-5378
Email:
colleen.oloughlin@bingham.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Gail Gearns**
Bingham McCutchen (NY)
399 Park Avenue
New York, NY 10022
212-705-7000
Fax: 212-752-5378
Email: marygail.gearns@bingham.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lender Processing Services Inc**
*TERMINATED: 07/25/2014*

represented by **Carl Frederick Muller**
Carl Muller Law
607 Pendleton Street
Suite 201
Greenville, SC 29601
864-991-8904
Email: carl@carlmullerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barbara Van Gelder**
Dickstein Shapiro
1825 I Street NW
Washington, DC 20006
202-420-4845
Fax: 202-379-9177

Email:
vangelderb@dicksteinshapiro.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher J Allen**
Dickstein Shapiro
1825 I Street NW
Washington, DC 20006
202-420-3324
Fax: 202-379-9028
Email: allenc@dicksteinshapiro.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melanie Ann Hines**
Berger Singerman
125 S Gadsden Street
Suite 300
Tallahassee, FL 32301
850-561-3010
Fax: 850-561-3013
Email: mhines@bergersingerman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Docx LLC**
*TERMINATED: 07/25/2014*

represented by **Carl Frederick Muller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barbara Van Gelder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher J Allen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melanie Ann Hines**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**CitiMortgage Inc**
*TERMINATED: 07/25/2014*

represented by **Allen Mattison Bogan**
Nelson Mullins Riley and Scarborough

*formerly known as*
Citi Residential Lending Inc
*TERMINATED: 07/25/2014*
*formerly known as*
AMC Mortgage Services Inc
*TERMINATED: 07/25/2014*

(Cola)
PO Box 11070
Columbia, SC 29211
803-255-9589
Fax: 803-255-5916
Email: matt.bogan@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria T Vullo**
Paul Weiss Rifkind Wharton and
Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3346
Fax: 212-492-0346
Email: mvullo@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Wells Fargo Home Mortgage**
*TERMINATED: 07/25/2014*
*doing business as*
America's Servicing Company
*TERMINATED: 07/25/2014*

represented by **James Walker Coleman , IV**
K&L Gates (Chas)
134 Meeting Street
Suite 200
Charleston, SC 29401
843-579-5627
Email: walker.coleman@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Pritchard Williams**
K&L Gates
Hearst Tower
214 N Tryon Street
47th Floor
Charlotte, NC 28202
704-331-7429
Fax: 704-353-3129
Email: amy.williams@klgates.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory N Blase**
K and L Gates (Bos)
State Street Financial Center
One Lincoln Street
Boston, MA 02111
617-261-3100
Fax: 617-261-3175

Email: gregory.blase@klgates.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bank of America Corporation**          represented by   **Edward Bart Daniel**
*as successor in interest to Lasalle Bank*                PO Box 856
*TERMINATED: 07/25/2014*                                  Charleston, SC 29402
                                                          843-722-2000
                                                          Fax: 843-722-6254
                                                          Email: bart@bartdaniel.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Anand Singh**
                                                          Sidley Austin
                                                          555 W Fifth Street
                                                          Suite 4000
                                                          Los Angeles, CA 90013
                                                          213-896-6000
                                                          Fax: 213-896-6600
                                                          Email: anand.singh@sidley.com
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Brent Leerberg Nichols**
                                                          Sidley Austin
                                                          555 W Fifth Street
                                                          Suite 4000
                                                          Los Angeles, CA 90013
                                                          213-896-6000
                                                          Fax: 213-896-6600
                                                          Email: bnichols@sidley.com
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Collin Partington Wedel**
                                                          Sidley Austin
                                                          555 W Fifth Street
                                                          Suite 4000
                                                          Los Angeles, CA 90013
                                                          213-896-6000
                                                          Fax: 213-896-6600
                                                          Email: cwedel@sidley.com
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Douglas Aaron Axel**
                                                          Sidley Austin
                                                          555 W Fifth Street

Suite 4000
Los Angeles, CA 90013
213-896-6000
Fax: 213-896-6600
Email: daxel@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bank of New York Mellon
Corporation**
*TERMINATED: 07/25/2014*

represented by **Alice W Parham Casey**
Wyche Law Office
801 Gervais Street
Suite B
Columbia, SC 29201
803-254-6542
Fax: 803-254-6544
Email: tparham@wyche.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Theodore Gentry**
Wyche Law Office
44 E Camperdown Way
Greenville, SC 29601
864-242-8270
Email: tgentry@wyche.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew T Richardson**
Wyche Law Office
801 Gervais Street
Suite B
Columbia, SC 29201
803-254-6542
Fax: 803-254-6544
Email: mrichardson@wyche.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher J Houpt**
Mayer Brown
1675 Broadway
New York, NY 10019
212-506-2380
Fax: 212-849-5830
Email: choupt@mayerbrown.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew D Ingber**
Mayer Brown
1675 Broadway
New York, NY 10019
212-506-2373
Fax: 212-849-5973
Email: mingber@mayerbrown.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Branch Kimberly**
Mayer Brown
1999 K Street NW
Washington, DC 20006
202-263-3127
Fax: 202-263-5500
Email: mkimberly@mayerbrown.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Citibank National Association**          represented by   **Allen Mattison Bogan**
*TERMINATED: 07/25/2014*                                    (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Maria T Vullo**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank National Trust**          represented by   **Alice W Parham Casey**
**Company**                                                (See above for address)
*TERMINATED: 07/25/2014*                                   *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **J Theodore Gentry**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Matthew T Richardson**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Michael S Kraut**
                                                           Morgan Lewis and Bockius
                                                           101 Park Avenue

New York, NY 10178
212-309-6927
Fax: 212-309-6001
Email: mkraut@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank Trust Company Americas**
*TERMINATED: 07/25/2014*

represented by  **Alice W Parham Casey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Theodore Gentry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew T Richardson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S Kraut**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HSBC USA National Association**
*TERMINATED: 07/25/2014*

represented by  **Benjamin Rush Smith , III**
Nelson Mullins Riley and Scarborough
PO Box 11070
Columbia, SC 29211
803-799-2000
Fax: 803-256-7500
Email: rush.smith@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Harper Thomas**
Nelson Mullins Riley and Scarborough
(Cola)
PO Box 11070
Columbia, SC 29211
803-255-9385
Email:
carmen.thomas@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dwight Franklin Drake**
Nelson Mullins Riley and Scarborough
(Cola)
PO Box 11070
Columbia, SC 29211
803-255-9420
Fax: 803-255-9071
Email:
dwight.drake@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer M Rosa**
Mayer Brown
1675 Broadway
New York, NY 10019
212-506-2500
Fax: 212-262-1910
Email: jrosa@mayerbrown.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael O Ware**
Mayer Brown
1675 Broadway
New York, NY 10019
212-506-2500
Fax: 212-262-1910
Email: mware@mayerbrown.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JP Morgan Chase Bank National Association**
*TERMINATED: 07/25/2014*

represented by **Joseph P Griffith , Jr**
Joseph P Griffith Law Firm
Seven State Street
Charleston, SC 29401
843-225-5563
Fax: 843-722-6254
Email: joegriffithjr@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian M Ercole**
Morgan Lewis and Bockius
5300 First Union Financial Center
200 S Biscayne Boulevard
Miami, FL 33131
305-415-3000
Fax: 305-415-3001

Email: bercole@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert M Brochin**
Morgan Lewis and Bockius
5300 First Union Financial Center
200 S Biscayne Boulevard
Miami, FL 33131
305-415-3456
Email: rbrochin@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**US Bank National Association**    represented by  **Jana B Baker**
Womble Carlyle Sandridge and Rice
PO Box 999
Charleston, SC 29492
843-722-3400
Email: jabaker@wcsr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Chrisman Hawk , IV**
Womble Carlyle Sandridge and Rice
PO Box 999
Charleston, SC 29492
843-722-3400
Email: jhawk@wcsr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin A Hall**
Womble Carlyle Sandridge and Rice
(Cola)
1727 Hampton Street
Columbia, SC 29201
803-454-6504
Email: kevin.hall@wcsr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Z Herbst**
Reed Smith
1301 K Street NW
Suite 1100 East Tower
Washington, DC 20005
202-414-9232
Fax: 202-414-9299

Email: dherbst@reedsmith.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric A Dubelier**
Reed Smith
1301 K Street NW
Suite 1100 East Tower
Washington, DC 20005
202-414-9219
Fax: 202-414-9299
Email: edubelier@reedsmith.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine J Seikaly**
Reed Smith
1301 K Street NW
Suite 1100 East Tower
Washington, DC 20005
202-414-9219
Fax: 202-414-9299
Email: kseikaly@reedsmith.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wells Fargo Bank National Association**
*TERMINATED: 07/25/2014*

represented by **James Walker Coleman , IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Pritchard Williams**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory N Blase**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2010 | 1 | COMPLAINT against All Defendants ( Filing fee $ 350 receipt number 0420-2762625.), filed by Lynn E Szymoniak.(bshr, ) (Entered: 06/07/2010) |
| 06/04/2010 | 3 | Local Rule 26.01 Answers to Interrogatories by Lynn E Szymoniak.(bshr, ) (Entered: 06/07/2010) |

| 06/07/2010 | 4 | ***DOCUMENT E-MAILED: 1 Complaint and 3 Local Rule 26.01 Answers to Interrogatories emailed to Kenneth M Suggs, Richard A Harpootlian (ksuggs@medlawlegalteam.com, rah@harpootlianlaw.com) (bshr, ) (Entered: 06/07/2010) |
| --- | --- | --- |
| 06/18/2010 | 6 | EX PARTE MOTION SEALED by USA. Response to Motion due by 7/6/2010 No proposed order(Trapp, Frances) (Entered: 06/18/2010) |
| 07/06/2010 | 7 | SEALED ORDER. Signed by Honorable Joseph F Anderson, Jr on 07/02/2010. (bshr, ) (Entered: 07/06/2010) |
| 11/15/2010 | 11 | Second EX PARTE MOTION SEALED by USA. Response to Motion due by 12/2/2010 No proposed order(Trapp, Frances) (Entered: 11/15/2010) |
| 11/17/2010 | 12 | ORDER granting 11 Ex Parte Motion. Signed by Honorable Joseph F Anderson, Jr on 11/17/2010.(bshr, ) (Entered: 11/17/2010) |
| 12/23/2010 | 14 | Second EX PARTE MOTION SEALED by USA. Response to Motion due by 1/10/2011 (Attachments: # 1 Memo in Support)No proposed order(Trapp, Frances) (Entered: 12/23/2010) |
| 12/28/2010 | 15 | SEALED ORDER granting 14 Second EX PARTE MOTION SEALED. Signed by Honorable Joseph F Anderson, Jr on 12/28/2010. (bshr, ) (Entered: 12/28/2010) |
| 02/09/2011 | 17 | NOTICE of Hearing: Status Conference set for 3/7/2011 02:30 PM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. (bshr, ) (Entered: 02/09/2011) |
| 03/02/2011 | 19 | Fourth EX PARTE MOTION SEALED by USA. Response to Motion due by 3/21/2011 No proposed order(Trapp, Frances) (Entered: 03/02/2011) |
| 03/04/2011 | 20 | **SEALED ORDER granting 19 EX PARTE MOTION SEALED. Signed by Honorable Joseph F Anderson, Jr on 03/04/2011. (bshr, ) (Entered: 03/04/2011)** |
| 03/07/2011 | 22 | **Minute Entry. Proceedings held before Honorable Joseph F Anderson, Jr: Status Conference held on 3/7/2011. Plaintiff to file amended complaint. Court will file written order on the partial unsealing that will apply to the amended complaint. Court Reporter Jenny Williams. (mflo, ) (Entered: 03/07/2011)** |
| 03/07/2011 | 23 | ***DOCUMENT E-MAILED 22 Status Conference, to counsel of record (mflo, ) (Entered: 03/07/2011) |
| 03/09/2011 | 24 | AMENDED COMPLAINT against All Defendants, filed by Lynn E Szymoniak. (Attachments: # 1 Certificate of Service) (Harpootlian, Richard) (Entered: 03/09/2011) |
| 03/10/2011 | 25 | **SEALED ORDER. Signed by Honorable Joseph F Anderson, Jr on 03/10/2011. (bshr, ) (Entered: 03/10/2011)** |
| 05/06/2011 | 28 | Fifth EX PARTE MOTION SEALED by USA. Response to Motion due by 5/23/2011 No proposed order(Trapp, Frances) (Entered: 05/06/2011) |

| 05/10/2011 | 29 | **SEALED ORDER. Signed by Honorable Joseph F Anderson, Jr on 05/10/2011. (bshr, ) (Entered: 05/10/2011)** |
|---|---|---|
| 05/10/2011 | 32 | MOTION to Amend/Correct 24 Amended Complaint by California, State of, Chicago, City of, Columbia, District of, Delaware, State of, Florida, State of, Hawaii, State of, Illinois, State of, Indiana, State of, Massachusetts, State of, Minnesota, State of, Montana, State of, Nevada, State of, New Hampshire, State of, New Jersey, State of, New Mexico, State of, New York, City of, New York, State of, North Carolina, State of, Oklahoma, State of, Rhode Island, State of, Lynn E Szymoniak, USA, Virginia, State of. Response to Motion due by 5/27/2011 (Attachments: # 1 Exhibit Declaration of Richard A. Harpootlian (part 1), # 2 Exhibit Declaration of Richard A. Harpootlian (part 2))No proposed order(Harpootlian, Richard) (Entered: 05/10/2011) |
| 05/12/2011 | 33 | **TEXT ORDER granting 32 Motion to Amend/Correct the complaint Directed by Honorable Joseph F Anderson, Jr on 5/12/11.(mflo, ) (Entered: 05/12/2011)** |
| 05/12/2011 | 34 | ***DOCUMENT E-MAILED 33 Order on Motion to Amend/Correct to Frances C Trapp and Richard A Harpootlian and Kenneth M Suggs (mflo, ) (Entered: 05/12/2011) |
| 05/13/2011 | 35 | SECOND AMENDED COMPLAINT against All Defendants, filed by Florida, State of, North Carolina, State of, Lynn E Szymoniak, USA, New Jersey, State of, California, State of, New Mexico, State of, Minnesota, State of, New York, City of, Illinois, State of, Oklahoma, State of, Delaware, State of, Rhode Island, State of, Hawaii, State of, Chicago, City of, Indiana, State of, Columbia, District of, Montana, State of, Virginia, State of, Nevada, State of, Massachusetts, State of, New Hampshire, State of, New York, State of. (Attachments: # 1 Certificate of Service) (Harpootlian, Richard) (Entered: 05/13/2011) |
| 05/19/2011 | 37 | CERTIFICATE OF SERVICE by California, State of, Chicago, City of, Columbia, District of, Delaware, State of, Florida, State of, Hawaii, State of, Illinois, State of, Indiana, State of, Massachusetts, State of, Minnesota, State of, Montana, State of, Nevada, State of, New Hampshire, State of, New Jersey, State of, New Mexico, State of, New York, City of, New York, State of, North Carolina, State of, Oklahoma, State of, Rhode Island, State of, Lynn E Szymoniak, USA, Virginia, State of re 35 Amended Complaint,, *Amended* (Harpootlian, Richard) (Entered: 05/19/2011) |
| 06/14/2011 | 38 | DECLARATIONbyUSA *Notice of qui tam disclosure.* (Attachments: # 1 Attachment 1, Declaration, # 2 Attachment 2, Declaration)(Trapp, Frances) (Entered: 06/14/2011) |
| 07/27/2011 | 40 | Second EX PARTE MOTION SEALED by USA. Response to Motion due by 8/15/2011 No proposed order(Trapp, Frances) (Entered: 07/27/2011) |
| 07/28/2011 | 41 | **ORDER setting a status conference to determine whether the seal period should be extended. All attorneys of record should attend and all persons listed on 37 Amended Certificate of Service, filed by Minnesota, State of, Indiana, State of, Virginia, State of, Lynn E Szymoniak, Chicago, City of, Delaware, State of, Massachusetts, State of, New Mexico, State of, New** |

| | | York, State of, New Jersey, State of, Nevada, State of, New York, City of, USA, Oklahoma, State of, Hawaii, State of, Columbia, District of, California, State of, Rhode Island, State of, Montana, State of, Florida, State of, North Carolina, State of, Illinois, State of, New Hampshire, State of,; ( Status Conference set for 8/12/2011 11:00 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr.), All recipients of this notice are reminded of the confidentiality obligation imposed upon them by 31 U.S.C. § 3730.. Signed by Honorable Joseph F Anderson, Jr on 7/28/11. (mflo, ) (Entered: 07/28/2011) |
| 07/28/2011 | 42 | NOTICE of Hearing: Status Conference set for 8/12/2011 11:00 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. (mflo, ) (Entered: 07/28/2011) |
| 07/29/2011 | 43 | ***DOCUMENT MAILED 41 Order, Set Hearings, 42 Notice of Hearing placed in U.S. Mail to to all parties listed in the Amended Certificate of Service 37 and Harpootlian, Suggs and USA (mflo, ) (Entered: 07/29/2011) |
| 08/12/2011 | 45 | Minute Entry. Proceedings held before Honorable Joseph F Anderson, Jr: Status Conference held on 8/12/2011. Sealed Hearing; Government request to extend the seal period until 12/10/11 to complete its investigation. A list of participants by telephone is filed as an exhibit to this hearing. Court will grant extension; proposed order to be submitted. Court Reporter Daniel Mayo. (mflo, ) (Entered: 08/12/2011) |
| 08/12/2011 | 46 | COURT EXHIBIT A. List of telephone participants during status conference held on 8/12/11 before Judge Joseph F. Anderson, Jr.(mflo, ) (Entered: 08/12/2011) |
| 08/12/2011 | 47 | SEALED ORDER. Signed by Honorable Joseph F Anderson, Jr on 08/12/2011. (bshr, ) (Entered: 08/12/2011) |
| 09/07/2011 | 51 | EX PARTE MOTION SEALED by USA. Response to Motion due by 9/26/2011 No proposed order(Trapp, Frances) (Entered: 09/07/2011) |
| 09/08/2011 | 52 | SEALED ORDER granting 51 EX PARTE MOTION SEALED. Signed by Honorable Joseph F Anderson, Jr on 09/08/2011. (bshr, ) (Entered: 09/08/2011) |
| 11/01/2011 | 55 | NOTICE *Regarding Possible Disclosure of Qui Tam* by USA. (Attachments: # 1 Attachment A, Email)(Trapp, Frances) Modified on 11/2/2011 to edit text (bshr, ). (Entered: 11/01/2011) |
| 11/02/2011 | 56 | CERTIFICATE OF SERVICE by USA re 55 Regarding Possible Disclosure of Qui Tam (Trapp, Frances) (Entered: 11/02/2011) |
| 12/07/2011 | 57 | Third EX PARTE MOTION SEALED by USA. Response to Motion due by 12/27/2011 No proposed order(Trapp, Frances) (Main Document 57 replaced on 12/8/2011 at the request of filer due to typographical error) (mflo, ). (Entered: 12/07/2011) |
| 12/08/2011 | 58 | SEALED ORDER extending the seal period until 6/10/12 to permit the Government to complete its investigation; granting 57 Third EX PARTE |

| | | MOTION SEALED filed by USA. ( Seal Deadline 6/10/2012.). Signed by Honorable Joseph F Anderson, Jr on 12/8/11. (mflo, ) Modified on 12/9/2011 (mflo, ). (Entered: 12/08/2011) |
|---|---|---|
| 12/08/2011 | 59 | ***DOCUMENT E-MAILED 58 Sealed Order to fran.trapp@usdoj.gov (mflo, ) (Entered: 12/08/2011) |
| 12/09/2011 | 60 | ***DOCUMENT E-MAILED 58 Sealed Order, Terminate Motions, Set Deadlines,,, to rah@harpootlianlaw.com (mflo, ) (Entered: 12/09/2011) |
| 01/30/2012 | 62 | EX PARTE MOTION SEALED by USA. Response to Motion due by 2/16/2012 (Attachments: # 1 Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel(Trapp, Frances) (Entered: 01/30/2012) |
| 01/30/2012 | 63 | **SEALED ORDER. Signed by Honorable Joseph F Anderson, Jr on 01/30/2012. (bshr, ) (Entered: 01/30/2012)** |
| 02/03/2012 | 66 | MOTION to Lift Order Dated January 30, 2012 Filed Ex Parte and Under Seal by American Home Mortgage Servicing Inc. Response to Motion due by 2/21/2012 (Attachments: # 1 Memo in Support, # 2 Exhibit A - Complaint (Deutsche Bank National Trust vs. Lynn E Szymoniak et al / 2008 CA 022258 XXXX), # 3 Exhibit B - Motion for Sanctions / Case No. 50 2008 CA 022258 XXXXMB, # 4 Exhibit C - Affidavit Lynn E. Szymoniak, Esq., # 5 Exhibit D - Transcript Case No. 2009 CA 037528 (04), # 6 Exhibit E - Deposition of Lynn E. Szymoniak 04/11/2011, # 7 Exhibit F - Deposition of Lynn Szymoniak 05/24/2011, # 8 Exhibit G - Broadcase Transcript 04/03/2011, # 9 Exhibit H - Letter to Mark A. Cullen, Esq. dated 04/30/2010, # 10 Exhibit I - Brief for Defendants/Appellees, Case No. 09-2086 USCA Fourth Circuit) (bshr, ) (Entered: 02/03/2012) |
| 02/03/2012 | 67 | MOTION for Expedited Hearing on American Home Mortgage Servicing, Inc.'s Motion to Lift Order Dated January 20, 2012 Filed Ex Parte and Under Seal by American Home Mortgage Servicing Inc. Response to Motion due by 2/21/2012 (bshr, ) (Entered: 02/03/2012) |
| 02/06/2012 | 68 | **SEALED ORDER. Signed by Honorable Joseph F Anderson, Jr on 02/06/2012. (bshr, ) (Entered: 02/06/2012)** |
| 02/09/2012 | 69 | EX PARTE MOTION SEALED by USA. Response to Motion due by 2/27/2012 (Attachments: # 1 Memo in Support)No proposed order(cbru, ) (Entered: 02/09/2012) |
| 02/09/2012 | 70 | **EX PARTE ORDER granting 69 EX PARTE MOTION SEALED filed by USA. Signed by Honorable Joseph F Anderson, Jr on 2/9/2012. (cbru, ) (Entered: 02/09/2012)** |
| 02/09/2012 | 71 | ***DOCUMENT E-MAILED 70 Ex Parte Order, Terminate Motions to US Attorney (cbru, ) (Entered: 02/09/2012) |
| 02/10/2012 | 72 | Seventh MOTION to Amend/Correct 69 EX PARTE MOTION SEALED *for Partial Lifting of the Seal* by USA. Response to Motion due by 2/27/2012 (Attachments: # 1 Memo in Support of Motion, # 2 Certificate of Service and no Service)No proposed order(Trapp, Frances) (Entered: 02/10/2012) |

| 02/10/2012 | 73 | SEALED ORDER. Signed by Honorable Joseph F Anderson, Jr on 02/10/2012. (bshr, ) (Entered: 02/10/2012) |
|---|---|---|
| 02/20/2012 | 74 | MOTION to Appear Pro Hac Vice by David R. Dugas Filing Fee Receipt Number SCX300043323 ( Filing fee $ 250) by American Home Mortgage Servicing Inc. Response to Motion due by 3/8/2012. (Attachments: # 1 Application/Affidavit, # 2 Certificate of Good Standing)(bshr, ) (Entered: 02/21/2012) |
| 02/20/2012 | 75 | MOTION to Appear Pro Hac Vice by Gerard E. Winberly Filing Fee Receipt Number SCX300043324 ( Filing fee $ 250) by American Home Mortgage Servicing Inc. Response to Motion due by 3/8/2012. (Attachments: # 1 Application/Affidavit, # 2 Certificate of Good Standing)(bshr, ) (Entered: 02/21/2012) |
| 02/22/2012 | 76 | **TEXT ORDER granting 74 Motion for David R. Dugas to Appear Pro Hac Vice for American Home Mortgage Servicing Inc; granting 75 Motion for Gerard E. Wimberly to Appear Pro Hac Vice for American Home Mortgage Servicing Inc. Directed by Honorable Joseph F Anderson, Jr on 02/22/2012.(bshr, ) (Entered: 02/22/2012)** |
| 03/07/2012 | 77 | RESPONSE to Motion re 66 MOTION to Lift Order Dated January 30, 2012 Filed Ex Parte and Under Seal *First* Response filed by USA.Reply to Response to Motion due by 3/19/2012 (Trapp, Frances) (Entered: 03/07/2012) |
| 03/08/2012 | 78 | **SEALED ORDER. Signed by Honorable Joseph F Anderson, Jr on 03/08/2012. (bshr, ) (Entered: 03/08/2012)** |
| 05/03/2012 | 81 | DECLARATIONbyUSA *Notice of Intervention In Part For The Purpose Of Partial Settlement.* (Trapp, Frances) (Entered: 05/03/2012) |
| 05/03/2012 | 82 | STIPULATION *Of Partial Dismissal Of Claims* by USA. (Attachments: # 1 Memo in Support Memorandum In Support Of The Stipulation Of Partial Dismissal Of Claims, # 2 Exhibit A, Ally Consent Judgement, # 3 Exhibit B, BofA Consent Judgement, # 4 Exhibit C, Citibank Consent Judgement, # 5 Exhibit D, Chase Consent Judgement, # 6 Exhibit E., Wells Fargo Consent Judgement)(Trapp, Frances) (Entered: 05/03/2012) |
| 05/03/2012 | 84 | **SEALED ORDER. Signed by Honorable Joseph F Anderson, Jr on 05/03/2012. (bshr, ) (Entered: 05/03/2012)** |
| 06/06/2012 | 87 | Fourth EX PARTE MOTION SEALED by USA. Response to Motion due by 6/25/2012 No proposed order(Trapp, Frances) (Entered: 06/06/2012) |
| 06/08/2012 | 88 | **SEALED ORDER. Signed by Honorable Joseph F Anderson, Jr on 06/08/2012. (bshr, ) (Entered: 06/08/2012)** |
| 07/16/2012 | 94 | **SEALED ORDER. Signed by Honorable Joseph F Anderson, Jr on 07/16/2012. (bshr, ) (Entered: 07/16/2012)** |
| 08/10/2012 | 96 | EX PARTE MOTION SEALED by American Home Mortgage Servicing Inc. Response to Motion due by 8/27/2012. (Attachments: # 1 Memo in Support) (bshr, ) (Entered: 08/13/2012) |

| 08/17/2012 | 97 | MOTION to Seal by American Home Mortgage Servicing Inc. Response to Motion due by 9/4/2012. (bshr, ) (Entered: 08/20/2012) |
|---|---|---|
| 08/21/2012 | 99 | **TEXT ORDER finding as moot 67 MOTION for Expedited Hearing on American Home Mortgage Servicing, Inc.'s Motion to Lift Order Dated January 20, 2012. Directed by Honorable Joseph F Anderson, Jr on 08/21/2012.(bshr, ) (Entered: 08/21/2012)** |
| 08/21/2012 | 100 | RESPONSE in Opposition re 96 EX PARTE MOTION SEALED Response filed by USA. Reply to Response to Motion due by 8/31/2012 (bshr, ) (Entered: 08/21/2012) |
| 08/22/2012 | 101 | NOTICE of Hearing on 96 EX PARTE MOTION SEALED and 97 MOTION to Seal: Motion Hearing set for 9/5/2012 03:00 PM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. (bshr, ) (Entered: 08/22/2012) |
| 08/23/2012 | 102 | NOTICE of RESCHEDULED Hearing on 96 EX PARTE MOTION SEALED and 97 MOTION to Seal: Motion Hearing set for 9/10/2012 02:30 PM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. (bshr, ) (Entered: 08/23/2012) |
| 08/27/2012 | 103 | MOTION to Appear Pro Hac Vice by Dylan T. Thriffiley (Filing fee $ 250 - Receipt Number SCX300046261) by American Home Mortgage Servicing Inc. Response to Motion due by 9/13/2012. (Attachments: # 1 Application/Affidavit, # 2 Certificate of Good Standing)(bshr, ) (Entered: 08/27/2012) |
| 08/28/2012 | 104 | **TEXT ORDER granting 103 Motion for Dylan T. Thriffiley to Appear Pro Hac Vice for American Home Mortgage Servicing Inc (Melissa J. Copeland - Local Counsel). Directed by the Honorable Joseph F Anderson, Jr on 08/28/2012.(bshr, ) (Entered: 08/28/2012)** |
| 09/10/2012 | 105 | **Minute Entry. Proceedings held before Honorable Joseph F Anderson, Jr: Motion Hearing held on 9/10/2012; Court heard argument on motions 97 MOTION to Seal filed by American Home Mortgage Servicing Inc, and 96 EX PARTE MOTION SEALED filed by American Home Mortgage Servicing Inc. Defense to submit proposed order discussed for review. Court Reporter Gary Smith. (mflo, ) (Entered: 09/10/2012)** |
| 09/18/2012 | 106 | **SEALED ORDER. Signed by Honorable Joseph F Anderson, Jr on 09/17/2012. (bshr, ) (Entered: 09/18/2012)** |
| 11/30/2012 | 108 | NOTICE of Election to Decline Intervention by the State of New York Pursuant to N.Y. State Finance Law 190(2)(f). (bshr, ) (Entered: 12/03/2012) |
| 12/03/2012 | 109 | MOTION to Appear Pro Hac Vice by Stuart Mile Grant ( Filing fee $ 250 receipt number 0420-4438637) by Lynn E Szymoniak. Response to Motion due by 12/20/2012. (Attachments: # 1 Exhibit Application for pro hac vice, # 2 Exhibit Certificate of Good Standing, # 3 Exhibit Additional Court Admissions)No proposed order.(Harpootlian, Richard) (Entered: 12/03/2012) |
| 12/04/2012 | 110 | **TEXT ORDER granting 109 Motion for Stuart M. Grant to Appear Pro Hac Vice for Lynn E Szymoniak (Richard Harpootlian - Local Counsel).** |

| | | |
|---|---|---|
| | | **Directed by the Honorable Joseph F Anderson, Jr on 12/04/2012.**(bshr, ) (Entered: 12/04/2012) |
| 12/12/2012 | 111 | NOTICE of Hearing: Status Conference set for 1/4/2013 10:00 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. (mflo, ) (Entered: 12/12/2012) |
| 12/12/2012 | 112 | ***DOCUMENT E-MAILED 111 Notice of Hearing to fran.trapp@usdoj.gov, ksuggs@medlawlegalteam.com, rah@harpootlianlaw.com, sgrant@gelaw.com (mflo, ) (Entered: 12/12/2012) |
| 12/20/2012 | 114 | NOTICE of Election to Decline Intervention by the State of New Jersey pursuant to the N.J. False Claims Act, N.J.S.A. 2A:32C-5(g)(2). (bshr, ) (Entered: 12/21/2012) |
| 12/27/2012 | 115 | NOTICE of Election to Decline Intervention by the State of Nevada Pursuant to NRS 375.110. (bshr, ) (Entered: 12/28/2012) |
| 12/31/2012 | 116 | NOTICE of Cancellation of Hearing: Status Conference set for 1/4/2013 10:00 AM in Columbia before Judge Joseph F. Anderson, Jr.. Hearing to be rescheduled at a later date. (mflo, ) (Entered: 12/31/2012) |
| 01/02/2013 | 118 | **SEALED ORDER. Signed by Honorable Joseph F Anderson, Jr on 01/02/2013.** (bshr, ) (Entered: 01/02/2013) |
| 02/08/2013 | 121 | **SEALED ORDER (Re Mediation). Signed by Honorable Joseph F Anderson, Jr on 02/08/2013.** (bshr, ) (Entered: 02/08/2013) |
| 02/08/2013 | 123 | **SEALED ORDER (Re: Case Copies to Mediator). Signed by Honorable Joseph F Anderson, Jr on 02/08/2013.** (bshr, ) (Entered: 02/08/2013) |
| 02/25/2013 | 130 | **Minute Entry. Proceedings held before Honorable Joseph F Anderson, Jr: Telephone Conference held on 2/25/2013. Attached is a list of participants on telephone conference including mediator Louis Freeh. Court informs participants no more extensions if the mediation is not successful. Court Reporter Gary Smith.** (mflo, ) (mflo, ). (Main Document 130 replaced on 3/8/2013) (mflo, ). (Entered: 02/27/2013) |
| 02/26/2013 | 125 | **SEALED ORDER. Signed by Honorable Joseph F Anderson, Jr on 02/26/2013.** (bshr, ) (Entered: 02/26/2013) |
| 02/26/2013 | 128 | **SEALED ORDER (Re: Partial Lifting of Seal). Signed by Honorable Joseph F Anderson, Jr on 02/26/2013.** (bshr, ) (Entered: 02/26/2013) |
| 04/30/2013 | 131 | **SEALED ORDER. Signed by Honorable Joseph F Anderson, Jr on 04/30/2013.** (bshr, ) (Entered: 04/30/2013) |
| 05/22/2013 | 134 | NOTICE of Election to Decline Intervention by the State of Hawaii (Attachment(s): # 1 Certificate of Service, # 2 Proposed Order, # 3 Service List)(bshr, ) (Entered: 05/22/2013) |
| 06/28/2013 | 135 | NOTICE of Election to Decline Intervention by the Commonwealth of Massachusetts. (bshr, ) (Entered: 07/01/2013) |
| 07/01/2013 | 136 | NOTICE of Election to Decline Intervention by the State of North Carolina |

| | | (bshr, ) (Entered: 07/02/2013) |
|---|---|---|
| 07/01/2013 | 137 | NOTICE of Election to Decline Intervention by the State of California. (bshr, ) (Entered: 07/02/2013) |
| 07/01/2013 | 138 | NOTICE of Election to Decline Intervention by the State of Delaware. (bshr, ) (Entered: 07/02/2013) |
| 07/01/2013 | 139 | NOTICE of Election to Decline Intervention by the State of Illinois. (bshr, ) (Entered: 07/02/2013) |
| 07/01/2013 | 140 | NOTICE of Election to Decline Intervention by the State of New Mexico. (bshr, ) (Entered: 07/02/2013) |
| 07/01/2013 | 141 | NOTICE of Election to Decline Intervention by the State of Minnesota. (Attachments: # 1 Proposed Order)(bshr, ) (Entered: 07/02/2013) |
| 07/02/2013 | 142 | Fifth EX PARTE MOTION SEALED by USA. Response to Motion due by 7/19/2013. No proposed order.(Trapp, Frances) (Entered: 07/02/2013) |
| 07/03/2013 | 143 | **SEALED ORDER. Signed by Honorable Joseph F Anderson, Jr on 07/03/2013. (bshr, ) (Entered: 07/03/2013)** |
| 08/01/2013 | 147 | NOTICE of Nonintervention by USA. (Trapp, Frances) Modified on 8/1/2013 to edit text(bshr, ). (Entered: 08/01/2013) |
| 08/01/2013 | 148 | NOTICE of Election to Decline Intervention by the State of Florida (bshr, ) (Entered: 08/02/2013) |
| 08/02/2013 | 149 | **Order to Unseal Case directing the complaints be unsealed and served upon the defendant by the relator and the relators serve this Order and the Notice of The United States That It Is Not Intervening At This Time upon the defendants only after service of the complaint. Signed by Honorable Joseph F Anderson, Jr on 08/02/2013. (bshr, ) (Entered: 08/02/2013)** |
| 08/02/2013 | 150 | NOTICE of Election to Decline Intervention by the District of Columbia. (bshr, ) (Entered: 08/05/2013) |
| 09/09/2013 | 152 | NOTICE of Election to Decline Intervention by the State of Rhode Island. (bshr, ) (Entered: 09/10/2013) |
| 10/10/2013 | 153 | NOTICE of Election to Decline Intervention by the State of Indiana. (bshr, ) (Entered: 10/10/2013) |
| 11/04/2013 | 154 | **TEXT ORDER directing counsel for the plaintiff to notify the court of the status of service of the complaint by 11/12/2013. Entered at the direction of the Honorable Joseph F. Anderson, Jr on 11/04/2013. (bshr, ) (Entered: 11/04/2013)** |
| 11/05/2013 | 156 | MOTION to Appear Pro Hac Vice by Jay W. Eisenhofer ( Filing fee $ 250 receipt number 0420-5022969) by Lynn E Szymoniak. Response to Motion due by 11/22/2013. (Attachments: # 1 Affidavit and Application for Admission, # 2 Supporting Documents Certificate of Good Standing)Proposed order is being emailed to chambers with copy to opposing counsel. |

| | | (Harpootlian, Richard) (Entered: 11/05/2013) |
|---|---|---|
| 11/05/2013 | 157 | MOTION to Appear Pro Hac Vice by Reuben A. Guttman ( Filing fee $ 250 receipt number 0420-5023002) by Lynn E Szymoniak. Response to Motion due by 11/22/2013. (Attachments: # 1 Affidavit and Application for Admission, # 2 Supporting Documents Certificate of Good Standing)Proposed order is being emailed to chambers with copy to opposing counsel. (Harpootlian, Richard) (Entered: 11/05/2013) |
| 11/05/2013 | 158 | MOTION to Appear Pro Hac Vice by James J. Sabella ( Filing fee $ 250 receipt number 0420-5023023) by Lynn E Szymoniak. Response to Motion due by 11/22/2013. (Attachments: # 1 Affidavit and Application for Admission, # 2 Supporting Documents Certificate of Good Standing)Proposed order is being emailed to chambers with copy to opposing counsel. (Harpootlian, Richard) (Entered: 11/05/2013) |
| 11/05/2013 | 159 | MOTION to Appear Pro Hac Vice by Justin K. Victor ( Filing fee $ 250 receipt number 0420-5023053) by Lynn E Szymoniak. Response to Motion due by 11/22/2013. (Attachments: # 1 Affidavit and Application for Admission, # 2 Supporting Documents Certificate of Good Standing)Proposed order is being emailed to chambers with copy to opposing counsel. (Harpootlian, Richard) (Entered: 11/05/2013) |
| 11/05/2013 | 160 | Summons Issued as to American Home Mortgage Servicing Inc. (bshr, ) (Entered: 11/05/2013) |
| 11/05/2013 | 161 | Summons Issued as to US Bank National Association. (bshr, ) (Entered: 11/05/2013) |
| 11/08/2013 | 162 | Summons Issued as to Bank of America Corporation. (bshr, ) (Entered: 11/08/2013) |
| 11/08/2013 | 163 | Summons Issued as to Citibank National Association. (bshr, ) (Entered: 11/08/2013) |
| 11/08/2013 | 164 | Summons Issued as to CitiMortgage Inc. (bshr, ). Modified on 11/12/2013 to replace document with corrected version per the request of plaintiff's counsel (bshr, ). (Entered: 11/08/2013) |
| 11/08/2013 | 165 | Summons Issued as to Deutsche Bank National Trust Company. (bshr, ) (Entered: 11/08/2013) |
| 11/08/2013 | 166 | Summons Issued as to Deutsche Bank Trust Company Americas. (bshr, ) (Entered: 11/08/2013) |
| 11/08/2013 | 167 | Summons Issued as to Docx LLC. (bshr, ) (Entered: 11/08/2013) |
| 11/12/2013 | 168 | Summons Issued as to HSBC USA National Association. (bshr, ) (Entered: 11/12/2013) |
| 11/12/2013 | 169 | Summons Issued as to JP Morgan Chase Bank National Association. (bshr, ) (Entered: 11/12/2013) |
| 11/12/2013 | 170 | Summons Issued as to Lender Processing Services Inc. (bshr, ) (Entered: 11/12/2013) |

| 11/12/2013 | 171 | Summons Issued as to Saxon Mortgage Services Inc. (bshr, ) (Entered: 11/12/2013) |
| 11/12/2013 | 172 | Summons Issued as to Bank of New York Mellon Corporation. (bshr, ) (Entered: 11/12/2013) |
| 11/12/2013 | 173 | Summons Issued as to Wells Fargo Home Mortgage. (bshr, ) (Entered: 11/12/2013) |
| 11/12/2013 | 174 | Summons Issued as to Wells Fargo Bank National Association. (bshr, ) (Entered: 11/12/2013) |
| 11/12/2013 | 175 | **TEXT ORDER granting ECF Nos. 156 , 157 , 158 , and 159 Motions for Jay W. Eisenhofer, Reuben A. Guttman, James J. Sabella, and Justin K. Victor to Appear Pro Hac Vice for Lynn E. Szymoniak (Richard A. Harpootlian - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr on 11/12/2013.(bshr, ) (Entered: 11/12/2013)** |
| 11/12/2013 | 176 | DECLARATION by Lynn E Szymoniak regarding 154 Text Order. (Attachments: # 1 Exhibit Listing of defendants who have been served with the Complaint)(Harpootlian, Richard). (Entered: 11/12/2013) |
| 11/12/2013 | 177 | NOTICE of Election to Decline Intervention by the City of New York. (bshr, ) (Entered: 11/13/2013) |
| 11/15/2013 | 178 | NOTICE of Appearance by Benjamin Rush Smith, III on behalf of HSBC USA National Association (Smith, Benjamin) (Entered: 11/15/2013) |
| 11/15/2013 | 179 | NOTICE of Appearance by Alice W W Parham on behalf of Bank of New York Mellon Corporation (Parham, Alice) (Entered: 11/15/2013) |
| 11/15/2013 | 180 | NOTICE of Appearance by Matthew T Richardson on behalf of Bank of New York Mellon Corporation (Richardson, Matthew) (Entered: 11/15/2013) |
| 11/17/2013 | 181 | NOTICE of Appearance by J Theodore Gentry on behalf of Bank of New York Mellon Corporation (Gentry, J) (Entered: 11/17/2013) |
| 11/25/2013 | 183 | Joint MOTION for Extension of Time *for All Defendants to File Responsive Pleadings or Motions* by Litton Loan Servicing LP, Ocwen Loan Servicing, Lynn E Szymoniak, American Home Mortgage Servicing Inc, Lynn E Szymoniak. Response to Motion due by 12/12/2013. Proposed order is being emailed to chambers with copy to opposing counsel.Associated Cases: 0:10-cv-01465-JFA, 0:13-cv-00464-JFA(Copeland, Melissa) (Entered: 11/25/2013) |
| 11/26/2013 | 184 | **ORDER granting in part 183 Motion for Extension of Time, extending deadline for all defendants to answer, otherwise move, or plead to 01/15/2014. Signed by Honorable Joseph F Anderson, Jr on 11/26/2013. (bshr, ) (Entered: 11/26/2013)** |
| 12/03/2013 | 186 | ACCEPTANCE OF SERVICE OF COMPLAINT by Lynn E Szymoniak. American Home Mortgage Servicing Inc served on 11/12/2013, answer due 1/15/2014; Bank of New York Mellon Corporation served on 11/12/2013, answer due 1/15/2014; US Bank National Association served on 11/12/2013, answer due 1/15/2014; Wells Fargo Bank National Association served on |

| | | |
|---|---|---|
| | | 11/13/2013, answer due 1/15/2014. (Attachments: # 1 Exhibit Service of Process on American Home Mortgage Servicing,Inc., currently Home Residential, # 2 Exhibit Service of Process on U.S. Bank, National Association, # 3 Exhibit Service of Process on The Bank of New York Mellon, # 4 Exhibit Service of Process on Wells Fargo Bank, National Association)(Harpootlian, Richard) (Entered: 12/03/2013) |
| 12/04/2013 | 187 | ACCEPTANCE OF SERVICE OF COMPLAINT by Lynn E Szymoniak. CitiMortgage Inc served on 11/25/2013, answer due 1/15/2014; Citibank National Association served on 11/25/2013, answer due 1/15/2014. (Attachments: # 1 Exhibit Service of Process on Citibank, National Association and CitiMortgage, Inc.)(Harpootlian, Richard) (Entered: 12/04/2013) |
| 12/05/2013 | 188 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings. motion hearing held on September 10, 2012, before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Gary Smith, Telephone number/E-mail (803) 256-7743, smithsmith7172@live.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction.. Redaction Request due 12/27/2013. Redacted Transcript Deadline set for 1/6/2014. Release of Transcript Restriction set for 3/5/2014. (gsmith, ) (Entered: 12/05/2013) |
| 12/05/2013 | 189 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings. telephone conference call held on February 25, 2013, before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Gary Smith, Telephone number/E-mail (803) 256-7743. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction.. Redaction Request due 12/27/2013. Redacted Transcript Deadline set for 1/6/2014. Release of Transcript Restriction set for 3/5/2014. (gsmith, ). Modified on 12/6/2013 to replace main document with version containing correct date of hearing (02/25/2013) on first page of transcript(bshr, ). (Entered: 12/05/2013) |
| 12/09/2013 | 191 | MOTION to Appear Pro Hac Vice by Christopher J. Houpt ( Filing fee $ 250 receipt number 0420-5075367) by Bank of New York Mellon Corporation. Response to Motion due by 12/27/2013. (Attachments: # 1 Applicatin for Pro Hac Vice Admission of Christopher Houpt, # 2 Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Parham, Alice) (Entered: 12/09/2013) |
| 12/09/2013 | 192 | MOTION to Appear Pro Hac Vice by Matthew D. Ingber ( Filing fee $ 250 receipt number 0420-5075400) by Bank of New York Mellon Corporation. Response to Motion due by 12/27/2013. (Attachments: # 1 Application for Pro Hac Vice Admission of Matthew Ingber, # 2 Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Parham, Alice) (Entered: 12/09/2013) |

| 12/11/2013 | 193 | **TEXT ORDER granting 191 Motion for Christopher J. Houpt to Appear Pro Hac Vice for Bank of New York Mellon Corporation.; granting 192 Motion for Matthew D. Ingber to Appear Pro Hac Vice for Bank of New York Mellon Corporation (Alice Parham - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr on 12/11/2013.(bshr, ) (Entered: 12/11/2013)** |
|---|---|---|
| 12/16/2013 | 194 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings, telephone conference held on August 12, 2011, before Judge Joseph F. Anderson, Jr.. Court Reporter/Transcriber Dan Mayo, Telephone number/E-mail 803-799-9325. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction.. Redaction Request due 1/6/2014. Redacted Transcript Deadline set for 1/16/2014. Release of Transcript Restriction set for 3/17/2014. (dmayo, ) (Entered: 12/16/2013) |
| 12/24/2013 | 195 | DECLARATION by Lynn E Szymoniakre 149 Order to Unseal Case, *Served on Defendants*. (Attachments: # 1 Exhibit Listing of defendants served by relator with Order #149 and Notice of Entry of the US that it is not intervening at this time (#147 in 0:10-cv-01465 and #75 in 0:13-cv-00464)(Harpootlian, Richard) (Entered: 12/24/2013) |
| 12/31/2013 | 196 | MOTION to Appear Pro Hac Vice by Melissa H. Harris ( Filing fee $ 250 receipt number 0420-5107168) by American Home Mortgage Servicing Inc. Response to Motion due by 1/17/2014. (Attachments: # 1 Affidavit Application/Affidavit for Admission)No proposed order.(Copeland, Melissa) (Entered: 12/31/2013) |
| 12/31/2013 | 197 | MOTION to Appear Pro Hac Vice by Daniel T. Plunkett ( Filing fee $ 250 receipt number 0420-5107202) by American Home Mortgage Servicing Inc. Response to Motion due by 1/17/2014. (Attachments: # 1 Affidavit Application/Affidavit for Admission)No proposed order.(Copeland, Melissa) (Entered: 12/31/2013) |
| 12/31/2013 | 198 | MOTION to Appear Pro Hac Vice by Gabriel A. Crowson ( Filing fee $ 250 receipt number 0420-5107212) by American Home Mortgage Servicing Inc. Response to Motion due by 1/17/2014. (Attachments: # 1 Affidavit Application/Affidavit for Admission)No proposed order.(Copeland, Melissa) (Entered: 12/31/2013) |
| 01/03/2014 | 199 | **TEXT ORDER granting 196 , 197 , and 198 Motions for Melissa H. Harris, Daniel T. Plunkett, and Gabriel A. Crowson to Appear Pro Hac Vice for American Home Mortgage Servicing Inc (Melissa Copeland - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr on 01/03/2014.(bshr, ) (Entered: 01/03/2014)** |
| 01/07/2014 | 200 | MOTION to Withdraw as Attorney *Dylan T. Thriffiley* by American Home Mortgage Servicing Inc. Response to Motion due by 1/24/2014. No proposed order.(Copeland, Melissa) (Entered: 01/07/2014) |
| 01/09/2014 | 201 | NOTICE of Appearance by Larry D Cohen on behalf of Orion Financial |

| | | |
|---|---|---|
| | | Group, Inc. Associated Cases: 0:10-cv-01465-JFA, 0:13-cv-00464-JFA (Cohen, Larry) (Entered: 01/09/2014) |
| 01/09/2014 | 202 | MOTION to Appear Pro Hac Vice by Michael Burns ( Filing fee $ 250 receipt number 0420-5123370) by Orion Financial Group, Inc.. Response to Motion due by 1/27/2014. (Attachments: # 1 Affidavit /Application For Admission Pro Hac Vice of Michael Burns, # 2 Proposed Order Approving Application/Affidavit for Admission Pro Hac Vice)Proposed order is being emailed to chambers with copy to opposing counsel.Associated Cases: 0:10-cv-01465-JFA, 0:13-cv-00464-JFA(Cohen, Larry) (Entered: 01/09/2014) |
| 01/10/2014 | 203 | MOTION to Appear Pro Hac Vice by Maria T. Vullo ( Filing fee $ 250 receipt number 0420-5124912) by CitiMortgage Inc, Citibank National Association. Response to Motion due by 1/27/2014. (Attachments: # 1 Exhibit Application for Pro Hac Vice Admission)No proposed order.(Bogan, Allen) (Entered: 01/10/2014) |
| 01/10/2014 | 204 | **TEXT ORDER granting 138 Motion for Michael Burns to Appear Pro Hac Vice in case 0:13-cv-00464-JFA for Orion Financial Group, Inc; granting 202 Motion for Michael Burns to Appear Pro Hac Vice in case 0:10-cv-01465-JFA for Orion Financial Group, Inc (Larry Cohen - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr on 01/10/2014. (bshr, )** (Entered: 01/10/2014) |
| 01/13/2014 | 205 | MOTION to Appear Pro Hac Vice by Michael S. Kraut ( Filing fee $ 250 receipt number 0420-5127948) by Deutsche Bank National Trust Company, Deutsche Bank Trust Company Americas. Response to Motion due by 1/30/2014. (Attachments: # 1 Application/Affidavit for Pro Hac Vice Admission, # 2 Certificate of Good Standing)No proposed order.(Parham, Alice) (Entered: 01/13/2014) |
| 01/13/2014 | 206 | NOTICE of Appearance by Carl Frederick Muller on behalf of Docx LLC, Lender Processing Services Inc (bshr, ) (Entered: 01/14/2014) |
| 01/14/2014 | 207 | MOTION to Appear Pro Hac Vice by Robert M. Brochin ( Filing fee $ 250 receipt number 0420-5130715) by JP Morgan Chase Bank National Association. Response to Motion due by 1/31/2014. (Attachments: # 1 Exhibit Pro Hac Vice Application and Certificate of Good Standing - Brochin, # 2 Proposed Order Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Griffith, Joseph) (Entered: 01/14/2014) |
| 01/14/2014 | 208 | MOTION to Appear Pro Hac Vice by Brian M. Ercole ( Filing fee $ 250 receipt number 0420-5130749) by JP Morgan Chase Bank National Association. Response to Motion due by 1/31/2014. (Attachments: # 1 Exhibit Pro Hac Vice Application and Certificate of Good Standing - Ercole, # 2 Proposed Order Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Griffith, Joseph) (Entered: 01/14/2014) |
| 01/14/2014 | 209 | MOTION for Extension of Time to File Answer *Unopposed* by Orion Financial Group, Inc.. Response to Motion due by 1/31/2014. (Attachments: # 1 Exhibit "A," Letter from Attorney Richard A. Hartpoolian Concerning Service of Second Amended Complaint on Orion Financial Group, # 2 Proposed Order Extending Deadline to Move or Plead)Proposed order is being |

| | | emailed to chambers with copy to opposing counsel.Associated Cases: 0:13-cv-00464-JFA, 0:10-cv-01465-JFA(Cohen, Larry) (Entered: 01/14/2014) |
|---|---|---|
| 01/15/2014 | 210 | MOTION to Appear Pro Hac Vice by Douglas Aaron Axel ( Filing fee $ 250 receipt number 0420-5131783) by Bank of America Corporation. Response to Motion due by 2/3/2014. (Attachments: # 1 Exhibit Pro Hav Vice Application - Axel, # 2 Exhibit Certificate of Good Standing - Axel, # 3 Proposed Order Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Daniel, Edward) (Entered: 01/15/2014) |
| 01/15/2014 | 211 | MOTION to Appear Pro Hac Vice by Anand Singh ( Filing fee $ 250 receipt number 0420-5131808) by Bank of America Corporation. Response to Motion due by 2/3/2014. (Attachments: # 1 Exhibit Pro Hav Vice Application - Singh, # 2 Exhibit Certificate of Good Standing - Singh, # 3 Proposed Order Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Daniel, Edward) (Entered: 01/15/2014) |
| 01/15/2014 | 212 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by American Home Mortgage Servicing Inc. Response to Motion due by 2/3/2014. (Attachments: # 1 Memo in Support Memorandum of Law)No proposed order. (Copeland, Melissa) (Entered: 01/15/2014) |
| 01/15/2014 | 213 | NOTICE of Appearance by Jana B Baker on behalf of US Bank National Association Associated Cases: 0:10-cv-01465-JFA, 0:13-cv-00464-JFA (Baker, Jana) (Entered: 01/15/2014) |
| 01/15/2014 | 214 | MOTION to Appear Pro Hac Vice by Melanie Ann Hines Filing Fee Receipt Number 0420-5128243 / 0420-5128252 ( Filing fee $ 250) by Docx LLC, Lender Processing Services Inc. Response to Motion due by 2/3/2014. (Attachments: # 1 Application/Affidavit - Hines)(bshr, ) (Entered: 01/15/2014) |
| 01/15/2014 | 215 | Local Rule 26.01 Answers to Interrogatories by US Bank National Association.Associated Cases: 0:10-cv-01465-JFA, 0:13-cv-00464-JFA (Baker, Jana) (Entered: 01/15/2014) |
| 01/15/2014 | 216 | MOTION to Appear Pro Hac Vice by Barbara Van Gelder Filing Fee Receipt Number 0420-5128199 / 0420-5128211 ( Filing fee $ 250) by Docx LLC, Lender Processing Services Inc. Response to Motion due by 2/3/2014. (Attachments: # 1 Application/Affidavit - Gelder)(bshr, ) (Entered: 01/15/2014) |
| 01/15/2014 | 217 | **TEXT ORDER granting 200 Motion of Dylan Thriffley, formerly of the law firm of McGlinchey Stafford, to Withdraw as Attorney for American Home Mortgage. Directed by Honorable Joseph F Anderson, Jr on 1/15/2014.(ghay, ) (Entered: 01/15/2014)** |
| 01/15/2014 | 218 | MOTION to Appear Pro Hac Vice by Christopher J. Allen Filing Fee Receipt Number 0420-5128119 / 0420-5128156 ( Filing fee $ 250) by Docx LLC, Lender Processing Services Inc. Response to Motion due by 2/3/2014. (Attachments: # 1 Application/Affidavit - Allen)(bshr, ) (Entered: 01/15/2014) |
| 01/15/2014 | 219 | MOTION to Appear Pro Hac Vice *by Eric A. Dubelier* ( Filing fee $ 250 receipt number 0420-5132935) by US Bank National Association. Response |

| | | |
|---|---|---|
| | | to Motion due by 2/3/2014. (Attachments: # 1 Affidavit ProHacVice Motion in Support of E. Dubelier, # 2 Exhibit E. Dubelier - Cert. of Good. Standing (01-13-14), # 3 Proposed Order ProHacVice Admission Proposed Order for E. Dubelier)No proposed order.Associated Cases: 0:10-cv-01465-JFA, 0:13-cv-00464-JFA(Baker, Jana) (Entered: 01/15/2014) |
| 01/15/2014 | 220 | MOTION to Appear Pro Hac Vice by Katherine J. Seikaly ( Filing fee $ 250 receipt number 0420-5132974) by US Bank National Association. Response to Motion due by 2/3/2014. (Attachments: # 1 Affidavit ProHacVice Application - K. Seikaly, # 2 Exhibit K. Seikaly - Cert. of Good. Standing (01-13-14), # 3 Proposed Order ProHacVice Admission Proposed Order for K. Seikaly)No proposed order.Associated Cases: 0:10-cv-01465-JFA, 0:13-cv-00464-JFA(Baker, Jana) (Entered: 01/15/2014) |
| 01/15/2014 | 221 | MOTION to Appear Pro Hac Vice by Michael O. Ware ( Filing fee $ 250 receipt number 0420-5133086) by HSBC USA National Association. Response to Motion due by 2/3/2014. (Attachments: # 1 Affidavit)No proposed order.(Smith, Benjamin) (Entered: 01/15/2014) |
| 01/15/2014 | 222 | MOTION to Appear Pro Hac Vice by Jennifer M. Rosa ( Filing fee $ 250 receipt number 0420-5133159) by HSBC USA National Association. Response to Motion due by 2/3/2014. (Attachments: # 1 Affidavit)No proposed order.(Smith, Benjamin) (Entered: 01/15/2014) |
| 01/15/2014 | 223 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by US Bank National Association, Bank of New York Mellon Corporation, Deutsche Bank National Trust Company, Deutsche Bank Trust Company Americas. Response to Motion due by 2/3/2014. (Attachments: # 1 Memo in Support, # 2 Exhibit A - Prospectus Supplement dated March 14, 2006 for the Soundview Trust, dated April 1, 2006)No proposed order.(Parham, Alice). Modified on 1/16/2014 to add filers listed on document(bshr, ). (Entered: 01/15/2014) |
| 01/15/2014 | 224 | Local Rule 26.01 Answers to Interrogatories by Bank of New York Mellon Corporation.(Parham, Alice) (Entered: 01/15/2014) |
| 01/15/2014 | 225 | **ORDER granting 209 MOTION for Extension of Time to File Answer** *Unopposed* **by Orion Financial Group, Inc. Signed by Honorable Joseph F. Anderson, Jr on 01/15/2014. (bshr, ) (Entered: 01/15/2014)** |
| 01/15/2014 | 226 | Local Rule 26.01 Answers to Interrogatories by HSBC USA National Association.(Smith, Benjamin) (Entered: 01/15/2014) |
| 01/15/2014 | 227 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per rule 12 (b)(6) and 9(b)* by Bank of America Corporation. Response to Motion due by 2/3/2014. No proposed order.(Daniel, Edward). Please see ECF No. 230 for additional attachments. (Entered: 01/15/2014) |
| 01/15/2014 | 228 | Local Rule 26.01 Answers to Interrogatories by Deutsche Bank Trust Company Americas.(Parham, Alice) (Entered: 01/15/2014) |
| 01/15/2014 | 229 | Local Rule 26.01 Answers to Interrogatories by Deutsche Bank National Trust Company.(Parham, Alice) (Entered: 01/15/2014) |
| 01/15/2014 | 230 | Additional Attachments to Main Document 227 MOTION TO DISMISS FOR |

|  |  | FAILURE TO STATE A CLAIM *per rule 12(b)(6) and 9(b)*. First attachment description: Joint Memorandum in Support of Motion to Dismiss . (Daniel, Edward) (Entered: 01/15/2014) |
|---|---|---|
| 01/15/2014 | 231 | Local Rule 26.01 Answers to Interrogatories by Bank of America Corporation. (Daniel, Edward) (Entered: 01/15/2014) |
| 01/15/2014 | 232 | Local Rule 26.01 Answers to Interrogatories by CitiMortgage Inc, Citibank National Association.(Bogan, Allen) (Entered: 01/15/2014) |
| 01/15/2014 | 233 | Local Rule 26.01 Answers to Interrogatories by Wells Fargo Bank National Association, Wells Fargo Home Mortgage.(Coleman, James) (Entered: 01/15/2014) |
| 01/15/2014 | 234 | MOTION to Dismiss for Lack of Jurisdiction *over the Subject Matter* by Bank of America Corporation, Bank of New York Mellon Corporation, CitiMortgage, Inc., Citibank, N.A., Deutsche Bank National Trust Company, Deutsche Bank Trust Company Americas, American Home Mortgage Servicing, Inc., HSBC Bank USA, N.A., JPMorgan Chase Bank, N.A., Saxon Mortgage Servicing, Inc., U.S. Bank, N.A., Wells Fargo Bank, N.A., and Wells Fargo Home Mortgage. Response to Motion due by 2/3/2014. (Attachments: # 1 Memo in Support Memo of Law in Support of Defts MTD Second Amended Complaint for Lack of Subject Matter Jurisdiction, # 2 Exhibit Relator's Email to Figueroa Feb 17 2010, # 3 Exhibit Relator's Email to Figueroa Feb 18 2010, # 4 Exhibit Relator's Aff - BAC v Davis, # 5 Exhibit Relator's MTD - Deutsche Bank v Szymoniak, # 6 Exhibit Wall Street Journal Ariclet July 26 2008, # 7 Exhibit New York Times Article April 24 2009., # 8 Exhibit St Petersburg Times Article May 3 209, # 9 Exhibit New York Times Article Aug 31 2009, # 10 Exhibit Wall Street Journal Article Dec 24 2009, # 11 Exhibit Relator's MTD - US Bank vs Szymoniak, # 12 Exhibit McDonnell Aff - Vo vs Twin-Vest LLC, # 13 Exhibit Breidenbach Blog Post, # 14 Exhibit Relator Article - An Officer of Too Many Banks, # 15 Exhibit Relator's Letter to the FCIC, # 16 Exhibit Complaint - Figueroa vs Szymoniak, # 17 Exhibit Figueroa's Email to Relator Feb 18 2010, # 18 Exhibit LPS Non-Prosecution Agreement, # 19 Exhibit Breidenbach's Letter to KPMG, # 20 Exhibit Breidenbach's Letter to the SEC, # 21 Exhibit LPS Letter, # 22 Exhibit LPS 10-K Excerpts, # 23 Exhibit Excerpts from Breidenbach's Resp Pleading - Bank of NY vs Breidenbach, # 24 Exhibit Wall Street Journal Article April 3 2010, # 25 Exhibit Wall Street Journal Article April 17 2010, # 26 Exhibit Relator's Dep Excerpts - Citibank vs Stepankovsky, # 27 Exhibit Various News Articles)No proposed order.(Lehman, James). Modified on 1/16/2014 to add filers listed on document(bshr, ). (Entered: 01/15/2014) |
| 01/15/2014 | 235 | MOTION to Dismiss , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rule 12(b)(6) and Rule 9(b)* ( Response to Motion due by 2/3/2014.) by JP Morgan Chase Bank National Association. (Attachments: # 1 Exhibit Exhibit A - Settlement Agreement and Release)No proposed order. (Griffith, Joseph) (Entered: 01/15/2014) |
| 01/15/2014 | 236 | Local Rule 26.01 Answers to Interrogatories by JP Morgan Chase Bank National Association.(Griffith, Joseph) (Entered: 01/15/2014) |
|  |  |  |

| 01/15/2014 | 237 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rule 12(b)(6), 9(b), and 12(b)(1); see also Dkt. nos. 230 and 234-1* by Citibank National Association. Response to Motion due by 2/3/2014. No proposed order.(Bogan, Allen) (Entered: 01/15/2014) |
| --- | --- | --- |
| 01/15/2014 | 238 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rules 12(b)(6), 9(b), and 12(b)(1); see also Dkt. nos. 230 and 234-1* by CitiMortgage Inc. Response to Motion due by 2/3/2014. No proposed order. (Bogan, Allen) (Entered: 01/15/2014) |
| 01/15/2014 | 239 | Local Rule 26.01 Answers to Interrogatories by Saxon Mortgage Services Inc. (Lehman, James) (Entered: 01/15/2014) |
| 01/15/2014 | 240 | MOTION to Dismiss by Wells Fargo Bank National Association, Wells Fargo Home Mortgage. Response to Motion due by 2/3/2014. No proposed order. (Coleman, James) (Entered: 01/15/2014) |
| 01/15/2014 | 241 | MOTION to Sever *and Dismiss All Claims per Rules 20 and 21* by Bank of New York Mellon Corporation, JP Morgan Chase Bank National Association, Saxon Mortgage Services Inc. Response to Motion due by 2/3/2014. (Attachments: # 1 Memo in Support Memorandum in Support of Motion)No proposed order.(Griffith, Joseph) (Entered: 01/15/2014) |
| 01/15/2014 | 242 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rules 12 (b)(6) and 9(b)* by HSBC USA National Association. Response to Motion due by 2/3/2014. No proposed order.(Thomas, Carmen) (Entered: 01/15/2014) |
| 01/15/2014 | 243 | MOTION to Dismiss *the Second Amended Complaint and Incorporated Memorandum of Law* by Saxon Mortgage Services Inc. Response to Motion due by 2/3/2014. (Attachments: # 1 Exhibit Plea Agreement in US v Brown - MD Fla Nov 20 2012., # 2 Exhibit Merrill Lynch Prospectus Supplement, # 3 Exhibit Saxon Certification of Compliance with Servicing Criteria)No proposed order.(Lehman, James) (Entered: 01/15/2014) |
| 01/15/2014 | 248 | MOTION to Dismiss by Docx LLC, Lender Processing Services Inc. Response to Motion due by 2/3/2014. (Attachments: # 1 Memo in Support, # 2 Exhibit A - USA vs. Lorraine Brown, # 3 Unpublished Case - USA vs. Caremark RX Inc)(bshr, ). Please see ECF No. 258 for additional attachments. (Entered: 01/16/2014) |
| 01/16/2014 | 249 | CERTIFICATE OF SERVICE by Saxon Mortgage Services Inc re 234 MOTION to Dismiss for Lack of Jurisdiction *over the Subject Matter* (Attachments: # 1 Certificate of Service)(Lehman, James) (Entered: 01/16/2014) |
| 01/16/2014 | 250 | CERTIFICATE OF SERVICE by Saxon Mortgage Services Inc re 243 MOTION to Dismiss *the Second Amended Complaint and Incorporated Memorandum of Law* (Attachments: # 1 Certificate of Service)(Lehman, James) (Entered: 01/16/2014) |
| 01/16/2014 | 251 | CERTIFICATE OF SERVICE by Saxon Mortgage Services Inc re 239 Local Rule 26.01 Answers to Interrogatories (Attachments: # 1 Certificate of Service)(Lehman, James) (Entered: 01/16/2014) |

| 01/16/2014 | 252 | CERTIFICATE OF SERVICE by Bank of America Corporation (Attachments: # 1 Certificate of Service)(Daniel, Edward) (Entered: 01/16/2014) |
| --- | --- | --- |
| 01/16/2014 | 253 | CERTIFICATE OF SERVICE by American Home Mortgage Servicing Inc re 212 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Copeland, Melissa) (Entered: 01/16/2014) |
| 01/16/2014 | 254 | Local Rule 26.01 Answers to Interrogatories by American Home Mortgage Servicing Inc.(Copeland, Melissa) (Entered: 01/16/2014) |
| 01/16/2014 | 255 | CERTIFICATE OF SERVICE by CitiMortgage Inc, Citibank National Association re 238 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rules 12(b)(6), 9(b), and 12(b)(1); see also Dkt. nos. 230 and 234-1*, 237 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rule 12(b)(6), 9(b), and 12(b)(1); see also Dkt. nos. 230 and 234-1* (Bogan, Allen) (Entered: 01/16/2014) |
| 01/16/2014 | 256 | CERTIFICATE OF SERVICE by HSBC USA National Association re 242 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rules 12 (b)(6) and 9(b)* (Thomas, Carmen) (Entered: 01/16/2014) |
| 01/16/2014 | 258 | Additional Attachments to 248 MOTION to Dismiss. First attachment description: Unpublished Case Part I. (Attachments: # 1 Unpublished Case Part II)(bshr, ) (Entered: 01/17/2014) |
| 01/17/2014 | 257 | **TEXT ORDER granting ECF Nos. 203 , 205 , 207 , 208 , 210 , 211 , 214 , 216 , 218 , 219 , 220 , 221 , 222 Motions to Appear Pro Hac Vice. Entered at the direction of the Honorable Joseph F. Anderson, Jr on 01/17/2014. (bshr, )** (Entered: 01/17/2014) |
| 01/17/2014 | 259 | *Amended* Local Rule 26.01 Answers to Interrogatories by American Home Mortgage Servicing Inc.(Copeland, Melissa) (Entered: 01/17/2014) |
| 01/17/2014 | 260 | CERTIFICATE OF SERVICE by Saxon Mortgage Services Inc re 239 Local Rule 26.01 Answers to Interrogatories (Attachments: # 1 Certificate of Service)(Lehman, James) (Entered: 01/17/2014) |
| 01/17/2014 | 261 | CERTIFICATE OF SERVICE by Saxon Mortgage Services Inc re 234 MOTION to Dismiss for Lack of Jurisdiction *over the Subject Matter* (Attachments: # 1 Certificate of Service)(Lehman, James) (Entered: 01/17/2014) |
| 01/17/2014 | 262 | CERTIFICATE OF SERVICE by Saxon Mortgage Services Inc re 243 MOTION to Dismiss *the Second Amended Complaint and Incorporated Memorandum of Law* (Attachments: # 1 Certificate of Service)(Lehman, James) (Entered: 01/17/2014) |
| 01/19/2014 | 263 | CERTIFICATE OF SERVICE by American Home Mortgage Servicing Inc re 259 Local Rule 26.01 Answers to Interrogatories (Copeland, Melissa) (Entered: 01/19/2014) |
| 01/21/2014 | 264 | MOTION to Bifurcate *Motions to Dismiss, to Stay Non-Jurisdictional Portions of the Motions, and for Leave to File an Amended and Consolidated* |

| | | |
|---|---|---|
| | | *Complaint* by Lynn E Szymoniak. Response to Motion due by 2/7/2014. (Attachments: # 1 Memo in Support Relator's Memorandum of Law in Support of Motion to Bifurcate Motions to Dismiss, to Stay Non-Jurisdictional Portions of the Motions, and for Leave to file an Amended and Consolidated Complaint)Proposed order is being emailed to chambers with copy to opposing counsel.(Harpootlian, Richard) (Entered: 01/21/2014) |
| 01/22/2014 | 265 | CERTIFICATE OF SERVICE by JP Morgan Chase Bank National Association re 235 MOTION to Dismiss MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rule 12(b)(6) and Rule 9(b)*, 236 Local Rule 26.01 Answers to Interrogatories, 241 MOTION to Sever *and Dismiss All Claims per Rules 20 and 21* (Griffith, Joseph) (Entered: 01/22/2014) |
| 01/22/2014 | 266 | **ORDER denying 264 Motion to Bifurcate *Motions to Dismiss, to Stay Non-Jurisdictional Portions of the Motions, and for Leave to File an Amended and Consolidated Complaint*, denying the request to bifurcate the motions to dismiss, denying the request to stay the non-jurisdictional motions, and noting that the Relator is still within her 21-day grace period to amend her complaint once as a matter of course under Rule 15(a)(1)(B). Signed by Honorable Joseph F. Anderson, Jr. on 01/22/2014.(bshr, ) (Entered: 01/22/2014)** |
| 01/24/2014 | 267 | Local Rule 26.01 Answers to Interrogatories by Docx LLC.Associated Cases: 0:10-cv-01465-JFA, 0:13-cv-00464-JFA(Muller, Carl) (Entered: 01/24/2014) |
| 01/24/2014 | 268 | Local Rule 26.01 Answers to Interrogatories by Lender Processing Services Inc.Associated Cases: 0:10-cv-01465-JFA, 0:13-cv-00464-JFA(Muller, Carl) (Entered: 01/24/2014) |
| 01/31/2014 | 269 | MOTION to Appear Pro Hac Vice by Amy Pritchard Williams ( Filing fee $ 250 receipt number 0420-5157700) by Wells Fargo Bank National Association, Wells Fargo Home Mortgage. Response to Motion due by 2/18/2014. (Attachments: # 1 Affidavit for Pro Hac Vice Admission)No proposed order.(Coleman, James) (Entered: 01/31/2014) |
| 02/03/2014 | 270 | **TEXT ORDER granting 269 Motion for Amy Pritchard Williams to Appear Pro Hac Vice for Wells Fargo Bank National Association, Wells Fargo Home Mortgage. Entered at the direction of the Honorable Joseph F. Anderson, Jr. on 02/03/2014.(bshr, ) (Entered: 02/03/2014)** |
| 02/03/2014 | 271 | AMENDED COMPLAINT against All Defendants, filed by Lynn E Szymoniak. Service due by 6/6/2014 (Attachments: # 1 Exhibit List of rusts that Used Fraudulent Mortgage Documents, # 2 Exhibit Examples of Fraudulent Mortgage Assignments) (Harpootlian, Richard) (Entered: 02/03/2014) |
| 02/06/2014 | 272 | MOTION to Appear Pro Hac Vice by Colleen Jenifer O'Loughlin ( Filing fee $ 250 receipt number 0420-5168410) by Saxon Mortgage Services Inc. Response to Motion due by 2/24/2014. (Attachments: # 1 Exhibit Application /Affidavit for Pro Hac Vice Admission, # 2 Exhibit Certificate of Good Standing)No proposed order.(Lehman, James) (Entered: 02/06/2014) |
| 02/06/2014 | 273 | MOTION to Appear Pro Hac Vice by Mary Gail Gearns ( Filing fee $ 250 |

| | | |
|---|---|---|
| | | receipt number 0420-5168444) by Saxon Mortgage Services Inc. Response to Motion due by 2/24/2014. (Attachments: # 1 Exhibit Application/Affidavit for Pro Hac Vice Admission, # 2 Exhibit Certificate of Good Standing)No proposed order.(Lehman, James) (Entered: 02/06/2014) |
| 02/07/2014 | 274 | **TEXT ORDER granting 272 Motion for Colleen Jenifer O'Loughlin to Appear Pro Hac Vice for Saxon Mortgage Services Inc.; granting 273 Motion for Mary Gail Gearns to Appear Pro Hac Vice for Saxon Mortgage Services Inc (James Lehman - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr. on 02/07/2014.(bshr, ) (Entered: 02/07/2014)** |
| 02/07/2014 | 275 | **TEXT ORDER: The defendants are not required to file new motions to dismiss even though an amended complaint has been filed while their motions were pending. If any defects raised in the original motions to dismiss remain in the new complaint, the court will consider the motions to dismiss as being directed at the amended complaint. If the defendants opt to submit new motions to dismiss, they must be filed by February 18, 2014. Entered at the direction of the Honorable Joseph F. Anderson, Jr. on 02/07/2014. (bshr, ) (Entered: 02/07/2014)** |
| 02/10/2014 | 276 | MOTION for Leave to File *to Extend Time to File Memorandum in Opposition to Defendants' Forthcoming Motions to Dismiss and for Leave to File an Omnibus Memorandum in Excess of Page Limit* by Lynn E Szymoniak. Response to Motion due by 2/27/2014. No proposed order. (Harpootlian, Richard) (Entered: 02/10/2014) |
| 02/12/2014 | 277 | NOTICE of Appearance by Christopher P Kenney on behalf of Lynn E Szymoniak (Kenney, Christopher) (Entered: 02/12/2014) |
| 02/13/2014 | 278 | Local Rule 26.01 Answers to Interrogatories by Orion Financial Group, Inc..Associated Cases: 0:13-cv-00464-JFA, 0:10-cv-01465-JFA(Cohen, Larry) (Entered: 02/13/2014) |
| 02/18/2014 | 279 | **ORDER granting 276 Motion for Leave to File *to Extend Time to File Memorandum in Opposition to Defendants' Forthcoming Motions to Dismiss and for Leave to File an Omnibus Memorandum in Excess of Page Limit*, extending relator's deadline to respond to the defendants' motions to dismiss to 03/18/2014 and granting the relator leave to file a single omnibus memorandum responding to all motions to dismiss and leave to respond in excess of 35 pages. Signed by Honorable Joseph F. Anderson, Jr. on 02/14/2014.(bshr, ) (Entered: 02/18/2014)** |
| 02/18/2014 | 280 | MOTION to Dismiss for Lack of Jurisdiction by American Home Mortgage Servicing Inc. Response to Motion due by 3/7/2014. (Attachments: # 1 Memo in Support Memorandum of Law, # 2 Exhibit HUD OIG Report)No proposed order.(Copeland, Melissa) (Entered: 02/18/2014) |
| 02/18/2014 | 281 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by American Home Mortgage Servicing Inc. Response to Motion due by 3/7/2014. (Attachments: # 1 Memo in Support Memorandum of Law)No proposed order. (Copeland, Melissa) (Entered: 02/18/2014) |
| | | |

| 02/18/2014 | 282 | First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rule 12(b)(6) and Rule 9(b)* by Bank of America Corporation. Response to Motion due by 3/7/2014. No proposed order.(Daniel, Edward). Please see ECF No. 285 for additional attachments. (Entered: 02/18/2014) |
| 02/18/2014 | 283 | First MOTION to Dismiss *Third Amended Complaints* by Docx LLC. Response to Motion due by 3/7/2014. No proposed order.Associated Cases: 0:13-cv-00464-JFA, 0:10-cv-01465-JFA(Muller, Carl). Please see ECF Nos. 295 / 296 for additional attachments. (Entered: 02/18/2014) |
| 02/18/2014 | 284 | First MOTION to Dismiss *Third Amended Complaints* by Lender Processing Services Inc. Response to Motion due by 3/7/2014. No proposed order.Associated Cases: 0:13-cv-00464-JFA, 0:10-cv-01465-JFA(Muller, Carl). Please see ECF Nos. 295 / 296 for additional attachments. (Entered: 02/18/2014) |
| 02/18/2014 | 285 | Additional Attachments to Main Document 282 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rule 12(b)(6) and Rule 9(b)*. First attachment description: RELEASED DEFENDANTS JOINT MEMORANDUM IN SUPPORT OF MOTION TO DISMISS RELATORS THIRD AMENDED COMPLAINT PURSUANT TO RULES 9(b) AND 12 (b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE . (Daniel, Edward) (Entered: 02/18/2014) |
| 02/18/2014 | 286 | CERTIFICATE OF SERVICE by Bank of America Corporation (Daniel, Edward) (Entered: 02/18/2014) |
| 02/18/2014 | 287 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Bank of New York Mellon Corporation. Response to Motion due by 3/7/2014. (Attachments: # 1 Trustee Defendants' Memorandum of Law in Support of their Motions to Dismiss, # 2 Exhibit A - 3/14/06 Pro Supplement, Series 2006-OPT (excerpt))No proposed order.(Parham, Alice) (Entered: 02/18/2014) |
| 02/18/2014 | 288 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Deutsche Bank National Trust Company, Deutsche Bank Trust Company Americas. Response to Motion due by 3/7/2014. No proposed order.(Parham, Alice) (Entered: 02/18/2014) |
| 02/18/2014 | 289 | MOTION to Dismiss *Relator's Third Amended Complaint* by Wells Fargo Bank National Association. Response to Motion due by 3/7/2014. No proposed order.(Coleman, James) (Entered: 02/18/2014) |
| 02/18/2014 | 290 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by US Bank National Association. Response to Motion due by 3/7/2014. (Attachments: # 1 Exhibit - A to U S Bank's Motion to Dismiss (Pgs 1 66 - 67))No proposed order.(Baker, Jana) (Entered: 02/18/2014) |
| 02/18/2014 | 291 | MOTION to Sever *and Dismiss* by Bank of New York Mellon Corporation, JP Morgan Chase Bank National Association, Saxon Mortgage Services Inc. Response to Motion due by 3/7/2014. (Attachments: # 1 Memo in Support)No proposed order.(Griffith, Joseph) (Entered: 02/18/2014) |

| 02/18/2014 | 292 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Per Rule 12 (b)(6) and Rule9(b)* by JP Morgan Chase Bank National Association. Response to Motion due by 3/7/2014. (Attachments: # 1 Exhibit Settlement and Release Agreement)No proposed order.(Griffith, Joseph) (Entered: 02/18/2014) |
| 02/18/2014 | 293 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *pursuant to Rules 12(b)(6) and 9(b)* by HSBC USA National Association. Response to Motion due by 3/7/2014. No proposed order.(Thomas, Carmen) (Entered: 02/18/2014) |
| 02/18/2014 | 294 | MOTION to Dismiss for Lack of Jurisdiction *Over the Third Amended Complaint Pursuant to Rule 12(b)(1)* by Bank of America Corporation, Bank of New York Mellon Corporation, CitiMortgage, Inc., Citibank, N.A., Deutsche Bank National Trust Company, Deutsche Bank Trust Company Americas, American Home Mortgage Servicing, Inc., HSBC Bank USA, N.A., JPMorgan Chase Bank, N.A., Saxon Mortgage Servicing, Inc., U.S. Bank, N.A., Wells Fargo Bank, N.A., and Wells Fargo Home Mortgage.. Response to Motion due by 3/7/2014. (Attachments: # 1 Memo in Support Memorandum of Law in Support of Defendants MTD 3rd Amended Complaint for Lack of Subject Matter Jurisdiction, # 2 Exhibit Exhibit 1 - 02/17/10 Relator's Email to Figueroa, # 3 Exhibit Exhibit 2 - 02/18/10 Relator's Email to Figueroa, # 4 Exhibit Exhibit 3 - Relator's Affidavit, BAC v. Davis, # 5 Exhibit Exhibit 4 - Relator's MTD, Deutsche Bank v Szymoniak, # 6 Exhibit Exhibit 5 - 07/26/08 Wall Street Journal Article, # 7 Exhibit Exhibit 6 - 04/24/09 N Times Article, # 8 Exhibit Exhibit 7 - 05/03/09 St. Petersburg Times Article, # 9 Exhibit Exhibit 8 - 08/31/09 NY Times Article, # 10 Exhibit Exhibit 9 -12/24/09 Wall Street Journal Article, # 11 Exhibit Exhibit 10 - Relator's MTD, US Bank v Szymoniak, # 12 Exhibit Exhibit 11 - McDonnell Affidavit, Vo. v. Twin-Vest, LLC, # 13 Exhibit Exhibit 12 - Breidenbach Blog Post, # 14 Exhibit Exhibit 13 - Relator Article, An Officer of Too Many Banks, # 15 Exhibit Exhibit 14 - Relator's Letter to the FCIC, # 16 Exhibit Exhibit 15 - Complaint, Figueroa v Szymoniak, # 17 Exhibit Exhibit 16 - 02/18/10 Figueroa's Email to Relator, # 18 Exhibit Exhibit 17 - LPS Non-Prosecution Agreement, # 19 Exhibit Exhibit 18 - Breidenbach's Letter to KPMG, # 20 Exhibit Exhibit 19 - Breidenbach's Letter to the SEC, # 21 Exhibit Exhibit 20 - LPS Letter, # 22 Exhibit Exhibit 21 - LPS 10-K Excerpts, # 23 Exhibit Exhibit 22 - Excerpts from Breidenbach's Resp. Pleading, Bank of NY v Breidenbach, # 24 Exhibit Exhibit 23 - 04/03/10 Wall Street Journal Article, # 25 Exhibit Exhibit 24 - 04/17/10 Wall Street Journal Article, # 26 Exhibit Exhibit 25 - Relator's Dep. Excerpts, Citibank v Stepankovsky, # 27 Exhibit Exhibit 26 - HUD Inspector General Memorandum, # 28 Exhibit Exhibit 27 - 10/04/10 and 09/30/10 NY Times Articles, # 29 Exhibit Exhibit 28 - 10/14/10 Daily Finance Article)Proposed order is being emailed to chambers with copy to opposing counsel.(Lehman, James) (Entered: 02/18/2014) |
| 02/18/2014 | 295 | Additional attachments (Supplemental Memorandum in Support) to ECF Nos. 283 / 284 by Docx LLC. Associated Cases: 0:13-cv-00464-JFA, 0:10-cv-01465-JFA(Muller, Carl). (Entered: 02/18/2014) |

| 02/18/2014 | 296 | Additional attachments (Supplemental Memorandum in Support) to ECF Nos. 283 / 284 by Lender Processing Services Inc. Associated Cases: 0:13-cv-00464-JFA, 0:10-cv-01465-JFA(Muller, Carl) (Entered: 02/18/2014) |
| --- | --- | --- |
| 02/18/2014 | 297 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rules 12(b)(6), 9(b), and 12(b)(1); see also Dkt nos. 285 and 294-1* by CitiMortgage Inc. Response to Motion due by 3/7/2014. No proposed order. (Bogan, Allen) (Entered: 02/18/2014) |
| 02/18/2014 | 298 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rules 12(b)(6), 9(b), and 12(b)(1);* by Citibank National Association. Response to Motion due by 3/7/2014. No proposed order.(Bogan, Allen) (Entered: 02/18/2014) |
| 02/18/2014 | 299 | MOTION to Dismiss *the Third Amended Complaint and Incorporated Memorandum of Law* by Saxon Mortgage Services Inc. Response to Motion due by 3/7/2014. (Attachments: # 1 Exhibit Exhbit 1 - NC Motion to Dismiss, # 2 Exhibit Exhibit 2 - San Reg. AB Certifications, # 3 Exhibit Exhibit 3 - 2007-1 Prospectus Supplement, # 4 Exhibit Exhibit 4 - Sample Prospectus Supplements, # 5 Exhibit Exhibit 5 - Mortgage Assignments, # 6 Exhibit Exhibit 6 - L Brown Plea Agreement)Proposed order is being emailed to chambers with copy to opposing counsel.(Lehman, James) (Entered: 02/18/2014) |
| 02/19/2014 | 300 | CERTIFICATE OF SERVICE by HSBC USA National Association re 226 Local Rule 26.01 Answers to Interrogatories, 293 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *pursuant to Rules 12(b)(6) and 9(b)* (Thomas, Carmen) (Entered: 02/19/2014) |
| 02/19/2014 | 301 | CERTIFICATE OF SERVICE by American Home Mortgage Servicing Inc re 281 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 280 MOTION to Dismiss for Lack of Jurisdiction (Copeland, Melissa) (Entered: 02/19/2014) |
| 02/19/2014 | 302 | CERTIFICATE OF SERVICE by CitiMortgage Inc re 297 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rules 12(b)(6), 9(b), and 12(b)(1); see also Dkt nos. 285 and 294-1* (Bogan, Allen) (Entered: 02/19/2014) |
| 02/19/2014 | 303 | CERTIFICATE OF SERVICE by Citibank National Association re 298 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rules 12(b)(6), 9(b), and 12(b)(1); see also Dkt nos. 285 and 294-1* (Bogan, Allen) (Entered: 02/19/2014) |
| 02/20/2014 | 304 | CERTIFICATE OF SERVICE by Saxon Mortgage Services Inc re 299 MOTION to Dismiss *the Third Amended Complaint and Incorporated Memorandum of Law* (Attachments: # 1 Certificate of Service 2014.02.19 Certificate of Service)(Lehman, James) (Entered: 02/20/2014) |
| 02/20/2014 | 305 | CERTIFICATE OF SERVICE by Saxon Mortgage Services Inc re 294 MOTION to Dismiss for Lack of Jurisdiction *Over the Third Amended Complaint Pursuant to Rule 12(b)(1)* (Attachments: # 1 Certificate of Service 2014.02.19 Certificate of Service)(Lehman, James) (Entered: 02/20/2014) |

| 02/20/2014 | 306 | CERTIFICATE OF SERVICE by JP Morgan Chase Bank National Association (Griffith, Joseph) (Entered: 02/20/2014) |
|---|---|---|
| 02/26/2014 | 307 | NOTICE OF SUPPLEMENTAL AUTHORITY by American Home Mortgage Servicing Inc re 281 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Notice of Supplemental Authority.* (Attachments: # 1 Exhibit Omnicare 4th Circuit Decision)(Copeland, Melissa). Modified on 2/27/2014 to edit text(bshr, ). (Entered: 02/26/2014) |
| 02/28/2014 | 308 | CERTIFICATE OF SERVICE by American Home Mortgage Servicing Inc re 307 Declaration, *Notice of Supplemental Authority* (Copeland, Melissa) (Entered: 02/28/2014) |
| 02/28/2014 | 309 | Consent MOTION for Extension of Time to File Response/Reply *Memoranda in Support of Defendants' Motions to Dismiss the Third Amended Complaint* by American Home Mortgage Servicing Inc, Bank of America Corporation, Bank of New York Mellon Corporation, CitiMortgage Inc, Citibank National Association, Deutsche Bank National Trust Company, Deutsche Bank Trust Company Americas, Docx LLC, HSBC USA National Association, JP Morgan Chase Bank National Association, Lender Processing Services Inc, Saxon Mortgage Services Inc, US Bank National Association, Wells Fargo Bank National Association. Response to Motion due by 3/17/2014. No proposed order.(Bogan, Allen) (Entered: 02/28/2014) |
| 02/28/2014 | 310 | MOTION to Appear Pro Hac Vice by Gregory N. Blase ( Filing fee $ 250 receipt number 0420-5204693) by Wells Fargo Bank National Association, Wells Fargo Home Mortgage. Response to Motion due by 3/17/2014. (Attachments: # 1 Affidavit for Pro Hac Vice Admission)No proposed order. (Coleman, James) (Entered: 02/28/2014) |
| 03/03/2014 | 311 | **TEXT ORDER granting 310 Motion for Gregory N. Blase to Appear Pro Hac Vice for Wells Fargo Bank National Association, Wells Fargo Home Mortgage (James Coleman - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr. on 03/03/2014.(bshr, ) (Entered: 03/03/2014)** |
| 03/03/2014 | 312 | **ORDER granting 309 Consent MOTION for Extension of Time to File Reply *Memoranda in Support of Defendants' Motions to Dismiss the Third Amended Complaint*, extending reply deadlines to by 4/11/2014. Signed by the Honorable Joseph F. Anderson, Jr. on 03/03/2014.(bshr, ) (Entered: 03/03/2014)** |
| 03/05/2014 | 313 | MOTION to Appear Pro Hac Vice by Brent Leerberg Nichols ( Filing fee $ 250 receipt number 0420-5213964) by Bank of America Corporation. Response to Motion due by 3/24/2014. (Attachments: # 1 Exhibit Pro Hac Vice Application - Nichols, # 2 Exhibit Certificate of Good Standing - Nichols, # 3 Proposed Order Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Daniel, Edward) (Entered: 03/05/2014) |
| 03/05/2014 | 314 | MOTION to Appear Pro Hac Vice by Collin Partington Wedel ( Filing fee $ 250 receipt number 0420-5214014) by Bank of America Corporation. Response to Motion due by 3/24/2014. (Attachments: # 1 Exhibit Pro Hac |

| | | |
|---|---|---|
| | | Vice Application - Wedel, # 2 Exhibit Certificate of Good Standing - Wedel, # 3 Proposed Order Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Daniel, Edward) (Entered: 03/05/2014) |
| 03/05/2014 | 315 | MOTION to Appear Pro Hac Vice by Jennifer Williams ( Filing fee $ 250 receipt number 0420-5214111) by Lynn E Szymoniak. Response to Motion due by 3/24/2014. (Attachments: # 1 Exhibit Pro Hac Vice Application of Jennifer Williams, # 2 Exhibit Certificate of Good Standing for Jennifer Williams)No proposed order.(Harpootlian, Richard) (Entered: 03/05/2014) |
| 03/06/2014 | 316 | **TEXT ORDER granting 313 Motion for Brent L. Nichols to Appear Pro Hac Vice for Bank of America Corporation.; granting 314 Motion for Collin P. Wedel to Appear Pro Hac Vice for Bank of America Corporation (E. Bart Daniel - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr. on 03/06/2014.(bshr, ) (Entered: 03/06/2014)** |
| 03/06/2014 | 317 | **TEXT ORDER granting 315 Motion to for Jennifer A. Williams to Appear Pro Hac Vice for Lynn E. Szymoniak (Richard Harpootlian - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr. on 03/06/2014.(bshr, ) (Entered: 03/06/2014)** |
| 03/14/2014 | 318 | MOTION to Appear Pro Hac Vice by Elizabeth H. Shofner ( Filing fee $ 250 receipt number 0420-5231247) by Lynn E Szymoniak. Response to Motion due by 3/31/2014. (Attachments: # 1 Exhibit Pro Hac Vice Application of Elizabeth H. Shofner, # 2 Exhibit Certificate of Good Standing for Elizabeth H. Shofner)No proposed order.(Harpootlian, Richard) (Entered: 03/14/2014) |
| 03/17/2014 | 319 | **TEXT ORDER granting 318 Motion for Elizabeth H. Shofner to Appear Pro Hac Vice for Lynn E Szymoniak (Richard A. Harpootlian - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr. on 03/17/2014.(bshr, ) (Entered: 03/17/2014)** |
| 03/18/2014 | 321 | OMNIBUS RESPONSE in Opposition re 282 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rule 12(b)(6) and Rule 9(b)*, 283 First MOTION to Dismiss *Third Amended Complaints*, 295 First MOTION to Dismiss , 296 First MOTION to Dismiss , 281 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 298 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rules 12(b)(6), 9(b), and 12(b)(1); see also Dkt nos. 285 and 294-1*, 294 MOTION to Dismiss for Lack of Jurisdiction *Over the Third Amended Complaint Pursuant to Rule 12(b)(1)*, 288 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 284 First MOTION to Dismiss *Third Amended Complaints*, 280 MOTION to Dismiss for Lack of Jurisdiction , 292 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Per Rule 12(b)(6) and Rule9(b)*, 297 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rules 12(b)(6), 9(b), and 12(b)(1); see also Dkt nos. 285 and 294-1*, 293 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *pursuant to Rules 12(b)(6) and 9(b)*, 287 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 290 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 289 MOTION to Dismiss *Relator's Third Amended Complaint,* |

| | | |
|---|---|---|
| | | 291 MOTION to Sever *and Dismiss*, 299 MOTION to Dismiss *the Third Amended Complaint and Incorporated Memorandum of Law* Response filed by Lynn E Szymoniak.Reply to Response to Motion due by 3/28/2014 (Attachments: # 1 Exhibit Declaration of Lynn Szymoniak, # 2 Exhibit Declaration of James Sabella, # 3 Exhibit Unpublished Opinions Part 1 of 26, # 4 Exhibit Unpublished Opinions Part 2 of 26, # 5 Exhibit Unpublished Opinions Part 3 of 26, # 6 Exhibit Unpublished Opinions Part 4 of 26) (Harpootlian, Richard). Please see ECF Nos. 322 , 323 , and 324 for additional attachments. (Entered: 03/18/2014) |
| 03/18/2014 | 322 | Additional Attachments to 321 Omnibus Response in Opposition to Motion. First attachment description: Unpublished Opinions Part 5 of 26 . (Attachments: # 1 Exhibit Unpublished Opinions Part 6 of 26, # 2 Exhibit Unpublished Opinions Part 7 of 26, # 3 Exhibit Unpublished Opinions Part 8 of 26, # 4 Exhibit Unpublished Opinions Part 9 of 26, # 5 Exhibit Unpublished Opinions Part 10 of 26, # 6 Exhibit Unpublished Opinions Part 11 of 26, # 7 Exhibit Unpublished Opinions Part 12 of 26, # 8 Exhibit Unpublished Opinions Part 13 of 26, # 9 Exhibit Unpublished Opinions Part 14 of 26, # 10 Exhibit Unpublished Opinions Part 15 of 26)(Harpootlian, Richard) (Entered: 03/18/2014) |
| 03/18/2014 | 323 | Additional Attachments to 321 Omnibus Response in Opposition to Motion. First attachment description: Unpublished Opinions Part 16 of 26 . (Attachments: # 1 Exhibit Unpublished Opinions Part 17 of 26, # 2 Exhibit Unpublished Opinions Part 18 of 26, # 3 Exhibit Unpublished Opinions Part 19 of 26, # 4 Exhibit Unpublished Opinions Part 20 of 26, # 5 Exhibit Unpublished Opinions Part 21 of 26)(Harpootlian, Richard) (Entered: 03/18/2014) |
| 03/18/2014 | 324 | Additional Attachments to 321 Omnibus Response in Opposition to Motion. First attachment description: Unpublished Opinions Part 22 of 26. (Attachments: # 1 Exhibit Unpublished Opinions Part 23 of 26, # 2 Exhibit Unpublished Opinions Part 24 of 26, # 3 Exhibit Unpublished Opinions Part 25 of 26, # 4 Exhibit Unpublished Opinions Part 26 of 26)(Harpootlian, Richard) (Entered: 03/18/2014) |
| 03/21/2014 | 326 | NOTICE of Hearing on ALL PENDING MOTIONS: Motion Hearing set for 4/28/2014 at 10:00 AM in Columbia #1, Matthew J. Perry Court House, 901 Richland St, Columbia before the Honorable Joseph F. Anderson Jr. (bshr, ) (Entered: 03/21/2014) |
| 04/01/2014 | 327 | MOTION to Appear Pro Hac Vice by Michael B. Kimberly ( Filing fee $ 250 receipt number 0420-5262191) by Bank of New York Mellon Corporation. Response to Motion due by 4/18/2014. (Attachments: # 1 Application and Affidavit for Admission Pro Hac Vice of Michael Branch Kimberly, # 2 Certificate of Good Standing, # 3 List of Court Admissions)No proposed order.(Parham, Alice) (Entered: 04/01/2014) |
| 04/02/2014 | 328 | **TEXT ORDER granting 327 Motion for Michael B. Kimberly to Appear Pro Hac Vice for Bank of New York Mellon Corporation (Alice Parham - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr. on 04/02/2014.(bshr, ) (Entered: 04/02/2014)** |

| 04/11/2014 | 329 | REPLY to Response to Motion re 281 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM Response filed by American Home Mortgage Servicing Inc. (Copeland, Melissa) (Entered: 04/11/2014) |
| --- | --- | --- |
| 04/11/2014 | 330 | REPLY to Response to Motion re 287 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM Response filed by Bank of New York Mellon Corporation. (Parham, Alice) (Entered: 04/11/2014) |
| 04/11/2014 | 333 | REPLY to Response to Motion re 282 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rule 12(b)(6) and Rule 9(b)* Response filed by Bank of America Corporation, CitiMortgage Inc, Citibank National Association, Wells Fargo Bank National Association, JP Morgan Chase Bank National Association, . (Daniel, Edward). Modified on 4/14/2014 to add filers listed on document(bshr, ). (Entered: 04/11/2014) |
| 04/11/2014 | 334 | REPLY to Response to Motion re 294 MOTION to Dismiss for Lack of Jurisdiction *Over the Third Amended Complaint Pursuant to Rule 12(b)(1).* Response filed by Bank of America Corporation, Bank of New York Mellon Corporation, CitiMortgage, Inc., Citibank, N.A., Deutsche Bank National Trust Company, Deutsche Bank Trust Company Americas, American Home Mortgage Servicing, Inc., HSBC Bank USA, N.A., JPMorgan Chase Bank, N.A., Saxon Mortgage Servicing, Inc., U.S. Bank, N.A., Wells Fargo Bank, N.A., and Wells Fargo Home Mortgage.. (Lehman, James) (Entered: 04/11/2014) |
| 04/11/2014 | 335 | REPLY to Response to Motion re 291 MOTION to Sever *and Dismiss* Response filed by Bank of New York Mellon Corporation, JP Morgan Chase Bank National Association, Saxon Mortgage Services Inc. (Griffith, Joseph) (Entered: 04/11/2014) |
| 04/11/2014 | 336 | REPLY to Response to Motion re 292 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Per Rule 12(b)(6) and Rule9(b)* Response filed by JP Morgan Chase Bank National Association. (Griffith, Joseph) (Entered: 04/11/2014) |
| 04/11/2014 | 337 | REPLY to Response to Motion re 299 MOTION to Dismiss *the Third Amended Complaint and Incorporated Memorandum of Law* Response filed by Saxon Mortgage Services Inc. (Attachments: # 1 Exhibit A - Certain Servicers' Reply Brief)(Lehman, James) (Entered: 04/11/2014) |
| 04/11/2014 | 338 | REPLY to Response to Motion re 293 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *pursuant to Rules 12(b)(6) and 9(b)* Response filed by HSBC USA National Association. (Thomas, Carmen) (Entered: 04/11/2014) |
| 04/11/2014 | 341 | REPLY to Response to 295 First MOTION to Dismiss, 296 First MOTION to Dismiss. Reply to Response filed by Docx LLC, Lender Processing Services Inc. (Attachments: # 1 Exhibit 1 - Consent Final Judgment (State of Florida vs. Lender Processing Services, Inc.), # 2 Exhibit 2 - Transcript of Sentencing 06/25/2013)(bshr, ) (Entered: 04/14/2014) |
| 04/14/2014 | 339 | CERTIFICATE OF SERVICE by Saxon Mortgage Services Inc re 334 Reply to Response to Motion *to Dismiss the Third Amended Complaint for Lack of* |

| | | |
|---|---|---|
| | | *Subject Matter Jurisdiction* (Attachments: # 1 Certificate of Service 2014.04.14 COS re Dkt 334)(Lehman, James) (Entered: 04/14/2014) |
| 04/14/2014 | 340 | CERTIFICATE OF SERVICE by Saxon Mortgage Services Inc re 337 Reply to Response to Motion, *to Dismiss the Third Amended Complaint* (Attachments: # 1 Certificate of Service 2014.04.14 COS re Dkt 337) (Lehman, James) (Entered: 04/14/2014) |
| 04/14/2014 | 342 | DELETION OF DOCKET ENTRY NUMBER 331, 332. Reason: Reply refiled using corrected event code. Corrected Filing Document Number 341 . Modified filing date to that of original filing: 04/11/2014 (bshr, ) (Entered: 04/14/2014) |
| 04/14/2014 | 343 | CERTIFICATE OF SERVICE by HSBC USA National Association re 338 Reply to Response to Motion (Thomas, Carmen) (Entered: 04/14/2014) |
| 04/14/2014 | 344 | CERTIFICATE OF SERVICE by Bank of America Corporation, CitiMortgage Inc, Citibank National Association, JP Morgan Chase Bank National Association, Wells Fargo Bank National Association, Wells Fargo Home Mortgage re 333 Reply to Response to Motion, (Daniel, Edward) (Entered: 04/14/2014) |
| 04/16/2014 | 345 | CERTIFICATE OF SERVICE by American Home Mortgage Servicing Inc re 329 Reply to Response to Motion (Copeland, Melissa) (Entered: 04/16/2014) |
| 04/16/2014 | 346 | CERTIFICATE OF SERVICE by JP Morgan Chase Bank National Association re 336 Reply to Response to Motion (Griffith, Joseph) (Entered: 04/16/2014) |
| 04/21/2014 | 347 | **ORDER AMENDING SCHEDULE FOR ARGUMENTS ON PENDING MOTIONS re 326 Notice of Hearing on All Pending Motions Scheduled for April 28, 2014. Signed by Honorable Joseph F. Anderson, Jr. on 04/21/2014. (bshr, ) (Entered: 04/21/2014)** |
| 04/26/2014 | 348 | RESPONSE in Opposition re 282 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rule 12(b)(6) and Rule 9(b)*, 292 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Per Rule 12 (b)(6) and Rule9(b)*, 297 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rules 12(b)(6), 9(b), and 12(b)(1); see also Dkt nos. 285 and 294-1*, 283 First MOTION to Dismiss *Third Amended Complaints*, 287 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 295 First MOTION to Dismiss , 290 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 289 MOTION to Dismiss *Relator's Third Amended Complaint*, 296 First MOTION to Dismiss , 281 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 298 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rules 12(b)(6), 9(b), and 12(b) (1); see also Dkt nos. 285 and 294-1*, 294 MOTION to Dismiss for Lack of Jurisdiction *Over the Third Amended Complaint Pursuant to Rule 12(b)(1)*, 288 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 291 MOTION to Sever *and Dismiss*, 284 First MOTION to Dismiss *Third Amended Complaints*, 212 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 299 MOTION to Dismiss *the Third Amended Complaint and Incorporated Memorandum of Law*, 248 MOTION to Dismiss, 280 |

| | | |
|---|---|---|
| | | MOTION to Dismiss for Lack of Jurisdiction Response filed by USA.Reply to Response to Motion due by 5/8/2014 (Trapp, Frances) (Entered: 04/26/2014) |
| 04/28/2014 | 350 | **Minute Entry. Proceedings held before Honorable Joseph F Anderson, Jr: Motions Hearing held on 4/28/2014. Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, the court grants defendants' motions to dismiss with prejudice any allegations relating to claims for payment submitted before March 23, 2010. granting <u>234</u> Motion to Dismiss for Lack of Jurisdiction; granting in part <u>237</u> Motion to Dismiss for Lack of Jurisdiction; granting in part <u>238</u> Motion to Dismiss for Lack of Jurisdiction; granting in part <u>248</u> Motion to Dismiss for Lack of Jurisdiction; granting <u>280</u> Motion to Dismiss for Lack of Jurisdiction; granting in part <u>283</u> Motion to Dismiss for Lack of Jurisdiction; granting in part <u>284</u> Motion to Dismiss for Lack of Jurisdiction; granting <u>294</u> Motion to Dismiss for Lack of Jurisdiction; granting in part <u>297</u> Motion to Dismiss for Lack of Jurisdiction; granting in part <u>298</u> Motion to Dismiss for for Lack of Jurisdiction. Court Reporter Jenny Williams. (mflo, ) (Entered: 04/28/2014)** |
| 04/28/2014 | 351 | **Minute Entry. Proceedings held before Honorable Joseph F Anderson, Jr: Scheduling Conference held on 4/28/2014. The court will hear arguments on all pending motions at 10 a.m., Wednesday, May 28, 2014. The court directs the parties to file any supplemental motions or briefs by May 1, 2014, with regular response and reply deadlines to follow. Court Reporter Jenny Williams. (mflo, ) (Entered: 04/28/2014)** |
| 04/28/2014 | 352 | NOTICE of Hearing on All Pending Motions Motion Hearing set for 5/28/2014 10:00 AM in Columbia #1, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. (mflo, ) (Entered: 04/28/2014) |
| 04/30/2014 | <u>354</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings. Motions held on April 28, 2014, before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Jennifer H. Williams, RPR, Telephone number/E-mail Jenny_Williams@scd.uscourts.gov/803.351.9742. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction.. Redaction Request due 5/21/2014. Redacted Transcript Deadline set for 6/2/2014. Release of Transcript Restriction set for 7/29/2014. Associated Cases: 0:10-cv-01465-JFA, 0:13-cv-00464-JFA(jwil, ) (Entered: 04/30/2014) |
| 05/01/2014 | <u>355</u> | SUPPLEMENTAL RESPONSE in Support re <u>282</u> First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rule 12(b)(6) and Rule 9(b)*, <u>292</u> MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Per Rule 12(b)(6) and Rule9(b)*, <u>297</u> MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rules 12(b)(6), 9(b), and 12(b)(1); see also Dkt nos. 285 and 294-1,* <u>289</u> MOTION to Dismiss *Relator's Third Amended Complaint,* <u>298</u> MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rules 12(b)(6), 9(b), and 12(b)(1); see also Dkt nos. 285* |

|  |  | *and 294-1*. Supplemental Response filed by Bank of America Corporation, CitiMortgage Inc, Citibank National Association, JP Morgan Chase Bank National Association, Wells Fargo Bank National Association(Bogan, Allen). Modified on 5/2/2014 to edit text(bshr, ). (Entered: 05/01/2014) |
|---|---|---|
| 05/01/2014 | 356 | SUPPLEMENTAL RESPONSE in Support re 293 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *pursuant to Rules 12(b)(6) and 9(b)*, 287 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 295 First MOTION to Dismiss , 290 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 296 First MOTION to Dismiss , 281 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 288 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 299 MOTION to Dismiss *the Third Amended Complaint and Incorporated Memorandum of Law ; see also Dkt. Nos. 329 , 330 , 337 , 338 , and 341* . Supplemental Response filed by American Home Mortgage Servicing Inc, Bank of New York Mellon Corporation, Deutsche Bank National Trust Company, Deutsche Bank Trust Company Americas, Docx LLC, HSBC USA National Association, Lender Processing Services Inc, Saxon Mortgage Services Inc, US Bank National Association(Lehman, James). Modified on 5/2/2014 to add text(bshr, ). (Entered: 05/01/2014) |
| 05/02/2014 | 357 | CERTIFICATE OF SERVICE by CitiMortgage Inc, Citibank National Association re 355 Response in Support of Motion,,, (Bogan, Allen) (Entered: 05/02/2014) |
| 05/12/2014 | 359 | **ORDER dismissing, against all Defendants and with prejudice, allegations related to any false claim submitted to the United States, or one of the States, prior to March 23, 2010. Signed by Honorable Joseph F. Anderson, Jr. on 05/12/2014. (bshr, ) (Entered: 05/12/2014)** |
| 05/15/2014 | 360 | RESPONSE in Opposition to 355 SUPPLEMENTAL RESPONSE in Support of Motion to Dismiss the Third Amended Complaint Pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure. Response filed by Lynn E Szymoniak. Reply to Response to Motion due by 5/27/2014 (Attachments: # 1 Exhibit Supplemental Declaration of James J. Sabella, dated May 15, 2014, # 2 Exhibit Unpublished Opinions)(Harpootlian, Richard). Modified on 5/16/2014 to edit text(bshr, ). (Entered: 05/15/2014) |
| 05/15/2014 | 361 | RESPONSE in Opposition to 356 SUPPLEMENTAL RESPONSE in Support in Further Support of the Pending Motions to Dismiss the Third Amended Complaint. Response filed by Lynn E Szymoniak. Reply to Response to Motion due by 5/27/2014 (Attachments: # 1 Exhibit Supplemental Declaration of James J. Sabella, dated May 15, 2014, # 2 Exhibit Unpublished Opinions) (Harpootlian, Richard). Modified on 5/16/2014 to edit text(bshr, ). (Entered: 05/15/2014) |
| 05/16/2014 | 362 | NOTICE of Voluntary Dismissal as to the "Released Defendants" pursuant to Rule 41(A)(1)(a)(i) by Lynn E Szymoniak (Harpootlian, Richard). Modified on 5/19/2014 to add text(bshr, ). (Entered: 05/16/2014) |
| 05/16/2014 | 363 | NOTICE of Voluntary Dismissal of Relator's Securitization Claims pursuant to Rule 41(A)(1)(a)(i) by Lynn E Szymoniak (Harpootlian, Richard). Modified |

| | | on 5/19/2014 to add text(bshr, ). (Entered: 05/16/2014) |
|---|---|---|
| 05/21/2014 | 364 | **ORDER re Notices of Voluntary Dismissal (ECF Nos. 362 & 363 ), requesting the USA provide the court with a written response by 05/23/2014 regarding consent to dismissal and reasons for consenting. Signed by Honorable Joseph F. Anderson, Jr. on 05/21/2014. (bshr, ) (Entered: 05/21/2014)** |
| 05/22/2014 | 365 | SUPPLEMENTAL REPLY to Response to Motion re 299 MOTION to Dismiss *the Third Amended Complaint and Incorporated Memorandum of Law . Supplemental* Response filed by Saxon Mortgage Services Inc. (Attachments: # 1 Exhibit 1: Prospectus Supplement for NovaStar 2006-6, # 2 Exhibit 2: Prospectus Supplement for NovaStar 2005-4, # 3 Exhibit 3: O'Keefe HUD-1, # 4 Exhibit 4: Henriquez HUD-1)(Lehman, James) (Entered: 05/22/2014) |
| 05/23/2014 | 366 | SUPPLEMENTAL REPLY to Response to Motion re 281 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 212 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM Response filed by American Home Mortgage Servicing Inc. (Copeland, Melissa) (Entered: 05/23/2014) |
| 05/23/2014 | 367 | REPLY by USA to 364 Order, *Consent to Dismissal Without Prejudice of Certain Claims and Certain Defendants*. (Trapp, Frances) (Entered: 05/23/2014) |
| 05/23/2014 | 368 | **ORDER TO SHOW CAUSE directing the United States to articulate its reasons for consenting to the dismissal of certain claims and certain defendants pursuant to section 3730(b)(1) of the FCA. Show Cause Response due by 5:00 PM on 05/27/2014. Signed by Honorable Joseph F. Anderson, Jr. on 05/23/2014. (bshr, ) (Entered: 05/23/2014)** |
| 05/26/2014 | 369 | SUPPLEMENTAL REPLY to Response to Motion re 282 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rule 12(b)(6) and Rule 9(b) Released Defendants' Supplemental Reply Memorandm in Support of Motion to Dismiss the Third Amended Complaint Pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure (see Dkt Nos. 285, 333, 355)* Response filed by Bank of America Corporation, CitiMortgage Inc, Citibank National Association, JP Morgan Chase Bank National Association, Wells Fargo Bank National Association, Wells Fargo Home Mortgage. (Bogan, Allen) (Entered: 05/26/2014) |
| 05/27/2014 | 370 | CERTIFICATE OF SERVICE by American Home Mortgage Servicing Inc re 366 Reply to Response to Motion, (Copeland, Melissa) (Entered: 05/27/2014) |
| 05/27/2014 | 371 | REPLY by USA to 368 Order to Show Cause. (Trapp, Frances) (Entered: 05/27/2014) |
| 05/27/2014 | 372 | SUPPLEMENTAL RESPONSE in Support re 287 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 290 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 294 MOTION to Dismiss for Lack of Jurisdiction *Over the Third Amended Complaint Pursuant to Rule 12(b)(1) U.S. BANKS SUPPLEMENTAL REPLY MEMORANDUM IN FURTHER* |

| | | |
|---|---|---|
| | | *SUPPORT OF ITS PENDING MOTIONS TO DISMISS THE THIRD AMENDED COMPLAINT* Response filed by US Bank National Association. (Baker, Jana). (Entered: 05/27/2014) |
| 05/28/2014 | 373 | **Minute Entry. Proceedings held before Honorable Joseph F. Anderson, Jr.: Motion Hearing held on 5/28/2014; Court allows counsel to submit additional briefing by June 9, 2014; taking under advisement all pending motions. Court to file written order. Court Reporter Dan Mayo. (bshr, ) (Entered: 05/29/2014)** |
| 05/30/2014 | 374 | Letter from Judge Joseph F. Anderson, Jr. notifying all counsel of record in Case 0:10-cv-1465-JFA additional briefing from any interest party is requested on the procedure through which the subject mortgages were foreclosed upon and exactly what the plaintiff-relator alleges was presented to HUD to submit a claim for reimbursement under the FHA insurance program. Any briefs should be filed no later than 06/13/2014. (bshr, ) (Entered: 05/30/2014) |
| 06/02/2014 | 375 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings, motion hearing held on May 28, 2014, before Judge Joseph F. Anderson, Jr.. Court Reporter/Transcriber Dan Mayo, Telephone number/E-mail 803-799-9325/daniel_mayo@scd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction.. Redaction Request due 6/23/2014. Redacted Transcript Deadline set for 7/3/2014. Release of Transcript Restriction set for 9/2/2014. (dmayo, ) (Entered: 06/02/2014) |
| 06/09/2014 | 376 | RESPONSE in Support re 290 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 294 MOTION to Dismiss for Lack of Jurisdiction *Over the Third Amended Complaint Pursuant to Rule 12(b)(1)*, 223 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *[U.S. BANKS SECOND SUPPLEMENTAL REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS PENDING MOTIONS TO DISMISS THE THIRD AMENDED COMPLAINT]* Response filed by US Bank National Association. (Baker, Jana) (Entered: 06/09/2014) |
| 06/09/2014 | 377 | RESPONSE in Opposition re 235 MOTION to Dismiss MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rule 12(b)(6) and Rule 9(b)*, 242 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rules 12(b)(6) and 9(b)*, 234 MOTION to Dismiss for Lack of Jurisdiction *over the Subject Matter*, 238 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rules 12(b)(6), 9(b), and 12(b)(1); see also Dkt. nos. 230 and 234-1*, 240 MOTION to Dismiss , 227 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per rule 12(b)(6) and 9(b)*, 223 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 243 MOTION to Dismiss *the Second Amended Complaint and Incorporated Memorandum of Law*, 237 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rule 12(b)(6), 9(b), and 12(b)(1); see also Dkt. nos. 230 and 234-1*, 248 MOTION to Dismiss, 241 MOTION to Sever |

| | | |
|---|---|---|
| | | *and Dismiss All Claims per Rules 20 and 21* Response filed by Lynn E Szymoniak.Reply to Response to Motion due by 6/19/2014 (Attachments: # <u>1</u> Exhibit James J. Sabella's Post Argument Declaration dated June 9, 2014, # <u>2</u> Exhibit Unpublished Opinions)(Harpootlian, Richard) (Entered: 06/09/2014) |
| 06/09/2014 | <u>378</u> | SUPPLEMENTAL BRIEF *with respect to the impact of the court's 12(b)(1) dismissal on conduct occurring before march 23, 2010* by Docx LLC, Lender Processing Services Inc. (Muller, Carl). Modified on 6/11/2014 to replace document with corrected version containing filing user's signature and to add filers listed on document(bshr, ). (Entered: 06/09/2014) |
| 06/09/2014 | <u>379</u> | RESPONSE in Support re 281 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM Response filed by American Home Mortgage Servicing Inc. (Copeland, Melissa) (Entered: 06/09/2014) |
| 06/09/2014 | <u>381</u> | REPLY by USA to 373 Order/Minute Entry. (Attachments: # <u>1</u> Exhibit 1, Amicus Curiae Brief, # <u>2</u> Exhibit 2, Excerpt from HUD's Single Family Insurance Claims Handbook)(Trapp, Frances) (Entered: 06/09/2014) |
| 06/09/2014 | <u>382</u> | RESPONSE in Support re 299 MOTION to Dismiss *the Third Amended Complaint and Incorporated Memorandum of Law . Supplemental Memorandum regarding Relator's claim alleging improper submission of asignment costs to HUD.* Response filed by Saxon Mortgage Services Inc. (Attachments: # <u>1</u> Exhibit Excerpts from Friedman, # <u>2</u> Exhibit HUD Handbook Chapter 4, # <u>3</u> Exhibit Mortgagee Letter 91-14, # <u>4</u> Exhibit HUD Handbook Chapter 1, # <u>5</u> Exhibit HUD 27011)(Lehman, James) (Entered: 06/09/2014) |
| 06/09/2014 | <u>383</u> | RESPONSE in Support re 281 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM Response filed by American Home Mortgage Servicing Inc. (Copeland, Melissa) (Entered: 06/09/2014) |
| 06/09/2014 | <u>384</u> | RESPONSE in Support re 294 MOTION to Dismiss for Lack of Jurisdiction *Over the Third Amended Complaint Pursuant to Rule 12(b)(1)*, 299 MOTION to Dismiss *the Third Amended Complaint and Incorporated Memorandum of Law . Supplemental Memorandum Concerning Application of the Public Disclosure Bar.* Response filed by Saxon Mortgage Services Inc. (Lehman, James) (Entered: 06/09/2014) |
| 06/11/2014 | 386 | DELETION OF DOCKET ENTRY NUMBER 380. Reason: Duplicate Filing of ECF No. <u>378</u> . (bshr, ) (Entered: 06/11/2014) |
| 06/12/2014 | <u>387</u> | CERTIFICATE OF SERVICE by American Home Mortgage Servicing Inc re <u>383</u> Response in Support of Motion, <u>379</u> Response in Support of Motion (Copeland, Melissa) (Entered: 06/12/2014) |
| 06/13/2014 | <u>388</u> | REPLY/Memorandum regarding procedures available for submitting a claim for insurance to HUD by Lynn E Szymoniak / Re: <u>374</u> Letter. (Attachments: # <u>1</u> Exhibit Declaration of James J. Sabella)(Harpootlian, Richard) (Entered: 06/13/2014) |
| 06/13/2014 | <u>389</u> | REPLY/Supplemental Brief regarding claim submission to HUD for reimbursement by American Home Mortgage Servicing Inc / Re" <u>374</u> Letter. |

| | | (Copeland, Melissa) (Entered: 06/13/2014) |
|---|---|---|
| 06/13/2014 | 390 | THIRD SUPPLEMENTAL RESPONSE in Support re 290 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 294 MOTION to Dismiss for Lack of Jurisdiction *Over the Third Amended Complaint Pursuant to Rule 12(b)(1) U.S. BANKS THIRD SUPPLEMENTAL REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS PENDING MOTIONS TO DISMISS THE THIRD AMENDED COMPLAINT* Response filed by US Bank National Association. (Attachments: # 1 Exhibit - 1 Admin of Insured Home Mortg, HUD Handbook 4330.4, # 2 Exhibit - 2 Form HUD-27011, # 3 Exhibit - 3 U.S. Bank, N.A. v. de la Rosa, CNo. 09-CA-001740, Fla. Cir. Ct. Hillsborough, 7-1-2010, # 4 Exhibit - 4 Unpublished Decisions)(Baker, Jana) (Entered: 06/13/2014) |
| 06/13/2014 | 391 | Supplemental Memorandum Concerning HUD's Mortgage Insurance Claim Process / REPLY to 374 District Court's Invitation for Briefing Regarding the Process of Submitting HUD Mortgage Insurance Claims. SAXON's Supplemental Memorandum Concerning HUDs Mortgage Insurance Claim Process. Response filed by Saxon Mortgage Services Inc. (Attachments: # 1 Exhibit 1996 Interim Rulemaking, # 2 Exhibit Mortgage Letter 96-24, # 3 Exhibit Excerpts from HUD Handbook, # 4 Exhibit MBAA Guide, # 5 Exhibit HUD-27011)(Lehman, James) (Entered: 06/13/2014) |
| 06/17/2014 | 392 | CERTIFICATE OF SERVICE by American Home Mortgage Servicing Inc re 389 Reply (Copeland, Melissa) (Entered: 06/17/2014) |
| 06/27/2014 | 394 | NOTICE OF SUPPLEMENTAL AUTHORITY by American Home Mortgage Servicing Inc re 281 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Notice of Supplemental Authority.* (Attachments: # 1 Exhibit 4th Circuit US ex rel Ahumada Decision)(Copeland, Melissa) (Entered: 06/27/2014) |
| 07/01/2014 | 395 | CERTIFICATE OF SERVICE by American Home Mortgage Servicing Inc re 394 Declaration, *Notice of Supplemental Authority* (Copeland, Melissa) (Entered: 07/01/2014) |
| 07/14/2014 | 396 | Rule 60 MOTION for Corrections to 359 Order Dismissing Allegations Related to Any False Claim Submitted to the United States Prior to March 23, 2010. Filed by the State of Illinois. Response to Motion due by 7/31/2014. (bshr, ) (Entered: 07/14/2014) |
| 07/25/2014 | 399 | **ORDER The court grants in part and denies in part the 12(b)(6) motion filed by Defendant U.S. Bank National Association. Defendant U.S. Bank National Association shall file an answer within the time limits prescribed by the Federal Rules of Civil Procedure, after which the court will issue a scheduling order. The court dismisses with prejudice to Relator and to United States all remaining FCA claims against Homeward Residential, f/k/a American Home Mortgage Servicing; Saxon Mortgage Services; Lender Processing Services; DocX; Bank Of New York Mellon Corp.; Deutsche Bank National Trust Company; Deutsche Bank Trust Company Americas; and HSBC USA National Association. Granting 396 Motion to Amend/Correct; granting 212 Motion to Dismiss for Failure to State a** |

| | | |
|---|---|---|
| | | Claim; granting in part and denying in part <u>223</u> Motion to Dismiss for Failure to State a Claim; finding as moot <u>241</u> Motion to Sever; granting <u>242</u> Motion to Dismiss for Failure to State a Claim; granting <u>243</u> Motion to Dismiss; granting <u>281</u> Motion to Dismiss for Failure to State a Claim; granting <u>287</u> Motion to Dismiss for Failure to State a Claim; granting <u>288</u> Motion to Dismiss for Failure to State a Claim; granting in part and denying in part <u>290</u> Motion to Dismiss for Failure to State a Claim; finding as moot <u>291</u> Motion to Sever; granting <u>293</u> Motion to Dismiss for Failure to State a Claim; granting <u>299</u> Motion to Dismiss ; granting <u>248</u> Motion to Dismiss. Signed by Honorable Joseph F Anderson, Jr on 7/25/14.(mflo, ) (Main Document 399 replaced on 7/28/2014 to include the Judge's signature) (mflo, ). (Entered: 07/25/2014) |
| 07/30/2014 | <u>401</u> | Consent MOTION for Extension of Time *to Answer Relators Consolidated Third Amended Complaint* by US Bank National Association. Response to Motion due by 8/18/2014. No proposed order.(Baker, Jana) (Entered: 07/30/2014) |
| 08/01/2014 | 402 | **TEXT ORDER granting <u>401</u> Consent Motion for Extension of Time *to Answer Relators Consolidated Third Amended Complaint*, extending deadline to 08/22/2014. Entered at the direction of the Honorable Joseph F. Anderson, Jr. on 08/01/2014.(bshr, ) (Entered: 08/01/2014)** |
| 08/22/2014 | <u>403</u> | *U.S. BANK, NATIONAL ASSOCIATION* ANSWER to 271 Amended Complaint, *Consolidated Third Amended by Plaintiff/Relator Lynn E. Szymoniak* by US Bank National Association.(Baker, Jana) (Entered: 08/22/2014) |
| 08/22/2014 | <u>404</u> | MOTION for Entry of Judgment under Rule 54b by American Home Mortgage Servicing Inc, Bank of New York Mellon Corporation, Deutsche Bank National Trust Company, Deutsche Bank Trust Company Americas, Docx LLC, HSBC USA National Association, Lender Processing Services Inc, Saxon Mortgage Services Inc. Response to Motion due by 9/8/2014. (Attachments: # <u>1</u> Memorandum of Law in Support of Certain Defendants' Motion for Entry of Final Judgment)No proposed order.(Casey, Alice) (Entered: 08/22/2014) |
| 08/28/2014 | <u>405</u> | RESPONSE in Opposition re <u>404</u> MOTION for Entry of Judgment under Rule 54b *by Certain Defendants* Response filed by Lynn E Szymoniak.Reply to Response to Motion due by 9/8/2014 (Attachments: # <u>1</u> Exhibit Exhibit A - Unpublished Cases)(Harpootlian, Richard) (Entered: 08/28/2014) |
| 08/29/2014 | <u>406</u> | **PRELIMINARY SCHEDULING ORDER: Rule 26(f) Conference Deadline 9/19/2014, 26(a) Initial Disclosures due by 10/3/2014, Rule 26 Report due by 10/3/2014. Signed by Honorable Joseph F Anderson, Jr on 08/29/2014. (bshr, ) (Entered: 08/29/2014)** |
| 09/08/2014 | <u>408</u> | REPLY to Response to Motion re <u>404</u> MOTION for Entry of Judgment under Rule 54b Response filed by American Home Mortgage Servicing Inc, Bank of New York Mellon Corporation, Deutsche Bank National Trust Company, Deutsche Bank Trust Company Americas, Docx LLC, HSBC USA National Association, Lender Processing Services Inc, Saxon Mortgage Services Inc. |

| | | (Casey, Alice) (Entered: 09/08/2014) |
|---|---|---|
| 09/22/2014 | 409 | **ORDER denying 404 Motion for Entry of Judgment under Rule 54b. Signed by Honorable Joseph F. Anderson, Jr. on 09/22/2014.(bshr, )** (Entered: 09/22/2014) |
| 09/26/2014 | 411 | STIPULATION *By Consent Regarding Production of ESI* by Lynn E Szymoniak, U.S. Bank National Association. (Harpootlian, Richard) Modified on 9/29/2014 to add filers listed on document(bshr, ). (Entered: 09/26/2014) |
| 09/26/2014 | 412 | Consent MOTION for Confidentiality Order by Lynn E Szymoniak. Response to Motion due by 10/14/2014. (Attachments: # 1 Exhibit A - Proposed Confidentiality Order, # 2 Exhibit B - Original Confidentiality Order) Proposed order is being emailed to chambers with copy to opposing counsel. (Harpootlian, Richard) (Entered: 09/26/2014) |
| 09/26/2014 | 413 | **CONFIDENTIALITY ORDER granting 412 Consent MOTION for Confidentiality Order. Signed by Honorable Joseph F. Anderson, Jr. on 09/26/2014.(bshr, )** (Entered: 09/26/2014) |
| 09/30/2014 | 414 | Consent MOTION for Extension of Time *to respond to Subpoena Duces Tecum* by Ocwen Loan Servicing, LLC. Response to Motion due by 10/17/2014. (Attachments: # 1 Exhibit Subpoena)No proposed order. (Copeland, Melissa) (Entered: 09/30/2014) |
| 10/01/2014 | 415 | **TEXT ORDER Granting 414 Consent MOTION for Extension of Time *to respond to Subpoena Duces Tecum* filed by Ocwen Loan Servicing, LLC ( Response due by 10/30/2014.) Directed by Honorable Joseph F Anderson, Jr on 10/1/14. (mflo, )** (Entered: 10/01/2014) |
| 10/02/2014 | 416 | Joint Rule 26(f) Report and Local Rule 26.03 Answers to Interrogatories by Lynn E Szymoniak, US Bank National Association.(Harpootlian, Richard). Modified on 10/3/2014 to add text(bshr, ). (Entered: 10/02/2014) |
| 10/03/2014 | 417 | **FORMAL SCHEDULING ORDER. Important: Review PDF Document for Full Explanation of Deadlines. Motions to Amend Pleadings due by 10/28/2014, Plaintiffs ID of Expert Witness due by 11/30/2014, Defendants ID of Expert Witnesses Due by 1/16/2015, Discovery due by 2/11/2015, Motions due by 2/23/2015, Jury Selection Deadline 5/5/2015. Signed by Honorable Joseph F. Anderson, Jr. on 10/03/2014. (bshr, )** (Entered: 10/03/2014) |
| 11/13/2014 | 420 | MOTION to Amend 417 Formal Scheduling Order by Lynn E Szymoniak. Response to Motion due by 12/4/2014. (Attachments: # 1 Memo in Support, # 2 Exhibit Exhibit A - Relator's First Request for Production and First Set of Interrogatories, # 3 Exhibit Exhibit B - Oct. 2, 2014 Letter from K. Seikaly to J. Sabella, # 4 Exhibit Exhibit C - Oct. 3, 2014 Letter from J. Sabella to K. Seikaly, # 5 Exhibit Exhibit D - U.S. Bank's Responses and Objections to Relator's First Requests for Production and First Set of Interrogatories, # 6 Exhibit Exhibit E - Oct. 24, 2014 Letter from D. Herbst to J. Sabella, # 7 Exhibit Exhibit F - Unpublished Case Law)No proposed order.(Harpootlian, Richard) (Entered: 11/13/2014) |

| | | |
|---|---|---|
| 11/13/2014 | 421 | MOTION to Compel by Lynn E Szymoniak. Response to Motion due by 12/4/2014. (Attachments: # 1 Memo in Support, # 2 Exhibit Exhibit A - Relator's First Request for Production and First Set of Interrogatories, # 3 Exhibit Exhibit B - Oct. 2, 2014 Letter from K. Seikaly to J. Sabella, # 4 Exhibit Exhibit C - Oct. 3, 2014 Letter from J. Sabella to K. Seikaly, # 5 Exhibit Exhibit D - U.S. Bank's Responses and Objections to Relator's First Requests for Production, # 6 Exhibit Exhibit E - U.S. Bank's Responses and Objections to Relator's First Set of Interrogatories, # 7 Exhibit Exhibit F - October 24, 2014 Letter from D. Herbst to J. Sabella, # 8 Exhibit Exhibit G - Unpublished Case Law, # 9 Exhibit Exhibit H - Relator's Request for Inspection and Copying)No proposed order.(Harpootlian, Richard) (Entered: 11/13/2014) |
| 11/13/2014 | 422 | MOTION to Expedite *and Shorten Time to Respond to Relator's Motion to Compel Disclosures* by Lynn E Szymoniak. Response to Motion due by 12/4/2014. No proposed order.(Harpootlian, Richard) (Entered: 11/13/2014) |
| 11/14/2014 | 423 | **TEXT ORDER granting 422 Motion to Expedite *and Shorten Time to Respond to Relator's Motion to Compel Disclosures*. Response to 421 Relator's Motion to Compel Disclosures due by November 24, 2014. Entered at the direction of the Honorable Joseph F. Anderson, Jr. on 11/14/2014.(bshr, )** (Entered: 11/14/2014) |
| 11/14/2014 | 424 | MOTION to Appear Pro Hac Vice *by Daniel Z. Herbst* ( Filing fee $ 250 receipt number 0420-5647370) by US Bank National Association. Response to Motion due by 12/4/2014. (Attachments: # 1 Affidavit Application for Pro Hac Vice Admission by Daniel Z. Herbst, # 2 Exhibit Daniel Z. Herbst District of Columbia Court of Appeals Certificate of Good Standing, # 3 Proposed Order to Admit Daniel Z. Herbst Pro Hac Vice)Proposed order is being emailed to chambers with copy to opposing counsel.(Hawk, John) (Entered: 11/14/2014) |
| 11/17/2014 | 425 | **TEXT ORDER granting 424 Motion for Daniel Z. Herbst to Appear Pro Hac Vice for US Bank National Association (John Hawk - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr. on 11/17/2014.(bshr, )** (Entered: 11/17/2014) |
| 11/17/2014 | 426 | MOTION to Expedite *and Shorten Time to Respond to Relator's Request for Inspection and Copying* by Lynn E Szymoniak. Response to Motion due by 12/4/2014. (Attachments: # 1 Exhibit Exhibit A - Relator's Request for Inspection and Copying)No proposed order.(Harpootlian, Richard) (Entered: 11/17/2014) |
| 11/18/2014 | 427 | **TEXT ORDER granting 426 MOTION to Expedite *and Shorten Time to Respond to Relator's Request for Inspection and Copying*. US Bank National Association's Response to Realtor's Request for Inspection due by 11/25/2014. Entered at the direction of the Honorable Joseph F. Anderson, Jr. on 11/18/2014.(bshr, )** (Entered: 11/18/2014) |
| 11/24/2014 | 428 | RESPONSE in Opposition re 420 MOTION to Amend 417 Formal Scheduling Order and in Opposition to 421 MOTION to Compel *CONSOLIDATED RESPONSE TO RELATORS MOTION TO COMPEL* |

| | | |
|---|---|---|
| | | *DISCLOSURES AND MOTION TO ALTER OR AMEND SCHEDULING ORDER AND REQUEST FOR ENTRY OF PROTECTIVE ORDER* Response filed by US Bank National Association.Reply to Response to Motion due by 12/4/2014 (Attachments: # 1 Exhibit - A: PLAINTIFF-RELATORS AMENDED FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT U.S. BANK, NATIONAL ASSOCIATION, Dated: September 5, 2014, # 2 Exhibit - B: CONFIDENTIAL: Submitted for in camera review: October 2, 2014 Letter from Katherine J. Seikaly to James J. Sabella, # 3 Exhibit - C: October 3, 2014, Offer Rejection Letter from James J. Sabella to Katherine J. Seikaly, # 4 Exhibit - D: RESPONSE TO PLAINTIFF-RELATORS FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT U.S. BANK, NATIONAL ASSOCIATION, Dated: October 8, 2014, # 5 Exhibit - E: October 10, 2014, Deficient Letter from James J. Sabella to Katherine J. Seikaly, # 6 Exhibit - F: October 24, 2014, Discovery Letter with Affidavit from Daniel Z. Herbst to James J. Sabella, # 7 Exhibit - G: October 31, 2014, Emails Between Herbst and Shofner, # 8 Exhibit - H: November 4, 2014, Extension Request Emails Between Herbst and Shofner, # 9 Exhibit - I: November 4, 2014, Email from Shofner, # 10 Exhibit - J: November 5, 2014, Letter and Email from Herbst, # 11 Exhibit - K: November 12, 2014, Emails between Herbst and Shofner, # 12 Exhibit - L: November 14, 2014, Letter from Daniel Z. Herbst to James J. Sabella, # 13 Exhibit - M: November 19, 2014, Letter from Daniel Z. Herbst to James J. Sabella)(Hawk, John) (Entered: 11/24/2014) |
| 12/02/2014 | 429 | NOTICE of Hearing on All Pending Motions (ECF Nos. 420 & 421 ) AND Status Conference: Motion Hearing/Status Conference set for 12/8/2014 at 11:00 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before the Honorable Joseph F. Anderson, Jr. (bshr, ) (Entered: 12/02/2014) |
| 12/03/2014 | 430 | MOTION to Compel *Access Pursuant to Relator's Request for Inspection and Copying* by Lynn E Szymoniak. Response to Motion due by 12/22/2014. (Attachments: # 1 Exhibit A - Relator's Request for Inspection and Copying, # 2 Exhibit B - U.S. Bank's Response to Relator's Request for Inspection and Copying, # 3 Exhibit C - Affidavit of Paula Laslie, # 4 Exhibit D - Unpublished Case Law)No proposed order(Harpootlian, Richard). Please see ECF No. 435 for additional attachments. (Entered: 12/03/2014) |
| 12/08/2014 | 432 | **Minute Entry. Proceedings held before Honorable Joseph F Anderson, Jr: Status Conference held on 12/8/2014. Counsel for the remaining parties inform the court the motions to compel have been resolved at this time; Court will extend deadlines in scheduling order but will not change the trial deadline; granting 420 Motion to Amend/Correct the Scheduling Order; finding as moot 421 Motion to Compel; finding as moot 430 Motion to Compel; written order to be filed. Court Reporter Jenny Williams. (mflo, ) (Entered: 12/08/2014)** |
| 12/08/2014 | 433 | **ORDER finding as moot 421 MOTION to Compel Disclosures, 430 MOTION to Compel *Access Pursuant to Relator's Request for Inspection and Copying*; granting 420 MOTION to Amend 417 Formal Scheduling** |

| | | |
|---|---|---|
| | | Order. Signed by Honorable Joseph F. Anderson, Jr. on 12/08/2014. (bshr, ) (Entered: 12/08/2014) |
| 12/08/2014 | 434 | **AMENDED SCHEDULING ORDER. Important: Review PDF Document for Full Explanation of Deadlines. Plaintiffs ID of Expert Witness due by 1/1/2015, Defendants ID of Expert Witnesses Due by 2/1/2015, Discovery due by 2/16/2015, Motions due by 3/2/2015, Jury Selection Deadline 5/5/2015. Signed by Honorable Joseph F. Anderson, Jr. on 12/08/2014.** (bshr, ) (Entered: 12/08/2014) |
| 12/10/2014 | 435 | Additional Attachments to 430 MOTION to Compel Access Pursuant to Relator's Request for Inspection and Copying. First attachment description: Declaration of Elizabeth Shofner *in Support of Plaintiff's Motion to Compel.* (Harpootlian, Richard) (Entered: 12/10/2014) |
| 12/18/2014 | 437 | MOTION to Alter or Amend *Scheduling Order* by Lynn E Szymoniak. Response to Motion due by 1/8/2015. (Attachments: # 1 Proposed Order) Proposed order is being emailed to chambers with copy to opposing counsel. (Harpootlian, Richard) (Entered: 12/18/2014) |
| 12/23/2014 | 438 | **FINAL AMENDED SCHEDULING ORDER granting 437 MOTION to Alter or Amend Scheduling Order. Important: Review PDF Document for Full Explanation of Deadlines. Plaintiffs ID of Expert Witness due by 2/2/2015, Defendants ID of Expert Witnesses Due by 3/2/2015, Discovery due by 3/16/2015, Motions due by 3/23/2015, Jury Selection Deadline 5/5/2015. Signed by Honorable Joseph F. Anderson, Jr. on 12/23/2014.** (bshr, ) (Entered: 12/23/2014) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/06/2015 14:46:54 | | |
| **PACER Login:** | du6697:3222962:4299065 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 0:10-cv-01465-JFA |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |