CLOSED

# U.S. District Court
## District of South Carolina (Rock Hill)
## CIVIL DOCKET FOR CASE #: 0:13-cv-00464-JFA

Szymoniak v. ACE Securities Corporation et al          Date Filed: 02/21/2013
Assigned to: Honorable Joseph F Anderson, Jr           Date Terminated: 05/12/2014
related Case: 0:10-cv-01465-JFA                        Jury Demand: Plaintiff
Case in other court: 4CCA, 14-01579                    Nature of Suit: 850
                     North Carolina Western, 3:10-cv-00575   Securities/Commodities
Cause: 31:3729 False Claims Act                        Jurisdiction: Federal Question

**Plaintiff**

**Lynn E Szymoniak**                    represented by   **Richard A Harpootlian**
*as relator on behalf of the United States*              Richard A. Harpootlian Law Office
*of America*                                             1410 Laurel Street
                                                         Columbia, SC 29201
                                                         803-252-4848
                                                         Email: rah@harpootlianlaw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William K Diehl , Jr**
                                                         James McElroy and Diehl
                                                         600 S College Street
                                                         Suite 3000
                                                         Charlotte, NC 28202
                                                         704-372-9870
                                                         Email: bdiehl@jmdlaw.com
                                                         *TERMINATED: 12/05/2013*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Christopher P Kenney**
                                                         Richard A. Harpootlian Law Office
                                                         1410 Laurel Street
                                                         Columbia, SC 29201
                                                         803-252-4848
                                                         Email: cpk@harpootlianlaw.com
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Elizabeth H Shofner**
                                                         Grant and Eisenhofer
                                                         485 Lexington Avenue
                                                         New York, NY 10017
                                                         646-722-8500
                                                         Fax: 646-722-8501

Email: lshofner@gelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James J Sabella**
Grant and Eisenhofer
485 Lexington Avenue
New York, NY 10017
646-722-8500
Fax: 646-722-8501
Email: jsabella@gelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jay W Eisenhofer**
Grant and Eisenhofer
485 Lexington Avenue
New York, NY 10017
646-722-8500
Fax: 646-722-8501
Email: jeisenhofer@gelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A Williams**
Grant and Eisenhofer
123 Justison Street
Wilmington, DE 19801
302-622-7000
Fax: 302-622-7100
Email: jwilliams@gelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin K Victor**
Grant and Eisenhofer
123 Justison Street
Wilmington, DE 19801
302-622-7000
Fax: 302-622-7100
Email: jvictor@gelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Reuben A Guttman**
Grant and Eisenhofer
1747 Pennsylvania Avenue NW
Suite 875
Washington, DC 20006
202-386-9500

Fax: 202-386-9505
Email: rguttman@gelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**United States of America**           represented by   **Frances C Trapp**
*ex rel.*                                               US Attorneys Office
                                                        1441 Main Street
                                                        Suite 500
                                                        Columbia, SC 29201
                                                        803-929-3000
                                                        Fax: 803-733-5966
                                                        Email: fran.trapp@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Donald H. Caldwell , Jr.**
                                                        U.S. Attorney's Office
                                                        227 West Trade St., Ste. 1650
                                                        Charlotte, NC 28202
                                                        704-338-3137
                                                        Fax: 704-344-6629
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ACE Securities Corporation**          represented by   **Robert A Muckenfuss**
                                                        McGuireWoods (Char NC)
                                                        201 N Tryon Street
                                                        Suite 3000
                                                        Charlotte, NC 28202
                                                        704-343-2000
                                                        Fax: 704-343-2300
                                                        Email:
                                                        rmuckenfuss@mcguirewoods.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Grayson Lambert**
                                                        McGuireWoods (Char NC)
                                                        201 N Tryon Street
                                                        Suite 3000
                                                        Charlotte, NC 28202
                                                        704-343-2367
                                                        Email: glambert@mcguirewoods.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marianne M Recher**
Latham and Watkins
885 Third Avenue
New York, NY 10022
212-906-4517
Fax: 212-751-4864
Email: marianne.recher@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard D Owens**
Latham and Watkins
885 Third Avenue
New York, NY 10022
212-906-1396
Fax: 212-751-4864
Email: richard.owens@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William O Reckler**
Latham and Watkins
885 Third Avenue
New York, NY 10022
212-906-1803
Fax: 212-751-4864
Email: william.reckler@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ally Financial, Inc.**                    represented by **John P Hutchins**
*TERMINATED: 02/03/2014*                    Troutman Sanders
*formerly known as*                         Nations Bank Plaza
GMAC Inc                                    600 Peachtree Street NE
*TERMINATED: 02/03/2014*                    Suite 5200
                                            Atlanta, GA 30308-2216
                                            404-885-3460
                                            Email:
                                            john.hutchins@troutmansanders.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Nicholas F Wasdin**
                                            Kirkland and Ellis LLP
                                            300 North LaSalle
                                            Chicago, IL 60654

312-862-3254
Fax: 312-862-2200
Email: nick.wasdin@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert J Kopecky**
Kirkland and Ellis LLP
300 North LaSalle
Chicago, IL 60654
312-862-2084
Fax: 312-862-2200
Email: robert.kopecky@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aurora Loan Services, LLC**          represented by   **Brian C Duffy**
Duffy and Young
96 Broad Street
Charleston, SC 29401
843-720-2044
Fax: 843-720-2047
Email: bduffy@duffyandyoung.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth Warren Whitaker**
Duffy and Young
96 Broad Street
Charleston, SC 29401
843-720-2044
Email: swhitaker@duffyandyoung.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas William McGee , III**
Nelson Mullins Riley and Scarborough
(Cola)
PO Box 11070
Columbia, SC 29211
803-799-2000
Fax: 803-256-7500
Email: billy.mcgee@nelsonmullins.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W Cooper**
Arnold and Porter

555 12th Street NW
Washington, DC 20004
202-942-6603
Fax: 202-942-5999
Email: james.w.cooper@aporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen K Marsh**
Arnold and Porter
555 12th Street NW
Washington, DC 20004
202-942-5232
Fax: 202-942-5999
Email: stephen.marsh@aporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria Lynne Killion**
Arnold and Porter
555 12th Street NW
Washington, DC 20004
202-942-5291
Fax: 202-942-5999
Email: Victoria.Killion@aporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bank of America**                     represented by **Edward Bart Daniel**
                                                      PO Box 856
                                                      Charleston, SC 29402
                                                      843-722-2000
                                                      Fax: 843-722-6254
                                                      Email: bart@bartdaniel.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Anand Singh**
                                                      Sidley Austin
                                                      555 W Fifth Street
                                                      Suite 4000
                                                      Los Angeles, CA 90013
                                                      213-896-6000
                                                      Fax: 213-896-6600
                                                      Email: anand.singh@sidley.com
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Brent Leerberg Nichols**

Sidley Austin
555 W Fifth Street
Suite 4000
Los Angeles, CA 90013
213-896-6000
Fax: 213-896-6600
Email: bnichols@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Collin Partington Wedel**
Sidley Austin
555 W Fifth Street
Suite 4000
Los Angeles, CA 90013
213-896-6000
Fax: 213-896-6600
Email: cwedel@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas Aaron Axel**
Sidley Austin
555 W Fifth Street
Suite 4000
Los Angeles, CA 90013
213-896-6000
Fax: 213-896-6600
Email: daxel@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BAC Home Loans Servicing, LLP**    represented by    **Edward Bart Daniel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anand Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brent Leerberg Nichols**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Collin Partington Wedel**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas Aaron Axel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Banc of America Mortgage**
**Securities, Inc.**

represented by **Edward Bart Daniel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anand Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brent Leerberg Nichols**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Collin Partington Wedel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas Aaron Axel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bayview Loan Servicing LLC**

represented by **James Walker Coleman , IV**
K&L Gates (Chas)
134 Meeting Street
Suite 200
Charleston, SC 29401
843-579-5627
Email: walker.coleman@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas William McGee , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

John H Culver
K&L Gates
Hearst Tower
214 N Tryon Street
47th Floor
Charlotte, NC 28202
704-331-7453
Fax: 704-353-3153
Email: john.culver@klgates.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**California Reconveyance Company**    represented by    **Joseph P Griffith , Jr**
Joseph P Griffith Law Firm
Seven State Street
Charleston, SC 29401
843-225-5563
Fax: 843-722-6254
Email: joegriffithjr@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian M Ercole**
Morgan Lewis and Bockius
5300 First Union Financial Center
200 S Biscayne Boulevard
Miami, FL 33131
305-415-3000
Fax: 305-415-3001
Email: bercole@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert M Brochin**
Morgan Lewis and Bockius
5300 First Union Financial Center
200 S Biscayne Boulevard
Miami, FL 33131
305-415-3456
Email: rbrochin@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carrington Mortgage Services**    represented by    **Daniel C Leonardi**
Nexsen Pruet (Cola)
PO Drawer 2426
Columbia, SC 29202
803-771-8900

Fax: 803-253-8258
Email: dleonardi@nexsenpruet.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marguerite S Willis**
Nexsen Pruet (Cola)
PO Drawer 2426
Columbia, SC 29202
803-771-8900
Email: mwillis@nexsenpruet.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas William McGee , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacqueline S Delbasty**
Bingham McCutchen (Boston)
One Federal Street
Boston, MA 02110
617-951-8000
Fax: 617-951-8736
Email:
jacqueline.delbasty@bingham.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark E Robinson**
Bingham McCutchen (Boston)
One Federal Street
Boston, MA 02110
617-951-8000
Fax: 617-951-8736
Email: mark.robinson@bingham.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Strawbridge**
Bingham McCutchen (Boston)
One Federal Street
Boston, MA 02110
617-951-8000
Fax: 617-951-8736
Email:
patrick.strawbridge@bingham.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chase Home Finance LLC**                    represented by **Joseph P Griffith , Jr**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Brian M Ercole**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Robert M Brochin**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Citimortgage Inc**                          represented by **Allen Mattison Bogan**
*formerly known as*                                            Nelson Mullins Riley and Scarborough
Citi Residential Lending Inc                                   (Cola)
*formerly known as*                                            PO Box 11070
AMC Mortgage Services Inc                                      Columbia, SC 29211
                                                              803-255-9589
                                                              Fax: 803-255-5916
                                                              Email: matt.bogan@nelsonmullins.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Maria T Vullo**
                                                              Paul Weiss Rifkind Wharton and
                                                              Garrison
                                                              1285 Avenue of the Americas
                                                              New York, NY 10019
                                                              212-373-3346
                                                              Fax: 212-492-0346
                                                              Email: mvullo@paulweiss.com
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**HomEq Servicing Corporation**               represented by **Henry L Parr , Jr**
*doing business as*                                            Wyche Law Office
Barclays Capital Real Estate, Inc.                            44 E Camperdown Way
                                                              Greenville, SC 29601
                                                              864-242-8209
                                                              Fax: 864-235-8900
                                                              Email: hparr@wyche.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Thomas William McGee , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wade S Kolb , III**
Wyche Law Office
44 E Camperdown Way
Greenville, SC 29601
864-242-8306
Email: wkolb@wyche.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey T Scott**
Sullivan and Cromwell
125 Broad Street
New York, NY 10004
212-558-3082
Fax: 212-291-9138
Email: scottj@sullcrom.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Fritsch**
Sullivan and Cromwell
125 Broad Street
New York, NY 10004
212-558-4000
Fax: 212-291-9287
Email: fritschj@sullcrom.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathleen M Cochrane**
Sullivan and Cromwell
125 Broad Street
New York, NY 10004
212-558-7265
Fax: 212-291-9694
Email: cochranek@sullcrom.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark A Popovsky**
Sullivan and Cromwell
125 Broad Street
New York, NY 10004
212-558-7939

Fax: 212-291-9773
Email: popovskym@sullcrom.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HSBC Mortgage Services Inc**    represented by **Benjamin Rush Smith , III**
Nelson Mullins Riley and Scarborough
PO Box 11070
Columbia, SC 29211
803-799-2000
Fax: 803-256-7500
Email: rush.smith@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen Harper Thomas**
Nelson Mullins Riley and Scarborough
(Cola)
PO Box 11070
Columbia, SC 29211
803-255-9385
Email:
carmen.thomas@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dwight Franklin Drake**
Nelson Mullins Riley and Scarborough
(Cola)
PO Box 11070
Columbia, SC 29211
803-255-9420
Fax: 803-255-9071
Email:
dwight.drake@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer M Rosa**
Mayer Brown
1675 Broadway
New York, NY 10019
212-506-2500
Fax: 212-262-1910
Email: jrosa@mayerbrown.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael O Ware**

Mayer Brown
1675 Broadway
New York, NY 10019
212-506-2500
Fax: 212-262-1910
Email: mware@mayerbrown.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Litton Loan Servicing LP**          represented by **Melissa J Copeland**
Schmidt and Copeland
PO Box 11547
Columbia, SC 29201
803-748-1342
Email:
missy.copeland@thesclawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel T Plunkett**
McGlinchey Stafford
601 Poydras Street
12th Floor
New Orleans, LA 70130
504-596-2778
Fax: 504-596-2800
Email: dplunkett@mcglinchey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David R Dugas**
McGlinchey Stafford
301 Main Street
14th Floor
Baton Rouge, LA 70801
225-382-3732
Fax: 225-343-3076
Email: ddugas@mcglinchey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gabriel A Crowson**
McGlinchey Stafford
601 Poydras Street
12th Floor
New Orleans, LA 70130
504-596-2839
Fax: 504-596-2800
Email: gcrowson@mcglinchey.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gerard E Wimberly , Jr**
McGlinchey Stafford
601 Poydras Street
12th Floor
New Orleans, LA 70130
504-596-2857
Fax: 504-596-2800
Email: gwimberly@mcglinchey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melissa H Harris**
McGlinchey Stafford
601 Poydras Street
12th Floor
New Orleans, LA 70130
504-586-1200
Fax: 504-596-2800
Email: mharris@mcglinchey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nationwide Title Clearing Inc**          represented by **D Clay Robinson**
Robinson McFadden and Moore
PO Box 944
Columbia, SC 29202
803-779-8900
Fax: 803-744-1546
Email: clay@robinsonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ocwen Loan Servicing**          represented by **Melissa J Copeland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel T Plunkett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David R Dugas**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Gabriel A Crowson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gerard E Wimberly , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melissa H Harris**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**OneWest Bank**                       represented by **Edward Devereaux Cotter**
Regions Financial Corporation
1900 5th Avenue North
14th Floor
Birmingham, AL 35203
205-264-5685
Email: Edward.Cotter@regions.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Jeffrey Leviss**
O'Melveny and Myers
1625 Eye Street NW
Washington, DC 20006
202-383-5282
Fax: 202-383-5414
Email: dleviss@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth L McKeen**
O'Melveny and Myers
610 Newport Center Drive
Suite 1700
Newport Beach, CA 92660
949-823-7150
Fax: 949-823-6994
Email: emckeen@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Rosenberg**

O'Melveny and Myers
7 Times Square
New York, NY 10036
212-326-2000
Fax: 212-326-2061
Email: jrosenberg@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Orion Financial Group, Inc.**          represented by **Larry D Cohen**
Larry D Cohen Law Office
PO Box 30547
Charleston, SC 29417
843-225-4445
Email: ldcohen@ldcohenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Joseph Burns**
Anderson Burns and Vela
8111 LBJ Freeway
Suite 1501
Dallas, TX 75251
214-276-1545
Fax: 214-276-1546
Email: mburns@abvlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Prommis Solutions, LLC**

**Defendant**

**Securities Connection, Inc.**

**Defendant**

**Select Portfolio Services, Inc.**        represented by **Tara Cloer Sullivan**
Nelson Mullins Riley and Scarborough
(Cola)
PO Box 11070
Columbia, SC 29211
803-255-9591
Fax: 803-255-9079
Email:
tara.sullivan@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas William McGee , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L Brown**
Alston and Bird
One Atlantic Center
1201 W Peachtree Street
Suite 4200
Atlanta, GA 30309-3424
404-881-7589
Fax: 404-253-8180
Email: mike.brown@alston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vericrest Financial, Inc.**      represented by **James Walker Coleman , IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas William McGee , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Culver**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wells Fargo Home Mortgage**      represented by **Gregory N Blase**
*doing business as*
America's Servicing Company
     K and L Gates (Bos)
State Street Financial Center
One Lincoln Street
Boston, MA 02111
617-261-3100
Fax: 617-261-3175
Email: gregory.blase@klgates.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Walker Coleman , IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Pritchard Williams**
K&L Gates
Hearst Tower
214 N Tryon Street
47th Floor
Charlotte, NC 28202
704-331-7429
Fax: 704-353-3129
Email: amy.williams@klgates.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe Corporations**
*1 through 100, all whose true names*
*are unknown*

**Defendant**

**Docx LLC**                    represented by **Carl Frederick Muller**
Carl Muller Law
607 Pendleton Street
Suite 201
Greenville, SC 29601
864-991-8904
Email: carl@carlmullerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barbara Van Gelder**
Dickstein Shapiro
1825 I Street NW
Washington, DC 20006
202-420-4845
Fax: 202-379-9177
Email:
vangelderb@dicksteinshapiro.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher J Allen**
Dickstein Shapiro
1825 I Street NW
Washington, DC 20006
202-420-3324
Fax: 202-379-9028
Email: allenc@dicksteinshapiro.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Melanie Ann Hines
Berger Singerman
125 S Gadsden Street
Suite 300
Tallahassee, FL 32301
850-561-3010
Fax: 850-561-3013
Email: mhines@bergersingerman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lender Processing Services Inc**          represented by   **Carl Frederick Muller**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Barbara Van Gelder**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Christopher J Allen**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Melanie Ann Hines**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**State of New York**                        represented by   **Thomas Teige Carroll**
*ex rel.*                                                     New York State Attorney General
                                                             Equitable Building
                                                             120 Broadway
                                                             23rd Floor
                                                             New York, NY 10271
                                                             212-416-8220
                                                             Fax: 212-416-6042
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**Interested Party**

**State of California**                      represented by   **Nicklas A. Akers**
*ex rel.*                                                     California Attorney General
                                                             455 Golden Gate Ave, Suite 11000

San Francisco, CA 94010
415-703-5505
Fax: 415-703-5480
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**State of Delaware**
*ex rel.*

**Interested Party**

**State of Florida**
*ex rel.*

**Interested Party**

**State of Hawaii**
*ex rel.*

**Interested Party**

**State of Illinois**
*ex rel.*

**Interested Party**

**State of Indiana**
*ex rel.*

**Interested Party**

**State of Massachusetts**
*ex rel.*

**Interested Party**

**State of Minnesota**
*ex rel.*

**Interested Party**

**State of Montana**
*ex rel.*

**Interested Party**

**State of Nevada**
*ex rel.*

**Interested Party**

**State of New Hampshire**
*ex rel.*

**Interested Party**

**State of New Jersey**
*ex rel.*

**Interested Party**

**State of New Mexico**
*ex rel.*

**Interested Party**

**State of North Carolina**
*ex rel.*

**Interested Party**

**State of Oklahoma**
*ex rel.*

**Interested Party**

**State of Rhode Island**
*ex rel.*

**Interested Party**

**State of Virginia**
*ex rel.*

**Interested Party**

**District of Columbia**
*ex rel.*

**Interested Party**

**City of Chicago**
*ex rel.*

**Interested Party**

**City of New York**
*ex rel.*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/12/2010 | 1 | COMPLAINT against All Defendants ( Filing fee $ 350 receipt number CHD009698), filed by Lynn E. Szymoniak.(gpb) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 11/15/2010) |
| 11/12/2010 | 2 | MOTION to Seal Case pursuant to False Claims Act by Lynn E. Szymoniak. (Attachments: # 1 Proposed Order)(gpb). Motions referred to Dennis Howell. [Transferred from North Carolina Western on 2/21/2013.] (Entered: 11/15/2010) |
| 11/18/2010 | 3 | **ORDER granting 2 Motion to Seal Case. Signed by Magistrate Judge Dennis Howell on 11/18/10. (gpb) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 11/18/2010)** |
| 12/10/2010 | 4 | MOTION to Partially Unseal Case by United States of America. (Attachments: # 1 Proposed Order)(gpb) [Transferred from North Carolina |

| | | Western on 2/21/2013.] (Entered: 12/13/2010) |
|---|---|---|
| 12/10/2010 | 5 | MEMORANDUM in Support re 4 MOTION to Partially Unseal Case by United States of America. (gpb) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 12/13/2010) |
| 12/13/2010 | 6 | **ORDER granting 4 Motion to Partially Unseal Case. Signed by Magistrate Judge Dennis Howell on 12/13/10. (gpb) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 12/13/2010)** |
| 01/14/2011 | 7 | MOTION for Extension of Time to Intervene by United States of America. Responses due by 1/31/2011. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order) (tmg). Motions referred to Dennis Howell. [Transferred from North Carolina Western on 2/21/2013.] (Entered: 01/18/2011) |
| 01/18/2011 | 8 | **ORDER granting 7 Motion for Extension of Time to Intervene up to and including 7/18/2011. Signed by Magistrate Judge Dennis Howell on 1/18/2011. (tmg) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 01/18/2011)** |
| 01/19/2011 | 9 | MOTION for Special Admission as to Thomas Teige Carroll by State of New York. (No fee paid). (Attachments: # 1 Certificate of Service)(gpb). Motions referred to Dennis Howell. [Transferred from North Carolina Western on 2/21/2013.] (Entered: 01/19/2011) |
| 01/19/2011 | 10 | MOTION for Extension of Time of Seal Period and Extend Time to Intervene by State of New York. Responses due by 2/7/2011. (Attachments: # 1 Proposed Order)(gpb). Motions referred to Dennis Howell. [Transferred from North Carolina Western on 2/21/2013.] (Entered: 01/19/2011) |
| 01/19/2011 | 12 | MOTION for Special Admission as to Nicklas A. Akers by State of California. (No fee paid). (Attachments: # 1 Proposed Order)(gpb). Motions referred to Dennis Howell. [Transferred from North Carolina Western on 2/21/2013.] (Entered: 01/19/2011) |
| 01/20/2011 | 13 | **ORDER granting 9 Motion for Special Admission, added Thomas Teige Carroll for State of New York. Signed by Magistrate Judge Dennis Howell on 1/20/11. (gpb) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 01/20/2011)** |
| 01/20/2011 | 14 | **ORDER granting 12 Motion for Special Admission, added Nicklas A. Akers for State of California. Signed by Magistrate Judge Dennis Howell on 1/20/11. (gpb) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 01/20/2011)** |
| 01/20/2011 | 15 | **ORDER granting 10 Motion for Extension of the Seal Period and Enlarge the Time Within Which to so Move (to Intervene) up to and inclusive of 7/18/2011. Signed by Magistrate Judge Dennis Howell on 1/20/11. (gpb) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 01/20/2011)** |
| 01/20/2011 | | Notice to Thomas Teige Carroll and Nicklas A. Akers: Pursuant to Local Rule 83.1 you are required to **Register** for ECF at www.ncwd.uscourts.gov. Deadline by 1/31/2011. (gpb) [Transferred from North Carolina Western on |

| | | |
|---|---|---|
| | | 2/21/2013.] (Entered: 01/20/2011) |
| 02/03/2011 | 16 | **AMENDED SEALED ORDER, amending 13 Order on Motion for Special Admission of Thomas Teige Carroll. Signed by Magistrate Judge Dennis Howell on 2/3/11. (gpb) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 02/03/2011)** |
| 02/03/2011 | 17 | AMENDED COMPLAINT with Jury Demand against All Defendants, filed by Lynn E. Szymoniak. (Attachments: # 1 Amended Complaint- Part 2)(gpb) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 02/03/2011) |
| 02/23/2011 | 18 | MOTION to Partially Unseal Case by United States of America. (Attachments: # 1 Proposed Order)(gpb) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 02/23/2011) |
| 02/23/2011 | 19 | MEMORANDUM in Support re 18 MOTION to Partially Unseal Case by United States of America. (gpb) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 02/23/2011) |
| 02/24/2011 | 20 | **ORDER granting 18 Motion to Partially Unseal Case. Signed by Magistrate Judge Dennis Howell on 2/23/11. (gpb) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 02/24/2011)** |
| 03/02/2011 | 21 | MOTION to Partially Unseal Case by United States of America. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(tmg). Motions referred to Dennis Howell. [Transferred from North Carolina Western on 2/21/2013.] (Entered: 03/02/2011) |
| 03/03/2011 | 22 | **ORDER granting 21 Motion to Partially Unseal Case. Signed by Magistrate Judge Dennis Howell on 3/3/2011. (tmg) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 03/03/2011)** |
| 03/31/2011 | 24 | MOTION for Extension of Time to Intervene and Maintain seal over First Amended Complaint by City of Chicago, City of New York, District of Columbia, State of California, State of Delaware, State of Florida, State of Hawaii, State of Illinois, State of Indiana, State of Massachusetts, State of Minnesota, State of Montana, State of Nevada, State of New Hampshire, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oklahoma, State of Rhode Island, State of Virginia, United States of America.Responses due by 4/18/2011. (Attachments: # 1 Proposed Order)(chh). Motions referred to Dennis Howell. [Transferred from North Carolina Western on 2/21/2013.] (Entered: 04/05/2011) |
| 03/31/2011 | 25 | MEMORANDUM in Support re 24 MOTION for Extension of Time to intervene and maintain seal over First Amended Complaint by City of Chicago, City of New York, District of Columbia, State of California, State of Delaware, State of Florida, State of Hawaii, State of Illinois, State of Indiana, State of Massachusetts, State of Minnesota, State of Montana, State of Nevada, State of New Hampshire, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oklahoma, State of Rhode Island, State of Virginia, United States of America. (chh) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 04/05/2011) |

| 04/21/2011 | 26 | **ORDER granting 24 Motion for Extension of Time to Intervene and Maintain Seal until 12/10/2011. Signed by Magistrate Judge Dennis Howell on 4/21/2011. (tmg) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 04/21/2011)** |
|---|---|---|
| 05/11/2011 | 27 | MOTION for Leave to File Second Amended Complaint by Lynn E. Szymoniak. Responses due by 5/31/2011. (Attachments: # 1 Declaration) (tmg). Motions referred to Dennis Howell. [Transferred from North Carolina Western on 2/21/2013.] (Entered: 05/11/2011) |
| 06/14/2011 | 28 | NOTICE Regarding Disclosure of Qui Tam Case to Employees by United States of America (gpb) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 06/15/2011) |
| 06/24/2011 | 29 | **ORDER granting 27 Motion for Leave to File Second Amended Complaint. Signed by Magistrate Judge Dennis Howell on 6/22/11. (gpb) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 06/24/2011)** |
| 06/28/2011 | 30 | SECOND AMENDED COMPLAINT with Jury Demand against All Defendants, filed by Lynn E. Szymoniak. (tmg) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 06/28/2011) |
| 08/10/2011 | 31 | Fourth MOTION to Partially Unseal Case by United States of America. (Attachments: # 1 Proposed Order)(gpb) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 08/10/2011) |
| 08/10/2011 | 32 | MEMORANDUM in Support re 31 MOTION to Partially Unseal Case by United States of America. (gpb) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 08/10/2011) |
| 08/22/2011 | 33 | **ORDER granting 31 Motion, allowing partial unsealing of case as set forth in order. Signed by Chief Judge Robert J. Conrad, Jr on 8/22/2011. (bsw) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 08/22/2011)** |
| 11/02/2011 | 34 | NOTICE Regarding Disclosure of Qui Tam Case by United States of America (gpb) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 11/03/2011) |
| 12/08/2011 | 35 | MOTION for Third Extension of Time to Intervene and Maintain Seal over Second Amended Complaint by United States of America.Responses due by 12/27/2011. (Attachments: # 1 Memorandum, # 2 Proposed Order)(com). Motions referred to Dennis Howell. [Transferred from North Carolina Western on 2/21/2013.] (Entered: 12/08/2011) |
| 12/13/2011 | 36 | **ORDER granting 35 Motion for Extension of Time to Intervene and Maintain Seal until 6/7/2012. Signed by Magistrate Judge Dennis Howell on 12/12/2011. (tmg) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 12/13/2011)** |
| 02/15/2012 | 37 | MOTION to Withdraw Fifth Motion to Partially Unseal Case by United States of America. (Attachments: # 1 Proposed Order) (tmg). Motions referred to Dennis Howell. [Transferred from North Carolina Western on 2/21/2013.] |

| | | |
|---|---|---|
| | | (Entered: 02/15/2012) |
| 02/16/2012 | | Notice of Withdrawal of document: 37 MOTION to Withdraw filed by United States of America. Underlying motion was never filed. (com) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 02/16/2012) |
| 02/17/2012 | 38 | MOTION to Partially Unseal Case by United States of America. (Attachments: # 1 Memorandum, # 2 Proposed Order) (tmg) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 02/17/2012) |
| 02/17/2012 | 39 | **ORDER granting 38 Motion for a Partial Lift of the Qui Tam Seal. Signed by Chief Judge Robert J. Conrad, Jr on 2/17/12. (com)** [Transferred from North Carolina Western on 2/21/2013.] (Entered: 02/17/2012) |
| 05/03/2012 | 40 | STIPULATION of Partial Dismissal of Claims by United States of America (Attachments: # 1 Memorandum, # 2 Exhibit A Consent Judgment Ally, # 3 Exhibit B Consent Judgment BoA, # 4 Exhibit C Consent Judgment Citibank, # 5 Exhibit D Consent Judgment Chase, # 6 Exhibit E Consent Judgment Wells Fargo, # 7 Proposed Order)(com) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 05/03/2012) |
| 05/03/2012 | 41 | NOTICE of Intervention in Part for the Purpose of Partial Settlement by United States of America re 40 Stipulation of Dismissal, (com) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 05/03/2012) |
| 05/03/2012 | 42 | **ORDER re 40 Stipulation of Dismissal,. Signed by Chief Judge Robert J. Conrad, Jr on 5/3/2012. (eef)** [Transferred from North Carolina Western on 2/21/2013.] (Entered: 05/03/2012) |
| 06/01/2012 | 43 | MOTION For Admission by State of California.Responses due by 6/18/2012. (Attachments: # 1 Proposed Order)(eef). Motions referred to Dennis Howell. [Transferred from North Carolina Western on 2/21/2013.] (Entered: 06/01/2012) |
| 06/06/2012 | 44 | MOTION for a Fourth Extension of Time within which to Intervene and Maintain Seal over Second Amended Complaint by United States of America.Responses due by 6/25/2012. (Attachments: # 1 Memorandum, # 2 Proposed Order)(eef). Motions referred to Dennis Howell. [Transferred from North Carolina Western on 2/21/2013.] (Entered: 06/06/2012) |
| 06/11/2012 | 45 | **ORDER granting 44 Motion for Extension of Time to Intervene and Maintain Seal.. Signed by Magistrate Judge Dennis Howell on 6/11/2012. (eef)** [Transferred from North Carolina Western on 2/21/2013.] (Entered: 06/11/2012) |
| 06/11/2012 | 46 | **ORDER granting 43 Motion for Leave to Appear Pro Hac Vice. AttorneyFrederick W. Acker admitted for the State of California. Signed by Magistrate Judge Dennis Howell on 6/11/2012. (eef)** [Transferred from North Carolina Western on 2/21/2013.] (Entered: 06/11/2012) |
| 07/09/2012 | | Magistrate Judge Dennis Howell no longer referred case - conflict. (bsw) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 07/09/2012) |

| | | |
|---|---|---|
| 11/29/2012 | 47 | NOTICE of Election to Decline Intervention by the State of New York Pursuant to N.Y. State Finance Law 190(2)(f) by State of New York (Attachments: # 1 Cover Letter, # 2 Envelope)(eef) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 11/29/2012) |
| 12/03/2012 | 48 | MOTION for Extension of Time within which to Intervene and Maintain Seal over Second Amended Complaint by United States of America.Responses due by 12/20/2012 (Attachments: # 1 Proposed Order)(eef) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 12/03/2012) |
| 12/03/2012 | 49 | MEMORANDUM in Support re 48 MOTION for Extension of Time within which to Intervene and Maintain Seal over Second Amended Complaint by United States of America. (eef) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 12/03/2012) |
| 12/07/2012 | 50 | **ORDER granting 48 Motion for Extension of Time to Intervene. The United States shall have up to and including January 3, 2013 in which to intervene, and the Court shall maintain the seal on the Second Amended Complaint until that time. Signed by Chief Judge Robert J. Conrad, Jr on 12/7/2012. (eef) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 12/07/2012)** |
| 12/21/2012 | 51 | NOTICE of Election to Decline Interveniton by State of New Jersey (Attachments: # 1 Cover Sheet)(bsw) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 12/21/2012) |
| 12/26/2012 | 52 | NOTICE of Election to Decline Intervention by State of Nevada (Attachments: # 1 Cover Sheet)(bsw) Modified to correct filer on 1/2/2013 (bsw). [Transferred from North Carolina Western on 2/21/2013.] (Entered: 12/26/2012) |
| 01/03/2013 | 53 | MOTION for Extension of Time Within Which to Intervene and Maintain Seal Over Second Amended Complaint by United States of America.Responses due by 1/22/2013 (Attachments: # 1 Proposed Order)(eef) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 01/03/2013) |
| 01/03/2013 | 54 | MEMORANDUM in Support re 53 MOTION for Extension of Time Within Which to Intervene and Maintain Seal Over Second Amended Complaint by United States of America. (eef) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 01/03/2013) |
| 01/14/2013 | 55 | MOTION to Transfer this Case to the District of South Carolina by Lynn E. Szymoniak.Responses due by 1/31/2013 (eef) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 01/14/2013) |
| 01/14/2013 | 56 | MEMORANDUM in Support re 55 MOTION to Transfer this Case to the District of South Carolina by Lynn E. Szymoniak. (eef) [Transferred from North Carolina Western on 2/21/2013.] (Entered: 01/14/2013) |
| 01/15/2013 | 57 | **ORDER granting 53 Motion for Extension of Time to intervene and Maintain Seal Over Second Amended Complaint. Signed by Chief Judge Robert J. Conrad, Jr on 1/15/2013. (blf) [Transferred from North Carolina** |

| | | Western on 2/21/2013.] (Entered: 01/15/2013) |
|---|---|---|
| 02/06/2013 | 58 | **ORDER granting 55 Motion to Transfer Case to the District of South Carolina. Signed by Chief Judge Robert J. Conrad, Jr on 2/6/2013. (eef)** [Transferred from North Carolina Western on 2/21/2013.] (Entered: 02/06/2013) |
| 02/21/2013 | 59 | Case transferred in from District of North Carolina Western; Case Number 3:10-cv-00575. Original file certified copy of transfer order and docket sheet received. (Entered: 02/21/2013) |
| 05/01/2013 | 61 | **SEALED ORDER. Signed by Honorable Joseph F Anderson, Jr on 05/01/2013.** (bshr, ) (Entered: 05/01/2013) |
| 06/28/2013 | 63 | NOTICE of Election to Decline Intervention by the Commonwealth of Massachusetts (bshr, ) (Entered: 07/01/2013) |
| 07/01/2013 | 64 | NOTICE of Election to Decline Intervention by the State of North Carolina (bshr, ) (Entered: 07/02/2013) |
| 07/01/2013 | 65 | NOTICE of Election to Decline Intervention by the State of California. (bshr, ) (Entered: 07/02/2013) |
| 07/01/2013 | 66 | NOTICE of Election to Decline Intervention by the State of Delaware. (bshr, ) (Entered: 07/02/2013) |
| 07/01/2013 | 67 | NOTICE of Election to Decline Intervention by the State of Illinois. (bshr, ) (Entered: 07/02/2013) |
| 07/01/2013 | 68 | NOTICE of Election to Decline Intervention by the State of New Mexico. (bshr, ) (Entered: 07/02/2013) |
| 07/01/2013 | 69 | NOTICE of Election to Decline Intervention by the State of Minnesota. (Attachments: # 1 Proposed Order)(bshr, ) (Entered: 07/02/2013) |
| 07/02/2013 | 70 | Fifth EX PARTE MOTION SEALED by United States of America. Response to Motion due by 7/19/2013. No proposed order.(Trapp, Frances) (Entered: 07/02/2013) |
| 07/03/2013 | 71 | **SEALED ORDER. Signed by Honorable Joseph F Anderson, Jr on 07/03/2013.** (bshr, ) (Entered: 07/03/2013) |
| 08/01/2013 | 75 | NOTICE of Nonintervention by United States of America. (Trapp, Frances) Modified on 8/1/2013 to edit text(bshr, ). (Entered: 08/01/2013) |
| 08/01/2013 | 76 | NOTICE of Election to Decline Intervention by the State of Florida (bshr, ) (Entered: 08/02/2013) |
| 08/02/2013 | 77 | **Order to Unseal Case directing the complaints be unsealed and served upon the defendant by the relator and the relators serve this Order and the Notice of The United States That It Is Not Intervening At This Time upon the defendants only after service of the complaint. Signed by Honorable Joseph F Anderson, Jr on 08/02/2013.** (bshr, ) (Entered: 08/02/2013) |
| | | |

| 08/02/2013 | 78 | NOTICE of Election to Decline Intervention by the District of Columbia (bshr, ) (Entered: 08/05/2013) |
|---|---|---|
| 09/09/2013 | 80 | NOTICE of Election to Decline Intervention by the State of Rhode Island. (bshr, ) (Entered: 09/10/2013) |
| 10/10/2013 | 81 | NOTICE of Election to Decline Intervention by the State of Indiana. (bshr, ) (Entered: 10/10/2013) |
| 11/04/2013 | 82 | **TEXT ORDER directing counsel for the plaintiff to notify the court of the status of service of the complaint by 11/12/2013. Entered at the direction of the Honorable Joseph F. Anderson, Jr on 11/04/2013. (bshr, ) (Entered: 11/04/2013)** |
| 11/05/2013 | 84 | MOTION to Appear Pro Hac Vice by Jay W. Eisenhofer ( Filing fee $ 250 receipt number 0420-5023144) by Lynn E Szymoniak. Response to Motion due by 11/22/2013. (Attachments: # 1 Affidavit and Application for Admission, # 2 Supporting Documents Certificate of Good Standing)Proposed order is being emailed to chambers with copy to opposing counsel. (Harpootlian, Richard) (Entered: 11/05/2013) |
| 11/05/2013 | 85 | MOTION to Appear Pro Hac Vice by Reuben A. Guttman ( Filing fee $ 250 receipt number 0420-5023165) by Lynn E Szymoniak. Response to Motion due by 11/22/2013. (Attachments: # 1 Affidavit and Application for Admission, # 2 Supporting Documents Certificate of Good Standing)Proposed order is being emailed to chambers with copy to opposing counsel. (Harpootlian, Richard) (Entered: 11/05/2013) |
| 11/05/2013 | 86 | MOTION to Appear Pro Hac Vice by James J. Sabella ( Filing fee $ 250 receipt number 0420-5023171) by Lynn E Szymoniak. Response to Motion due by 11/22/2013. (Attachments: # 1 Affidavit and Application for Admission, # 2 Supporting Documents Certificate of Good Standing)Proposed order is being emailed to chambers with copy to opposing counsel. (Harpootlian, Richard) (Entered: 11/05/2013) |
| 11/05/2013 | 87 | MOTION to Appear Pro Hac Vice by Justin K. Victor ( Filing fee $ 250 receipt number 0420-5023174) by Lynn E Szymoniak. Response to Motion due by 11/22/2013. (Attachments: # 1 Affidavit and Application for Admission, # 2 Supporting Documents Certificate of Good Standing)Proposed order is being emailed to chambers with copy to opposing counsel. (Harpootlian, Richard) (Entered: 11/05/2013) |
| 11/05/2013 | 88 | Summons Issued as to Litton Loan Servicing LP. (bshr, ) (Entered: 11/05/2013) |
| 11/05/2013 | 89 | Summons Issued as to Nationwide Title Clearing Inc. (bshr, ) (Entered: 11/05/2013) |
| 11/05/2013 | 90 | Summons Issued as to Ocwen Loan Servicing. (bshr, ) (Entered: 11/05/2013) |
| 11/05/2013 | 91 | Summons Issued as to Select Portfolio Services, Inc. (bshr, ) (Entered: 11/05/2013) |
| 11/07/2013 | 92 | **TEXT ORDER granting ECF Nos. 84 , 85 , 86 , and 87 Motions for Jay** |

| | | W. Eisenhofer, Reuben A. Guttman, James J. Sabella, and Justin K. Victor to Appear Pro Hac Vice for Lynn E. Szymoniak (Richard A. Harpootlian - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr on 11/07/213.(bshr, ) (Entered: 11/07/2013) |
|---|---|---|
| 11/08/2013 | 93 | Summons Issued as to Aurora Loan Services, LLC. (bshr, ) (Entered: 11/08/2013) |
| 11/08/2013 | 94 | Summons Issued as to Bank of America. (bshr, ) (Entered: 11/08/2013) |
| 11/08/2013 | 95 | Summons Issued as to Citimortgage Inc. (bshr, ). Modified on 11/12/2013 to replace document with corrected version per the request of plaintiff's counsel (bshr, ). (Entered: 11/08/2013) |
| 11/08/2013 | 96 | Summons Issued as to OneWest Bank. (bshr, ) (Entered: 11/08/2013) |
| 11/08/2013 | 97 | Summons Issued as to BAC Home Loans Servicing, LLP. (bshr, ) (Entered: 11/08/2013) |
| 11/08/2013 | 98 | Summons Issued as to Banc of America Mortgage Securities, Inc.. (bshr, ) (Entered: 11/08/2013) |
| 11/08/2013 | 99 | Summons Issued as to Docx LLC. (bshr, ) (Entered: 11/08/2013) |
| 11/08/2013 | 100 | Summons Issued as to HomEq Servicing Corporation. (bshr, ) (Entered: 11/08/2013) |
| 11/08/2013 | 101 | Summons Issued as to Lender Processing Services Inc. (bshr, ) (Entered: 11/08/2013) |
| 11/12/2013 | 102 | Summons Issued as to ACE Securities Corporation. (bshr, ) (Entered: 11/12/2013) |
| 11/12/2013 | 103 | Summons Issued as to Ally Financial, Inc.. (bshr, ) (Entered: 11/12/2013) |
| 11/12/2013 | 104 | Summons Issued as to Bayview Loan Servicing LLC. (bshr, ) (Entered: 11/12/2013) |
| 11/12/2013 | 105 | Summons Issued as to Carrington Mortgage Services. (bshr, ) (Entered: 11/12/2013) |
| 11/12/2013 | 106 | Summons Issued as to Chase Home Finance LLC. (bshr, ) (Entered: 11/12/2013) |
| 11/12/2013 | 107 | Summons Issued as to Vericrest Financial, Inc.. (bshr, ) (Entered: 11/12/2013) |
| 11/12/2013 | 108 | Summons Issued as to Wells Fargo Home Mortgage. (bshr, ) (Entered: 11/12/2013) |
| 11/12/2013 | 109 | NOTICE of Election to Decline Intervention by the City of New York. (bshr, ) (Entered: 11/13/2013) |
| 11/14/2013 | 110 | NOTICE of Appearance by Henry L Parr, Jr on behalf of HomEq Servicing Corporation (Parr, Henry) (Entered: 11/14/2013) |
| 11/14/2013 | 111 | MOTION to Appear Pro Hac Vice by Mark A. Popovsky ( Filing fee $ 250 |

| | | |
|---|---|---|
| | | receipt number 0420-5037470) by HomEq Servicing Corporation. Response to Motion due by 12/5/2013. (Attachments: # 1 Affidavit /Application, # 2 Exhibit 1 - Certificate of Good Standing)No proposed order.(Parr, Henry) (Entered: 11/14/2013) |
| 11/14/2013 | 112 | MOTION to Appear Pro Hac Vice by Jeffrey T. Scott ( Filing fee $ 250 receipt number 0420-5037516) by HomEq Servicing Corporation. Response to Motion due by 12/5/2013. (Attachments: # 1 Affidavit /Application, # 2 Exhibit 1 - Certificate of Good Standing)No proposed order.(Parr, Henry) (Entered: 11/14/2013) |
| 11/14/2013 | 113 | MOTION to Appear Pro Hac Vice by Kathleen M. Cochrane ( Filing fee $ 250 receipt number 0420-5037532) by HomEq Servicing Corporation. Response to Motion due by 12/5/2013. (Attachments: # 1 Affidavit /Application, # 2 Exhibit 1 - Certificate of Good Standing)No proposed order.(Parr, Henry) (Entered: 11/14/2013) |
| 11/15/2013 | 114 | **TEXT ORDER granting ECF Nos. 111 , 112 , and 113 Motions for Mark A. Popovsky, Jeffrey T. Scott, Kathleen M. Cochrane to Appear Pro Hac Vice for HomEq Servicing Corporation (Henry Parr - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr on 11/15/2013.(bshr, ) (Entered: 11/15/2013)** |
| 11/24/2013 | 115 | NOTICE of Appearance by Brian C Duffy on behalf of Aurora Loan Services, LLC (Duffy, Brian) (Entered: 11/24/2013) |
| 11/25/2013 | 117 | Joint MOTION for Extension of Time *for All Defendants to File Responsive Pleadings or Motions* by Litton Loan Servicing LP, Ocwen Loan Servicing, Lynn E Szymoniak, American Home Mortgage Servicing Inc, Lynn E Szymoniak. Response to Motion due by 12/12/2013. Proposed order is being emailed to chambers with copy to opposing counsel.Associated Cases: 0:10-cv-01465-JFA, 0:13-cv-00464-JFA(Copeland, Melissa) (Entered: 11/25/2013) |
| 11/26/2013 | 118 | MOTION to Appear Pro Hac Vice by Stephen K. Marsh ( Filing fee $ 250 receipt number 0420-5058274) by Aurora Loan Services, LLC. Response to Motion due by 12/13/2013. (Attachments: # 1 Application for Admission Pro Hac Vice, # 2 Certificate of Good Standing, # 3 Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Duffy, Brian) (Entered: 11/26/2013) |
| 11/26/2013 | 119 | MOTION to Appear Pro Hac Vice by James W. Cooper ( Filing fee $ 250 receipt number 0420-5058304) by Aurora Loan Services, LLC. Response to Motion due by 12/13/2013. (Attachments: # 1 Application for Admission Pro Hac Vice, # 2 Certificate of Good Standing, # 3 Certificate of Good Standing, # 4 Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Duffy, Brian) (Entered: 11/26/2013) |
| 11/26/2013 | 120 | **ORDER granting in part 117 extending deadline for all defendants to answer, otherwise move, or plead to 01/15/2014. Signed by Honorable Joseph F Anderson, Jr on 11/26/2013.(bshr, ) (Entered: 11/26/2013)** |
| 11/27/2013 | 122 | NOTICE of Appearance by Benjamin Rush Smith, III on behalf of HSBC Mortgage Services Inc (Smith, Benjamin) (Entered: 11/27/2013) |

| 11/30/2013 | 123 | MOTION to Withdraw as Attorney *William K. Diehl* by Lynn E Szymoniak. Response to Motion due by 12/19/2013. No proposed order.(Harpootlian, Richard) (Entered: 11/30/2013) |
| --- | --- | --- |
| 12/02/2013 | 125 | **TEXT ORDER granting 118 Motion for Stephen K. Marsh to Appear Pro Hac Vice for Aurora Loan Services, LLC.; granting 119 Motion for James W. Cooper to Appear Pro Hac Vice for Aurora Loan Services, LLC. (Brian Duffy - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr on 12/02/2013.(bshr, ) (Entered: 12/02/2013)** |
| 12/02/2013 | 126 | ACCEPTANCE OF SERVICE OF COMPLAINT by Lynn E Szymoniak. Bayview Loan Servicing LLC served on 11/18/2013, answer due 1/15/2014; Litton Loan Servicing LP served on 11/12/2013, answer due 1/15/2014; Nationwide Title Clearing Inc served on 11/13/2013, answer due 1/15/2014; Ocwen Loan Servicing served on 11/12/2013, answer due 1/15/2014; Select Portfolio Services, Inc. served on 11/18/2013, answer due 1/15/2014; Vericrest Financial, Inc. served on 11/18/2013, answer due 1/15/2014; Wells Fargo Home Mortgage served on 11/13/2013, answer due 1/15/2014. (Attachments: # 1 Exhibit Process of Service on Select Portfolio, Inc., # 2 Exhibit Process of Service on Nationwide Title Clearing, # 3 Exhibit Process of Service on Ocwen Loan Servicing and Litton Loan Servicing, # 4 Exhibit Process of Service on Wells Fargo Home Mortgage, d/b/a American's Servicing Company, # 5 Exhibit Process of Service on Vericrest Financial, # 6 Exhibit Process of Service on Bayview Loan Servicing)(Harpootlian, Richard) (Entered: 12/02/2013) |
| 12/05/2013 | 127 | **TEXT ORDER granting 123 Motion to Withdraw as Attorney *William K. Diehl.* Entered at the direction of the Honorable Joseph F. Anderson, Jr on 12/05/2013.(bshr, ) (Entered: 12/05/2013)** |
| 12/11/2013 | 130 | ACCEPTANCE OF SERVICE OF COMPLAINT by Lynn E Szymoniak. Carrington Mortgage Services served on 11/12/2013, answer due 1/15/2014; Citimortgage Inc served on 11/12/2013, answer due 1/15/2014; HomEq Servicing Corporation served on 11/12/2013, answer due 1/15/2014; OneWest Bank served on 11/11/2013, answer due 1/15/2014. (Attachments: # 1 Exhibit Service of Process on CitiMortgage, Inc., # 2 Exhibit Service of Process on HomeQ Servicing Corporation, d/b/a Barclays Capital Real Estate, Inc., # 3 Exhibit Service of Process on Carrington Mortgage Services, LLC, # 4 Exhibit Service of Process on OneWest Bank)(Harpootlian, Richard) (Entered: 12/11/2013) |
| 12/31/2013 | 131 | MOTION to Appear Pro Hac Vice by Gerard E. Wimberly, Jr. ( Filing fee $ 250 receipt number 0420-5107223) by Litton Loan Servicing LP, Ocwen Loan Servicing. Response to Motion due by 1/17/2014. (Attachments: # 1 Affidavit Application/Affidavit for Admission)No proposed order.(Copeland, Melissa) (Entered: 12/31/2013) |
| 01/03/2014 | 132 | **TEXT ORDER granting 131 Motion for Gerard E. Wimberly, Jr. to Appear Pro Hac Vice for Litton Loan Servicing LP, Ocwen Loan Servicing (Melissa Copeland - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr on 01/03/2014.(bshr, ) (Entered:** |

| | | |
|---|---|---|
| | | 01/03/2014) |
| 01/05/2014 | 133 | MOTION to Appear Pro Hac Vice by Melissa H. Harris ( Filing fee $ 250 receipt number 0420-5113416) by Litton Loan Servicing LP, Ocwen Loan Servicing. Response to Motion due by 1/24/2014. (Attachments: # 1 Affidavit Application/Affidavit for Admission)No proposed order.(Copeland, Melissa) (Entered: 01/05/2014) |
| 01/05/2014 | 134 | MOTION to Appear Pro Hac Vice by Gabriel A. Crowson ( Filing fee $ 250 receipt number 0420-5113417) by Litton Loan Servicing LP, Ocwen Loan Servicing. Response to Motion due by 1/24/2014. (Attachments: # 1 Affidavit Application/Affidavit for Admission)No proposed order.(Copeland, Melissa) (Entered: 01/05/2014) |
| 01/05/2014 | 135 | MOTION to Appear Pro Hac Vice by Daniel T. Plunkett ( Filing fee $ 250 receipt number 0420-5113418) by Litton Loan Servicing LP, Ocwen Loan Servicing. Response to Motion due by 1/24/2014. (Attachments: # 1 Affidavit Application/Affidavit for Admission)No proposed order.(Copeland, Melissa) (Entered: 01/05/2014) |
| 01/06/2014 | 136 | **TEXT ORDER granting 133 , 134 , and 135 Motions for Melissa H. Harris, Gabriel A. Crowson, and Daniel T. Plunkett to Appear Pro Hac Vice for Litton Loan Servicing LP, Ocwen Loan Servicing (Melissa Copeland - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr on 01/06/2014.(bshr, ) (Entered: 01/06/2014)** |
| 01/09/2014 | 137 | NOTICE of Appearance by Larry D Cohen on behalf of Orion Financial Group, Inc. Associated Cases: 0:10-cv-01465-JFA, 0:13-cv-00464-JFA (Cohen, Larry) (Entered: 01/09/2014) |
| 01/09/2014 | 138 | MOTION to Appear Pro Hac Vice by Michael Burns ( Filing fee $ 250 receipt number 0420-5123370) by Orion Financial Group, Inc.. Response to Motion due by 1/27/2014. (Attachments: # 1 Affidavit /Application For Admission Pro Hac Vice of Michael Burns, # 2 Proposed Order Approving Application/Affidavit for Admission Pro Hac Vice)Proposed order is being emailed to chambers with copy to opposing counsel.Associated Cases: 0:10-cv-01465-JFA, 0:13-cv-00464-JFA(Cohen, Larry) (Entered: 01/09/2014) |
| 01/10/2014 | 139 | MOTION to Appear Pro Hac Vice by Maria T. Vullo ( Filing fee $ 250 receipt number 0420-5124958) by Citimortgage Inc. Response to Motion due by 1/27/2014. (Attachments: # 1 Exhibit Application for Pro Hac Vice Admission)No proposed order.(Bogan, Allen) (Entered: 01/10/2014) |
| 01/10/2014 | 140 | NOTICE of Appearance by William Grayson Lambert on behalf of ACE Securities Corporation (Lambert, William) (Entered: 01/10/2014) |
| 01/10/2014 | 141 | MOTION to Appear Pro Hac Vice by Marianne M. Recher ( Filing fee $ 250 receipt number 0420-5125507) by ACE Securities Corporation. Response to Motion due by 1/27/2014. (Attachments: # 1 Application/Affidavit for Pro Hac Vice Admission, # 2 Certificate of Good Standing, # 3 Proposed Order) Proposed order is being emailed to chambers with copy to opposing counsel. (Lambert, William) (Entered: 01/10/2014) |
| | | |

| 01/10/2014 | 142 | MOTION to Appear Pro Hac Vice by William O. Reckler ( Filing fee $ 250 receipt number 0420-5125531) by ACE Securities Corporation. Response to Motion due by 1/27/2014. (Attachments: # 1 Application/Affidavit for Pro Hac Vice Admission, # 2 Certificate of Good Standing, # 3 Proposed Order) Proposed order is being emailed to chambers with copy to opposing counsel. (Lambert, William) (Entered: 01/10/2014) |
| 01/10/2014 | 143 | MOTION to Appear Pro Hac Vice by Richard D. Owens ( Filing fee $ 250 receipt number 0420-5125556) by ACE Securities Corporation. Response to Motion due by 1/27/2014. (Attachments: # 1 Application/Affidavit for Pro Hac Vice Admission, # 2 Certificate of Good Standing, # 3 Proposed Order) Proposed order is being emailed to chambers with copy to opposing counsel. (Lambert, William) (Entered: 01/10/2014) |
| 01/10/2014 | 144 | **TEXT ORDER granting 138 Motion for Michael Burns to Appear Pro Hac Vice in case 0:13-cv-00464-JFA for Orion Financial Group, Inc; granting 202 Motion for Michael Burns to Appear Pro Hac Vice in case 0:10-cv-01465-JFA for Orion Financial Group, Inc (Larry Cohen - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr on 01/10/2014. (bshr, ) (Entered: 01/10/2014)** |
| 01/13/2014 | 145 | NOTICE of Appearance by Wade S Kolb, III on behalf of HomEq Servicing Corporation (Kolb, Wade) (Entered: 01/13/2014) |
| 01/13/2014 | 146 | NOTICE of Appearance by Daniel C Leonardi on behalf of Carrington Mortgage Services (Leonardi, Daniel) (Entered: 01/13/2014) |
| 01/13/2014 | 147 | NOTICE of Appearance by Marguerite S Willis on behalf of Carrington Mortgage Services (Willis, Marguerite) (Entered: 01/13/2014) |
| 01/13/2014 | 148 | NOTICE of Appearance by Carl Frederick Muller on behalf of Docx LLC (Muller, Carl) (Entered: 01/13/2014) |
| 01/13/2014 | 149 | NOTICE of Appearance by Carl Frederick Muller on behalf of Lender Processing Services Inc (Muller, Carl) (Entered: 01/13/2014) |
| 01/13/2014 | 150 | First MOTION to Appear Pro Hac Vice by Christopher J. Allen ( Filing fee $ 250 receipt number 0420-5128119) by Docx LLC. Response to Motion due by 1/30/2014. (Attachments: # 1 Supporting Documents)No proposed order. (Muller, Carl) (Entered: 01/13/2014) |
| 01/13/2014 | 151 | First MOTION to Appear Pro Hac Vice by Christopher J. Allen ( Filing fee $ 250 receipt number 0420-5128156) by Lender Processing Services Inc. Response to Motion due by 1/30/2014. (Attachments: # 1 Supporting Documents)No proposed order.(Muller, Carl) (Entered: 01/13/2014) |
| 01/13/2014 | 152 | First MOTION to Appear Pro Hac Vice by Barbara Van Gelder ( Filing fee $ 250 receipt number 0420-5128199) by Docx LLC. Response to Motion due by 1/30/2014. (Attachments: # 1 Supporting Documents)No proposed order. (Muller, Carl) (Entered: 01/13/2014) |
| 01/13/2014 | 153 | First MOTION to Appear Pro Hac Vice by Barbara Van Gelder ( Filing fee $ 250 receipt number 0420-5128211) by Lender Processing Services Inc. Response to Motion due by 1/30/2014. (Attachments: # 1 Supporting |

| | | |
|---|---|---|
| | | Documents)No proposed order.(Muller, Carl) (Entered: 01/13/2014) |
| 01/13/2014 | 154 | First MOTION to Appear Pro Hac Vice by Melanie Ann Hines ( Filing fee $ 250 receipt number 0420-5128243) by Docx LLC. Response to Motion due by 1/30/2014. (Attachments: # 1 Supporting Documents)No proposed order. (Muller, Carl) (Entered: 01/13/2014) |
| 01/13/2014 | 155 | First MOTION to Appear Pro Hac Vice by Melanie Ann Hines ( Filing fee $ 250 receipt number 0420-5128252) by Lender Processing Services Inc. Response to Motion due by 1/30/2014. (Attachments: # 1 Supporting Documents)No proposed order.(Muller, Carl) (Entered: 01/13/2014) |
| 01/13/2014 | 156 | MOTION to Appear Pro Hac Vice *for David Jeffrey Leviss* ( Filing fee $ 250 receipt number 0420-5128310) by OneWest Bank. Response to Motion due by 1/30/2014. (Attachments: # 1 Exhibit Application, # 2 Proposed Order Proposed order)No proposed order.(Cotter, Edward) (Entered: 01/13/2014) |
| 01/14/2014 | 157 | MOTION to Appear Pro Hac Vice by Patrick Strawbridge ( Filing fee $ 250 receipt number 0420-5128838) by Carrington Mortgage Services. Response to Motion due by 1/31/2014. (Attachments: # 1 Affidavit - Application for Pro Hac Vice Admission)No proposed order.(Leonardi, Daniel) (Entered: 01/14/2014) |
| 01/14/2014 | 158 | MOTION to Appear Pro Hac Vice by Jacqueline S. Delbasty ( Filing fee $ 250 receipt number 0420-5128889) by Carrington Mortgage Services. Response to Motion due by 1/31/2014. (Attachments: # 1 Affidavit - Application for Pro Hac Vice Admission)No proposed order.(Leonardi, Daniel) (Entered: 01/14/2014) |
| 01/14/2014 | 159 | MOTION to Appear Pro Hac Vice by Mark E. Robinson ( Filing fee $ 250 receipt number 0420-5128914) by Carrington Mortgage Services. Response to Motion due by 1/31/2014. (Attachments: # 1 Affidavit - Application for Pro Hac Vice Admission)No proposed order.(Leonardi, Daniel) (Entered: 01/14/2014) |
| 01/14/2014 | 160 | MOTION to Appear Pro Hac Vice by Michael Lawrence Brown ( Filing fee $ 250 receipt number 0420-5129571) by Select Portfolio Services, Inc.. Response to Motion due by 1/31/2014. (Attachments: # 1 Affidavit Application and Certificate of Good Standing)Proposed order is being emailed to chambers with copy to opposing counsel.(McGee, Thomas) (Entered: 01/14/2014) |
| 01/14/2014 | 162 | NOTICE of Appearance by John P Hutchins on behalf of Ally Financial, Inc. (Hutchins, John) (Entered: 01/14/2014) |
| 01/14/2014 | 163 | MOTION to Appear Pro Hac Vice by Robert M. Brochin ( Filing fee $ 250 receipt number 0420-5130664) by California Reconveyance Company, Chase Home Finance LLC. Response to Motion due by 1/31/2014. (Attachments: # 1 Exhibit Pro Hac Vice Application & Good Standing Certificate - Robert Brochin, # 2 Proposed Order Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Griffith, Joseph) (Entered: 01/14/2014) |
| | | |

| 01/14/2014 | 164 | MOTION to Appear Pro Hac Vice by Brian M. Ercole ( Filing fee $ 250 receipt number 0420-5130709) by California Reconveyance Company, Chase Home Finance LLC. Response to Motion due by 1/31/2014. (Attachments: # 1 Exhibit Pro Hac Vice Application and Certificate of Good Standing - Ercole, # 2 Proposed Order Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Griffith, Joseph) (Entered: 01/14/2014) |
| --- | --- | --- |
| 01/14/2014 | 165 | MOTION for Extension of Time to File Answer *Unopposed* by Orion Financial Group, Inc.. Response to Motion due by 1/31/2014. (Attachments: # 1 Exhibit "A," Letter from Attorney Richard A. Hartpoolian Concerning Service of Second Amended Complaint on Orion Financial Group, # 2 Proposed Order Extending Deadline to Move or Plead)Proposed order is being emailed to chambers with copy to opposing counsel.Associated Cases: 0:13-cv-00464-JFA, 0:10-cv-01465-JFA(Cohen, Larry) (Entered: 01/14/2014) |
| 01/15/2014 | 166 | NOTICE of Appearance by D Clay Robinson on behalf of Nationwide Title Clearing Inc (Robinson, D) (Entered: 01/15/2014) |
| 01/15/2014 | 167 | MOTION to Appear Pro Hac Vice by Douglas Aaron Axel ( Filing fee $ 250 receipt number 0420-5131221) by BAC Home Loans Servicing, LLP, Banc of America Mortgage Securities, Inc., Bank of America. Response to Motion due by 2/3/2014. (Attachments: # 1 Exhibit Pro Hac Vice Application - Axel, # 2 Exhibit Certificate of Good Standing - Axel, # 3 Proposed Order Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Daniel, Edward) (Entered: 01/15/2014) |
| 01/15/2014 | 168 | CERTIFICATE OF SERVICE by Select Portfolio Services, Inc. re 160 MOTION to Appear Pro Hac Vice by Michael Lawrence Brown ( Filing fee $ 250 receipt number 0420-5129571) (McGee, Thomas) (Entered: 01/15/2014) |
| 01/15/2014 | 169 | MOTION to Appear Pro Hac Vice by Anand Singh ( Filing fee $ 250 receipt number 0420-5131745) by BAC Home Loans Servicing, LLP, Banc of America Mortgage Securities, Inc., Bank of America. Response to Motion due by 2/3/2014. (Attachments: # 1 Exhibit Pro Hac Vice Application - Singh, # 2 Exhibit Certificate of Good Standing - Singh, # 3 Proposed Order Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Daniel, Edward) (Entered: 01/15/2014) |
| 01/15/2014 | 170 | CERTIFICATE OF SERVICE by Nationwide Title Clearing Inc re 166 Notice of Appearance (Robinson, D) (Entered: 01/15/2014) |
| 01/15/2014 | 171 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Litton Loan Servicing LP, Nationwide Title Clearing Inc, Ocwen Loan Servicing. Response to Motion due by 2/3/2014. (Attachments: # 1 Memo in Support Memorandum of Law)No proposed order.(Copeland, Melissa) (Entered: 01/15/2014) |
| 01/15/2014 | 176 | MOTION to Appear Pro Hac Vice by Michael O. Ware ( Filing fee $ 250 receipt number 0420-5132972) by HSBC Mortgage Services Inc. Response to Motion due by 2/3/2014. (Attachments: # 1 Affidavit)No proposed order. (Smith, Benjamin) (Entered: 01/15/2014) |

| 01/15/2014 | 177 | MOTION to Appear Pro Hac Vice by Jennifer M. Rosa ( Filing fee $ 250 receipt number 0420-5133071) by HSBC Mortgage Services Inc. Response to Motion due by 2/3/2014. (Attachments: # 1 Affidavit)No proposed order. (Smith, Benjamin) (Entered: 01/15/2014) |
|---|---|---|
| 01/15/2014 | 178 | MOTION to Appear Pro Hac Vice *for Jonathan Rosenberg* ( Filing fee $ 250 receipt number 0420-5133080) by OneWest Bank. Response to Motion due by 2/3/2014. (Attachments: # 1 Exhibit Application, # 2 Proposed Order)No proposed order.(Cotter, Edward) (Entered: 01/15/2014) |
| 01/15/2014 | 179 | Local Rule 26.01 Answers to Interrogatories by Nationwide Title Clearing Inc. (Attachments: # 1 Certificate of Service)(Robinson, D) (Entered: 01/15/2014) |
| 01/15/2014 | 180 | First MOTION to Dismiss by Docx LLC. Response to Motion due by 2/3/2014. No proposed order.(Muller, Carl). Please see ECF Nos. 201 , 217 , 219 for additional attachments.. (Entered: 01/15/2014) |
| 01/15/2014 | 181 | First MOTION to Dismiss by Lender Processing Services Inc. Response to Motion due by 2/3/2014. No proposed order.(Muller, Carl). Please see ECF Nos. 202 , 218 , 220 for additional attachments. (Entered: 01/15/2014) |
| 01/15/2014 | 182 | **ORDER granting 165 Motion for Extension of Time to Answer. Orion Financial Group, Inc. answer or other responsive pleading due 2/10/2014. Signed by Honorable Joseph F Anderson, Jr on 01/15/2014.(bshr, ) (Entered: 01/15/2014)** |
| 01/15/2014 | 183 | Local Rule 26.01 Answers to Interrogatories by HSBC Mortgage Services Inc. (Smith, Benjamin) (Entered: 01/15/2014) |
| 01/15/2014 | 184 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per rule 12 (b)(6) and 9(b)* by BAC Home Loans Servicing, LLP, Banc of America Mortgage Securities, Inc., Bank of America. Response to Motion due by 2/3/2014. No proposed order.(Daniel, Edward). Please see ECF No. 185 for additional attachments. (Entered: 01/15/2014) |
| 01/15/2014 | 185 | Additional Attachments to Main Document 184 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per rule 12(b)(6) and 9(b)*. First attachment description: Joint Memorandum in Support of Motion to Dismiss . (Daniel, Edward) (Entered: 01/15/2014) |
| 01/15/2014 | 186 | Supplemental MOTION to Dismiss for Lack of Jurisdiction , Supplemental MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM ( Response to Motion due by 2/3/2014.) by Nationwide Title Clearing Inc. (Attachments: # 1 Carter v. Halliburton Co. case, # 2 U.S. ex rel. Ahumada v. Nat'l Ctr. for the Employment of the Disabled case, # 3 Certificate of Service)No proposed order.(Robinson, D). Modified on 1/17/2014 to replace main document with corrected version per the request of the filing user(bshr, ). (Entered: 01/15/2014) |
| 01/15/2014 | 187 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , MOTION to Dismiss for Lack of Jurisdiction ( Response to Motion due by 2/3/2014.) by Ally Financial, Inc.. (Attachments: # 1 Memo in Support, # 2 Exhibit to Brief |

| | | |
|---|---|---|
| | | - Juntti v. Prudential Bache Securities Inc., 993 F.2d 228 (4th Cir. 1993) (unpublished table decision), # 3 Exhibit to Brief - U.S. ex rel. Ahumada v. Natl Ctr. for Employment of the Disabled, 2013 WL 2322836, at *3 (E.D. Va. May 22, 2013))No proposed order.(Hutchins, John) (Entered: 01/15/2014) |
| 01/15/2014 | 188 | Local Rule 26.01 Answers to Interrogatories by BAC Home Loans Servicing, LLP, Banc of America Mortgage Securities, Inc., Bank of America.(Daniel, Edward) (Entered: 01/15/2014) |
| 01/15/2014 | 189 | Local Rule 26.01 Answers to Interrogatories by Ally Financial, Inc..(Hutchins, John) (Entered: 01/15/2014) |
| 01/15/2014 | 190 | Local Rule 26.01 Answers to Interrogatories by Citimortgage Inc.(Bogan, Allen) (Entered: 01/15/2014) |
| 01/15/2014 | 191 | Local Rule 26.01 Answers to Interrogatories by Bayview Loan Servicing LLC, Vericrest Financial, Inc..(Coleman, James) (Entered: 01/15/2014) |
| 01/15/2014 | 192 | Local Rule 26.01 Answers to Interrogatories by Wells Fargo Home Mortgage. (Coleman, James) (Entered: 01/15/2014) |
| 01/15/2014 | 193 | Joint MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Rule 12(b)(1)* by ACE Securities Corporation, Aurora Loan Services, LLC, BAC Home Loans Servicing, LLP, Banc of America Mortgage Securities, Inc., Bank of America, Bayview Loan Servicing LLC, California Reconveyance Company, Carrington Mortgage Services, Chase Home Finance LLC, Citimortgage Inc, HSBC Mortgage Services Inc, HomEq Servicing Corporation, Litton Loan Servicing LP, Nationwide Title Clearing Inc, Ocwen Loan Servicing, OneWest Bank, Select Portfolio Services, Inc., Vericrest Financial, Inc., Wells Fargo Home Mortgage. Response to Motion due by 2/3/2014. (Attachments: # 1 Memo in Support, # 2 Exhibit 1 - Relator Email to Figueroa (02.17.10), # 3 Exhibit 2 - Relator Email to Figueroa (02.18.10), # 4 Exhibit 3 - Relator Aff., BAC v. Davis, # 5 Exhibit 4 - Relator Motion to Dismiss, Deutsche Bank v. Szymoniak, # 6 Exhibit 5 - Wall Street Journal Art. (07.26.08), # 7 Exhibit 6 - New York Times Art (04.24.09), # 8 Exhibit 7 - St. Petersburg Times Art. (05.03.09), # 9 Exhibit 8 - New York Times Art. (08.31.09), # 10 Exhibit 9 - Wall Street Journal Art. (12.24.09), # 11 Exhibit 10 - Relator Motion to Dismiss, U.S. Bank v. Szymoniak, # 12 Exhibit 11 - McDonnell Aff., Vo. v. Twin-Vest, LLC, # 13 Exhibit 12 - Breidenbach Blog Post, # 14 Exhibit 13 - Realtor Art., An Officer of Too Many Banks, # 15 Exhibit 14 - Relator Letter to the FCIC, # 16 Exhibit 15 - Complaint, Figueroa v. Szymoniak, # 17 Exhibit 16 - Figueroa Email to Relator (02.18.10), # 18 Exhibit 17 - LPS Non-Prosecution Agreement, # 19 Exhibit 18 - Breidenbach Letter to KPMG, # 20 Exhibit 19 - Breidenbach Letter to the SEC, # 21 Exhibit 20 - LPS Letter, # 22 Exhibit 21 - LPS 10-K Excerpts, # 23 Exhibit 22 - Excerpts from Breidenbach Resp. Pleading, Bank of New York v. Breidenbach, # 24 Exhibit 23 - Wall Street Journal Art. (04.03.10), # 25 Exhibit 24 - Wall Street Journal Art. (04.17.10), # 26 Exhibit 25 - Relator Dep. Excerpts, Citibank v. Stepankovsky, # 27 Exhibit 26 - Various News Articles)No proposed order. (Bogan, Allen) (Entered: 01/15/2014) |
| 01/15/2014 | 194 | Local Rule 26.01 Answers to Interrogatories by HomEq Servicing |

| | | |
|---|---|---|
| | | Corporation. (Attachments: # 1 Certificate of Service)(Parr, Henry) (Entered: 01/15/2014) |
| 01/15/2014 | 195 | MOTION to Dismiss by Bayview Loan Servicing LLC, Vericrest Financial, Inc.. Response to Motion due by 2/3/2014. No proposed order.(Coleman, James) (Entered: 01/15/2014) |
| 01/15/2014 | 196 | NOTICE of Appearance by Robert A Muckenfuss on behalf of ACE Securities Corporation (Muckenfuss, Robert) (Entered: 01/15/2014) |
| 01/15/2014 | 197 | Local Rule 26.01 Answers to Interrogatories by California Reconveyance Company, Chase Home Finance LLC.(Griffith, Joseph) (Entered: 01/15/2014) |
| 01/15/2014 | 198 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rules 12(b)(6), 9(b), and 12(b)(1); see also Dkt nos. 185 and 193-1* by Citimortgage Inc. Response to Motion due by 2/3/2014. No proposed order. (Bogan, Allen) (Entered: 01/15/2014) |
| 01/15/2014 | 199 | MOTION to Dismiss by Wells Fargo Home Mortgage. Response to Motion due by 2/3/2014. No proposed order.(Coleman, James) (Entered: 01/15/2014) |
| 01/15/2014 | 200 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rule 12 (b)(6) and Rule 9* by California Reconveyance Company, Chase Home Finance LLC. Response to Motion due by 2/3/2014. (Attachments: # 1 Exhibit Exhibit A - Settlement Agreement and Release)No proposed order.(Griffith, Joseph) (Entered: 01/15/2014) |
| 01/15/2014 | 201 | Additional Attachments to 180 First MOTION to Dismiss (Docx). First attachment description: Memorandum in Support . (Attachments: # 1 Exhibit A - USA vs. Lorraine Brown, # 2 Unpublished Case - USA vs. Caremark RX Inc)No proposed order.(Muller, Carl). Modified on 1/16/2014 to edit text (bshr, ). (Entered: 01/15/2014) |
| 01/15/2014 | 202 | Additional Attachments to 181 First MOTION to Dismiss (Lender Processing Services Inc). First attachment description: Memorandum in Support . (Attachments: # 1 Exhibit A - USA vs. Lorraine Brown, # 2 Unpublished Case - USA vs. Caremark RX Inc)No proposed order.(Muller, Carl). Modified on 1/16/2014 to edit text(bshr, ). (Entered: 01/15/2014) |
| 01/15/2014 | 203 | MOTION to Dismiss by Select Portfolio Services, Inc.. Response to Motion due by 2/3/2014. (Attachments: # 1 Memo in Support, # 2 Exhibit Exhibit A-Prospectus Supplement 6 18 2007, # 3 Exhibit Exhibit B-Prospectus Supplement 3 22 2007, # 4 Exhibit Exhibit D-Management's Assertion of Compliance)No proposed order.(McGee, Thomas). Please see ECF No. 216 for additional attachments. (Entered: 01/15/2014) |
| 01/15/2014 | 204 | Local Rule 26.01 Answers to Interrogatories by OneWest Bank.(Cotter, Edward) (Entered: 01/15/2014) |
| 01/15/2014 | 205 | Local Rule 26.01 Answers to Interrogatories by Select Portfolio Services, Inc.. (McGee, Thomas) (Entered: 01/15/2014) |
| 01/15/2014 | 206 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(the Second Amended Complaint)* by ACE Securities Corporation. Response to Motion due |

| | | |
|---|---|---|
| | | by 2/3/2014. No proposed order.(Muckenfuss, Robert). Please see ECF No. 207 for additional attachments. (Entered: 01/15/2014) |
| 01/15/2014 | 207 | Additional Attachments to 206 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(the Second Amended Complaint)*. First attachment description: Memorandum in Support. (Attachments: # 1 Declaration of Robert A. Muckenfuss, # 2 Unpublished Cases)(Muckenfuss, Robert). Modified on 1/16/2014 to edit text(bshr, ). (Entered: 01/15/2014) |
| 01/15/2014 | 208 | MOTION to Sever *and Dismiss All Claims per Rules 20 and 21* by California Reconveyance Company, Carrington Mortgage Services, Chase Home Finance LLC, HomEq Servicing Corporation, OneWest Bank. Response to Motion due by 2/3/2014. (Attachments: # 1 Memo in Support)No proposed order.(Griffith, Joseph) (Entered: 01/15/2014) |
| 01/15/2014 | 209 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Carrington Mortgage Services. Response to Motion due by 2/3/2014. (Attachments: # 1 Exhibit - Unreported Cases)No proposed order.(Leonardi, Daniel) (Entered: 01/15/2014) |
| 01/15/2014 | 210 | Local Rule 26.01 Answers to Interrogatories by Carrington Mortgage Services.(Leonardi, Daniel) (Entered: 01/15/2014) |
| 01/15/2014 | 211 | Local Rule 26.01 Answers to Interrogatories by ACE Securities Corporation. (Muckenfuss, Robert) (Entered: 01/15/2014) |
| 01/15/2014 | 212 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b)* by Aurora Loan Services, LLC. Response to Motion due by 2/3/2014. (Attachments: # 1 Memo in Support Memorandum of Law in Support of Aurora Loan Services LLC's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), # 2 Exhibit Unpublished opinions)No proposed order.(Duffy, Brian) (Entered: 01/15/2014) |
| 01/15/2014 | 213 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rules 12 (b)(6) and 9(b)* by HSBC Mortgage Services Inc. Response to Motion due by 2/3/2014. No proposed order.(Thomas, Carmen) (Entered: 01/15/2014) |
| 01/15/2014 | 214 | MOTION to Dismiss *Under Rule 21 (See also Dkt. 208-1)*, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Under Rules 9(b) and12(b) 6) (See also Dkt. 185)*, MOTION to Dismiss for Lack of Jurisdiction *Under Rule 12(b)(1) (See also Dkt. 193-1)* ( Response to Motion due by 2/3/2014.) by HomEq Servicing Corporation. (Attachments: # 1 Memo in Support, # 2 Exhibit A - Barclays Bank PLC (Form 6-K) 11/28/06, # 3 Exhibit B - Barclays Bank PLC (Form 6-K) 9/1/10, # 4 Exhibit C - Unpublished Opinions, # 5 Certificate of Service)No proposed order.(Parr, Henry) (Entered: 01/15/2014) |
| 01/15/2014 | 215 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by OneWest Bank. Response to Motion due by 2/3/2014. (Attachments: # 1 Memo in Support, # 2 Exhibit Declaration of Edward D. Cotter)No proposed order. (Cotter, Edward) (Entered: 01/15/2014) |
| 01/16/2014 | 216 | Additional Attachments to 203 MOTION to Dismiss . First attachment |

| | | |
|---|---|---|
| | | description: Exhibit C - Prospectus Supplement dated 01/29/2007. (McGee, Thomas) (Entered: 01/16/2014) |
| 01/16/2014 | 217 | Additional Attachments to 180 MOTION to Dismiss. First attachment description: Unpublished Case May Part I. Filed by Docx LLC. (Muller, Carl). (Entered: 01/16/2014) |
| 01/16/2014 | 218 | Additional Attachments to 181 MOTION to Dismiss. First attachment description: Unpublished Case May Part I. Filed by Lender Processing Services Inc(Muller, Carl) (Entered: 01/16/2014) |
| 01/16/2014 | 219 | Additional Attachments to 180 MOTION to Dismiss. First attachment description: Unpublished Case May Part II. Filed by Docx LLC. (Muller, Carl) (Entered: 01/16/2014) |
| 01/16/2014 | 220 | Additional Attachments to 181 MOTION to Dismiss. First attachment description: Unpublished Case May Part II. Filed by Lender Processing Services Inc. (Muller, Carl) (Entered: 01/16/2014) |
| 01/16/2014 | 221 | CERTIFICATE OF SERVICE by Select Portfolio Services, Inc. re 203 MOTION to Dismiss *and Memorandum in Support of Motion to Dismiss* (McGee, Thomas) (Entered: 01/16/2014) |
| 01/16/2014 | 224 | DELETION OF DOCKET ENTRY NUMBERS 172, 173, 174, 175. Reason: Deleted per the request of the filing user / US Bank National Association is not a party in case 0:13-cv-464-JFA. (bshr, ) (Entered: 01/16/2014) |
| 01/16/2014 | 225 | CERTIFICATE OF SERVICE by BAC Home Loans Servicing, LLP, Banc of America Mortgage Securities, Inc., Bank of America (Attachments: # 1 Certificate of Service)(Daniel, Edward) (Entered: 01/16/2014) |
| 01/16/2014 | 226 | CERTIFICATE OF SERVICE by Litton Loan Servicing LP, Ocwen Loan Servicing re 171 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Copeland, Melissa) (Entered: 01/16/2014) |
| 01/16/2014 | 227 | Local Rule 26.01 Answers to Interrogatories by Ocwen Loan Servicing. (Copeland, Melissa) (Entered: 01/16/2014) |
| 01/16/2014 | 228 | CERTIFICATE OF SERVICE by Citimortgage Inc re 198 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rules 12(b)(6), 9(b), and 12(b)(1); see also Dkt nos. 185 and 193-1,* 193 Joint MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Rule 12(b)(1)* (Bogan, Allen) (Entered: 01/16/2014) |
| 01/16/2014 | 229 | CERTIFICATE OF SERVICE by HSBC Mortgage Services Inc re 213 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rules 12 (b)(6) and 9(b)* (Thomas, Carmen) (Entered: 01/16/2014) |
| 01/17/2014 | 230 | **TEXT ORDER granting ECF Nos. 139 , 141 , 142 , 143 , 150 , 151 , 152 , 153 , 154 , 155 , 156 , 157 , 158 , 159 , 160 , 163 , 164 , 167 , 169 , 176 , 177 , 178 Motions to Appear Pro Hac Vice. Entered at the direction of the Honorable Joseph F. Anderson, Jr on 01/17/2014.(bshr, ) (Entered: 01/17/2014)** |
| | | |

| 01/17/2014 | 232 | CERTIFICATE OF SERVICE by OneWest Bank re 215 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM(Cotter, Edward) (Entered: 01/17/2014) |
| 01/17/2014 | 233 | MOTION to Appear Pro Hac Vice by John H. Culver, III ( Filing fee $ 250 receipt number 0420-5137675) by Bayview Loan Servicing LLC, Vericrest Financial, Inc.. Response to Motion due by 2/3/2014. (Attachments: # 1 Affidavit for Pro Hac Vice Admission)No proposed order.(Coleman, James) (Entered: 01/17/2014) |
| 01/17/2014 | 234 | Local Rule 26.01 Answers to Interrogatories by Litton Loan Servicing LP. (Copeland, Melissa) (Entered: 01/17/2014) |
| 01/17/2014 | 235 | *Amended* Local Rule 26.01 Answers to Interrogatories by Ocwen Loan Servicing.(Copeland, Melissa) (Entered: 01/17/2014) |
| 01/17/2014 | 236 | CERTIFICATE OF SERVICE by Carrington Mortgage Services (Leonardi, Daniel) (Entered: 01/17/2014) |
| 01/17/2014 | 237 | Local Rule 26.01 Answers to Interrogatories by Aurora Loan Services, LLC. (Duffy, Brian) (Entered: 01/17/2014) |
| 01/17/2014 | 238 | CERTIFICATE OF SERVICE by Aurora Loan Services, LLC re 212 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b)* (Duffy, Brian) (Entered: 01/17/2014) |
| 01/19/2014 | 239 | CERTIFICATE OF SERVICE by Litton Loan Servicing LP re 234 Local Rule 26.01 Answers to Interrogatories (Copeland, Melissa) (Entered: 01/19/2014) |
| 01/19/2014 | 240 | CERTIFICATE OF SERVICE by Ocwen Loan Servicing re 235 Local Rule 26.01 Answers to Interrogatories (Copeland, Melissa) (Entered: 01/19/2014) |
| 01/21/2014 | 241 | DELETION OF DOCKET ENTRY NUMBER 231. Reason: Certificate of Service refiled using correct document. Corrected Filing Document Number 232 . Modified filing date to that of original filing: 01/17/2014 (bshr, ) (Entered: 01/21/2014) |
| 01/21/2014 | 242 | MOTION to Appear Pro Hac Vice by David R. Dugas ( Filing fee $ 250 receipt number 0420-5140182) by Litton Loan Servicing LP, Ocwen Loan Servicing. Response to Motion due by 2/7/2014. (Attachments: # 1 Affidavit Application/Affidavit for Admission)No proposed order.(Copeland, Melissa) (Entered: 01/21/2014) |
| 01/21/2014 | 243 | MOTION to Appear Pro Hac Vice by Elizabeth L. McKeen ( Filing fee $ 250 receipt number 0420-5140835) by OneWest Bank. Response to Motion due by 2/7/2014. (Attachments: # 1 Exhibit Application, # 2 Proposed Order)No proposed order.(Cotter, Edward) (Entered: 01/21/2014) |
| 01/21/2014 | 245 | MOTION to Bifurcate *Motions to Dismiss, to Stay Non-Jurisdictional Portions of the Motions, and for Leave to File an Amended and Consolidated Complaint* by Lynn E Szymoniak. Response to Motion due by 2/7/2014. (Attachments: # 1 Memo in Support Relator's Memorandum of Law in Support of Motion to Bifurcate Motions to Dismiss, to Stay Non-Jurisdictional |

| | | |
|---|---|---|
| | | Portions of the Motions, and for Leave to file an Amended and Consolidated Complaint)(bshr, ) (Entered: 01/22/2014) |
| 01/22/2014 | 244 | **TEXT ORDER granting 233 Motion for John H. Culver, III to Appear Pro Hac Vice for Bayview Loan Servicing LLC, Vericrest Financial, Inc (James Coleman - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr on 01/22/2014.(bshr, ) (Entered: 01/22/2014)** |
| 01/22/2014 | 246 | CERTIFICATE OF SERVICE by California Reconveyance Company, Chase Home Finance LLC re 197 Local Rule 26.01 Answers to Interrogatories, 200 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rule 12 (b)(6) and Rule 9*, 208 MOTION to Sever *and Dismiss All Claims per Rules 20 and 21* (Griffith, Joseph) (Entered: 01/22/2014) |
| 01/22/2014 | 247 | CERTIFICATE OF SERVICE by Nationwide Title Clearing Inc re 186 Supplemental MOTION to Dismiss for Lack of Jurisdiction Supplemental MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Supplemental Certificate of Service* (Robinson, D) (Entered: 01/22/2014) |
| 01/22/2014 | 248 | MOTION to Appear Pro Hac Vice by Robert J. Kopecky ( Filing fee $ 250 receipt number 0420-5142830) by Ally Financial, Inc.. Response to Motion due by 2/10/2014. (Attachments: # 1 Affidavit Application/Affidavit for Pro Hac Vice Admission, # 2 Supporting Documents Certificate of Good Standing)Proposed order is being emailed to chambers with copy to opposing counsel.(Hutchins, John) (Entered: 01/22/2014) |
| 01/22/2014 | 249 | MOTION to Appear Pro Hac Vice by Nicholas F. Wasdin ( Filing fee $ 250 receipt number 0420-5142924) by Ally Financial, Inc.. Response to Motion due by 2/10/2014. (Attachments: # 1 Affidavit Application/Affidavit for Pro Hac Vice Admission, # 2 Supporting Documents Certificate of Good Standing)Proposed order is being emailed to chambers with copy to opposing counsel.(Hutchins, John) (Entered: 01/22/2014) |
| 01/22/2014 | 250 | **TEXT ORDER granting ECF Nos. 242 , 243 , 248 , 249 Motions to Appear Pro Hac Vice. Entered at the direction of the Honorable Joseph F. Anderson, Jr. on 01/22/2014.(bshr, ) (Entered: 01/22/2014)** |
| 01/22/2014 | 251 | **ORDER denying 245 Motion to Bifurcate *Motions to Dismiss, to Stay Non-Jurisdictional Portions of the Motions, and for Leave to File an Amended and Consolidated Complaint*, denying the request to bifurcate the motions to dismiss, denying the request to stay the non-jurisdictional motions, and noting that the Relator is still within her 21-day grace period to amend her complaint once as a matter of course under Rule 15(a)(1)(B). Signed by Honorable Joseph F. Anderson, Jr. on 01/22/2014.(bshr, ) (Entered: 01/22/2014)** |
| 01/24/2014 | 252 | Local Rule 26.01 Answers to Interrogatories by Docx LLC.Associated Cases: 0:10-cv-01465-JFA, 0:13-cv-00464-JFA(Muller, Carl) (Entered: 01/24/2014) |
| 01/24/2014 | 253 | Local Rule 26.01 Answers to Interrogatories by Lender Processing Services Inc.Associated Cases: 0:10-cv-01465-JFA, 0:13-cv-00464-JFA(Muller, Carl) (Entered: 01/24/2014) |

| 01/31/2014 | 254 | MOTION to Appear Pro Hac Vice by Amy Pritchard Williams ( Filing fee $ 250 receipt number 0420-5157457) by Wells Fargo Home Mortgage. Response to Motion due by 2/18/2014. (Attachments: # 1 Affidavit for Pro Hac Vice Admission)No proposed order.(Coleman, James) (Entered: 01/31/2014) |
|---|---|---|
| 02/03/2014 | 255 | **TEXT ORDER granting 254 Motion for Amy Pritchard Williams to Appear Pro Hac Vice for Wells Fargo Home Mortgage. Entered at the direction of the Honorable Joseph F. Anderson, Jr. on 02/03/2014.(bshr, ) (Entered: 02/03/2014)** |
| 02/03/2014 | 256 | THIRD AMENDED COMPLAINT against ACE Securities Corporation, Aurora Loan Services, LLC, BAC Home Loans Servicing, LLP, Banc of America Mortgage Securities, Inc., Bank of America, Bayview Loan Servicing LLC, California Reconveyance Company, Carrington Mortgage Services, Chase Home Finance LLC, Citimortgage Inc, Docx LLC, HSBC Mortgage Services Inc, HomEq Servicing Corporation, John Doe Corporations, Lender Processing Services Inc, Litton Loan Servicing LP, Nationwide Title Clearing Inc, Ocwen Loan Servicing, OneWest Bank, Orion Financial Group, Inc., Prommis Solutions, LLC, Securities Connection, Inc., Select Portfolio Services, Inc., Vericrest Financial, Inc., Wells Fargo Home Mortgage, filed by Lynn E Szymoniak. Service due by 6/6/2014 (Attachments: # 1 Exhibit List of Trusts that Used Fraudulent Mortgage Documents, # 2 Exhibit Examples of Fraudulent Mortgage Assignments) (Harpootlian, Richard) (Entered: 02/03/2014) |
| 02/07/2014 | 257 | **TEXT ORDER: The defendants are not required to file new motions to dismiss even though an amended complaint has been filed while their motions were pending. If any defects raised in the original motions to dismiss remain in the new complaint, the court will consider the motions to dismiss as being directed at the amended complaint. If the defendants opt to submit new motions to dismiss, they must be filed by February 18, 2014. Entered at the direction of the Honorable Joseph F. Anderson, Jr. on 02/07/2014. (bshr, ) (Entered: 02/07/2014)** |
| 02/10/2014 | 258 | MOTION for Leave to File *Memorandum in Opposition to Defendants' Forthcoming Motions to Dismiss and for Leave to File an Omnibus Memorandum in Excess of Page Limit* by Lynn E Szymoniak. Response to Motion due by 2/27/2014. No proposed order.(Harpootlian, Richard) (Entered: 02/10/2014) |
| 02/12/2014 | 259 | NOTICE of Appearance by Christopher P Kenney on behalf of Lynn E Szymoniak (Kenney, Christopher) (Entered: 02/12/2014) |
| 02/13/2014 | 260 | Local Rule 26.01 Answers to Interrogatories by Orion Financial Group, Inc..Associated Cases: 0:13-cv-00464-JFA, 0:10-cv-01465-JFA(Cohen, Larry) (Entered: 02/13/2014) |
| 02/17/2014 | 261 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Orion Financial Group, Inc.. Response to Motion due by 3/6/2014. No proposed order.(Cohen, Larry) (Entered: 02/17/2014) |
| 02/18/2014 | 262 | **ORDER granting 258 Motion for Leave to File *Memorandum in*** |

| | | |
|---|---|---|
| | | ***Opposition to Defendants' Forthcoming Motions to Dismiss and for Leave to File an Omnibus Memorandum in Excess of Page Limit***, extending relator's deadline to respond to the defendants' motions to dismiss to 03/18/2014 and granting the relator leave to file a single omnibus memorandum responding to all motions to dismiss and leave to respond in excess of 35 pages. Signed by Honorable Joseph F. Anderson, Jr. on 02/14/2014.(bshr, ) (Entered: 02/18/2014) |
| 02/18/2014 | 263 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , MOTION to Dismiss for Lack of Jurisdiction ( Response to Motion due by 3/7/2014.) by Nationwide Title Clearing Inc. (Attachments: # 1 Exhibit U.S. ex rel. Carter v. Halliburton Co case, # 2 Exhibit U.S. ex. rel. Ahumada v. National Center for Employment of the Disabled case)No proposed order.(Robinson, D). Modified on 2/20/2014 to replace main document with corrected version per the request of the filing user(bshr, ). (Entered: 02/18/2014) |
| 02/18/2014 | 264 | MOTION to Dismiss for Lack of Jurisdiction by Litton Loan Servicing LP, Ocwen Loan Servicing. Response to Motion due by 3/7/2014. (Attachments: # 1 Memo in Support Memorandum of Law, # 2 Exhibit HUD OIG Report)No proposed order.(Copeland, Melissa) (Entered: 02/18/2014) |
| 02/18/2014 | 265 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Litton Loan Servicing LP. Response to Motion due by 3/7/2014. (Attachments: # 1 Memo in Support Memorandum of Law)No proposed order.(Copeland, Melissa) (Entered: 02/18/2014) |
| 02/18/2014 | 266 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Ocwen Loan Servicing. Response to Motion due by 3/7/2014. (Attachments: # 1 Memo in Support Memorandum of Law)No proposed order.(Copeland, Melissa) (Entered: 02/18/2014) |
| 02/18/2014 | 267 | First MOTION to Dismiss *Third Amended Complaints* by Docx LLC. Response to Motion due by 3/7/2014. No proposed order.Associated Cases: 0:13-cv-00464-JFA, 0:10-cv-01465-JFA(Muller, Carl). Please see ECF Nos. 279 / 280 for additional attachments. (Entered: 02/18/2014) |
| 02/18/2014 | 268 | Joint MOTION to Dismiss for Lack of Jurisdiction *Pursuant to the First-to-File Bar of the False Claims Act* by Aurora Loan Services, LLC, BAC Home Loans Servicing, LLP, Banc of America Mortgage Securities, Inc., Bank of America, Bayview Loan Servicing LLC, California Reconveyance Company, Carrington Mortgage Services, Chase Home Finance LLC, Citimortgage Inc, HSBC Mortgage Services Inc, HomEq Servicing Corporation, Litton Loan Servicing LP, Nationwide Title Clearing Inc, Ocwen Loan Servicing, OneWest Bank, Select Portfolio Services, Inc., Vericrest Financial, Inc., Wells Fargo Home Mortgage. Response to Motion due by 3/7/2014. No proposed order.(Bogan, Allen) (Entered: 02/18/2014) |
| 02/18/2014 | 269 | First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rule 12(b)(6) and Rule 9(b)* by BAC Home Loans Servicing, LLP, Banc of America Mortgage Securities, Inc., Bank of America. Response to Motion due by 3/7/2014. No proposed order.(Daniel, Edward). Please see ECF No. 271 for additional attachments. (Entered: 02/18/2014) |

| 02/18/2014 | 270 | First MOTION to Dismiss *Third Amended Complaints* by Lender Processing Services Inc. Response to Motion due by 3/7/2014. No proposed order.Associated Cases: 0:13-cv-00464-JFA, 0:10-cv-01465-JFA(Muller, Carl). Please see ECF Nos. 279 / 280 for additional attachments. (Entered: 02/18/2014) |
|---|---|---|
| 02/18/2014 | 271 | Additional Attachments to Main Document 269 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rule 12(b)(6) and Rule 9(b)*. First attachment description: JOINT MEMORANDUM IN SUPPORT OF MOTION TO DISMISS RELATORS THIRD AMENDED COMPLAINT PURSUANT TO RULES 9(b) AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE . (Daniel, Edward) (Entered: 02/18/2014) |
| 02/18/2014 | 272 | CERTIFICATE OF SERVICE by BAC Home Loans Servicing, LLP, Banc of America Mortgage Securities, Inc., Bank of America (Daniel, Edward) (Entered: 02/18/2014) |
| 02/18/2014 | 273 | MOTION to Sever *and Dismiss* by Aurora Loan Services, LLC, California Reconveyance Company, Carrington Mortgage Services, Chase Home Finance LLC, HomEq Servicing Corporation, OneWest Bank. Response to Motion due by 3/7/2014. (Attachments: # 1 Memo in Support Memo in Support)No proposed order.(Griffith, Joseph) (Entered: 02/18/2014) |
| 02/18/2014 | 274 | MOTION to Dismiss *Relator's Third Amended Complaint* by Wells Fargo Home Mortgage. Response to Motion due by 3/7/2014. No proposed order. (Coleman, James) (Entered: 02/18/2014) |
| 02/18/2014 | 275 | MOTION to Dismiss by Aurora Loan Services, LLC, Bayview Loan Servicing LLC, Carrington Mortgage Services, HomEq Servicing Corporation, Select Portfolio Services, Inc., Vericrest Financial, Inc.. Response to Motion due by 3/7/2014. (Attachments: # 1 Memo in Support Memorandum In Support of Motion to Dismiss)Proposed order is being emailed to chambers with copy to opposing counsel.(McGee, Thomas) (Entered: 02/18/2014) |
| 02/18/2014 | 276 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Per Rule 12 (b)(6) and 9(b)* by California Reconveyance Company, Chase Home Finance LLC. Response to Motion due by 3/7/2014. (Attachments: # 1 Exhibit Settlement Agreement and Release)No proposed order.(Griffith, Joseph) (Entered: 02/18/2014) |
| 02/18/2014 | 277 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *pursuant to Rules 12(b)(6) and 9(b)* by HSBC Mortgage Services Inc. Response to Motion due by 3/7/2014. No proposed order.(Thomas, Carmen) (Entered: 02/18/2014) |
| 02/18/2014 | 278 | Joint MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Rule 12(b)(1)* by Aurora Loan Services, LLC, BAC Home Loans Servicing, LLP, Banc of America Mortgage Securities, Inc., Bank of America, Bayview Loan Servicing LLC, California Reconveyance Company, Carrington Mortgage Services, Chase Home Finance LLC, Citimortgage Inc, HSBC Mortgage Services Inc, HomEq Servicing Corporation, Nationwide Title Clearing Inc, OneWest Bank, Select Portfolio Services, Inc., Vericrest Financial, Inc., Wells Fargo Home Mortgage. Response to Motion due by 3/7/2014. (Attachments: # |

| | | |
|---|---|---|
| | | 1 Memo in Support, # 2 Exhibit Ex 1 - Relator's Email to Figueroa 021710, # 3 Exhibit Ex 2 - Relator's Email to Figueroa 021810, # 4 Exhibit Ex 3 - Relator's Aff., BAC v Davis, # 5 Exhibit Ex 4 - Relator's Motion to Dismiss, Deutsche Bank v Szymoniak, # 6 Exhibit Ex 5 - Wall Street Journal Art. 072608, # 7 Exhibit Ex 6 - New York Times Art. 042409, # 8 Exhibit Ex 7 - St. Petersburg Times Art. 050309, # 9 Exhibit Ex 8 - New York Times Art. 083109, # 10 Exhibit Ex 9 - Wall Street Journal Art. 122409, # 11 Exhibit Ex 10 - Relator's Motion to Dismiss, U.S. Bank v. Szymoniak, # 12 Exhibit Ex 11 - McDonnell Aff., Vo. v. Twin-Vest LLC, # 13 Exhibit Ex 12 - Breidenbach Blog Post, # 14 Exhibit Ex 13 - Relator Art., An Officer of Too Many Banks, # 15 Exhibit Ex 14 - Relator's Letter to the FCIC, # 16 Exhibit Ex 15 - Complaint, Figueroa v Szymoniak, # 17 Exhibit Ex 16 - Figueroa's Email to Relator 021810, # 18 Exhibit Ex 17 - LPS Non-Prosecution Agreement, # 19 Exhibit Ex 18 - Breidenbach's Letter to KPMG, # 20 Exhibit Ex 19 - Breidenbach's Letter to the SEC, # 21 Exhibit Ex 20 - LPS Letter, # 22 Exhibit Ex 21 - LPS 10-K Excerpts, # 23 Exhibit Ex 22 - Excerpts from Breidenbach's Resp. Pleading, Bank of New York v Breidenbach, # 24 Exhibit Ex 23 - Wall Street Journal Art. 040310, # 25 Exhibit Ex 24 - Wall Street Journal Art. 041710, # 26 Exhibit Ex 25 - Relator's Dep Excerpts, Citibank v Stepankovsky, # 27 Exhibit Ex 26 - HUD Inspector General Memorandum, # 28 Exhibit Ex 27 - New York Times Articles 100410 and 093010, # 29 Exhibit Ex 28 - Daily Finance Art. 101410)No proposed order.(Bogan, Allen) (Entered: 02/18/2014) |
| 02/18/2014 | 279 | Additional attachments (Supplemental Memorandum in Support) to ECF Nos. 267 / 270 by Docx LLC. Associated Cases: 0:13-cv-00464-JFA, 0:10-cv-01465-JFA(Muller, Carl) (Entered: 02/18/2014) |
| 02/18/2014 | 280 | Additional attachments (Supplemental Memorandum in Support) to ECF Nos. 267 / 270 by Lender Processing Services Inc. Associated Cases: 0:13-cv-00464-JFA, 0:10-cv-01465-JFA(Muller, Carl) (Entered: 02/18/2014) |
| 02/18/2014 | 281 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rules 12(b)(6), 9(b), and 12(b)(1); see also Dkt nos. 271 and 278-1* by Citimortgage Inc. Response to Motion due by 3/7/2014. No proposed order. (Bogan, Allen) (Entered: 02/18/2014) |
| 02/18/2014 | 282 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by OneWest Bank. Response to Motion due by 3/7/2014. (Attachments: # 1 Exhibit Memorandum of Law in Support of Motion to Dismiss, # 2 Exhibit Request for Judicial Notice in Support of Motion to Dismiss Third Amended Complaint)No proposed order.(Cotter, Edward) (Entered: 02/18/2014) |
| 02/19/2014 | 283 | CERTIFICATE OF SERVICE by HSBC Mortgage Services Inc re 183 Local Rule 26.01 Answers to Interrogatories, 277 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *pursuant to Rules 12(b)(6) and 9(b)* (Thomas, Carmen) (Entered: 02/19/2014) |
| 02/19/2014 | 284 | CERTIFICATE OF SERVICE by Litton Loan Servicing LP, Ocwen Loan Servicing re 266 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 265 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 264 MOTION to Dismiss for Lack of Jurisdiction (Copeland, |

| | | Melissa) (Entered: 02/19/2014) |
|---|---|---|
| 02/19/2014 | 285 | CERTIFICATE OF SERVICE by Aurora Loan Services, LLC, Bayview Loan Servicing LLC, Carrington Mortgage Services, HomEq Servicing Corporation, Select Portfolio Services, Inc., Vericrest Financial, Inc. re 275 MOTION to Dismiss (McGee, Thomas) (Entered: 02/19/2014) |
| 02/19/2014 | 286 | CERTIFICATE OF SERVICE by OneWest Bank re 282 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Cotter, Edward) (Entered: 02/19/2014) |
| 02/19/2014 | 287 | CERTIFICATE OF SERVICE by Citimortgage Inc re 268 Joint MOTION to Dismiss for Lack of Jurisdiction *Pursuant to the First-to-File Bar of the False Claims Act* (Bogan, Allen) (Entered: 02/19/2014) |
| 02/19/2014 | 288 | CERTIFICATE OF SERVICE by Citimortgage Inc re 278 Joint MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Rule 12(b)(1)* (Bogan, Allen) (Entered: 02/19/2014) |
| 02/20/2014 | 289 | CERTIFICATE OF SERVICE by California Reconveyance Company, Chase Home Finance LLC (Griffith, Joseph) (Entered: 02/20/2014) |
| 02/20/2014 | 290 | CERTIFICATE OF SERVICE by Nationwide Title Clearing Inc re 263 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss for Lack of Jurisdiction (Robinson, D) (Entered: 02/20/2014) |
| 02/21/2014 | 291 | Withdrawal of Motions: 187 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss for Lack of Jurisdiction filed by Ally Financial, Inc... (Hutchins, John) (Entered: 02/21/2014) |
| 02/26/2014 | 294 | NOTICE OF SUPPLEMENTAL AUTHORITY by Litton Loan Servicing LP re 265 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Notice of Supplemental Authority.* (Attachments: # 1 Exhibit Omnicare 4th Circuit Decision)(Copeland, Melissa). Modified on 2/27/2014 to edit text(bshr, ). (Entered: 02/26/2014) |
| 02/26/2014 | 295 | NOTICE OF SUPPLEMENTAL AUTHORITY by Ocwen Loan Servicing re 266 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Notice of Supplemental Authority.* (Attachments: # 1 Exhibit Omnicare 4th Circuit Decision)(Copeland, Melissa). Modified on 2/27/2014 to edit text(bshr, ). (Entered: 02/26/2014) |
| 02/28/2014 | 296 | CERTIFICATE OF SERVICE by Litton Loan Servicing LP, Ocwen Loan Servicing re 294 Declaration, 295 Declaration, *Notice of Supplemental Authority* (Copeland, Melissa) (Entered: 02/28/2014) |
| 02/28/2014 | 297 | Consent MOTION for Extension of Time to File Response/Reply *Memoranda in Support of Defendants' Motions to Dismiss the Third Amended Complaint* by Aurora Loan Services, LLC, BAC Home Loans Servicing, LLP, Banc of America Mortgage Securities, Inc., Bank of America, Bayview Loan Servicing LLC, California Reconveyance Company, Carrington Mortgage Services, Chase Home Finance LLC, Citimortgage Inc, Docx LLC, HSBC Mortgage Services Inc, HomEq Servicing Corporation, Lender Processing Services Inc, Litton Loan Servicing LP, Nationwide Title Clearing Inc, Ocwen |

| | | Loan Servicing, OneWest Bank, Select Portfolio Services, Inc., Vericrest Financial, Inc., Wells Fargo Home Mortgage. Response to Motion due by 3/17/2014. No proposed order.(Bogan, Allen) (Entered: 02/28/2014) |
|---|---|---|
| 02/28/2014 | 298 | MOTION to Appear Pro Hac Vice by Gregory N. Blase ( Filing fee $ 250 receipt number 0420-5204599) by Wells Fargo Home Mortgage. Response to Motion due by 3/17/2014. (Attachments: # 1 Affidavit for Pro Hac Vice Admission)No proposed order.(Coleman, James) (Entered: 02/28/2014) |
| 03/03/2014 | 299 | **TEXT ORDER granting 298 Motion for Gregory N. Blase to Appear Pro Hac Vice for Wells Fargo Home Mortgage (James Coleman - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr. on 03/03/2014.(bshr) (Entered: 03/03/2014)** |
| 03/03/2014 | 300 | **ORDER granting 297 Consent MOTION for Extension of Time to File Reply *Memoranda in Support of Defendants' Motions to Dismiss the Third Amended Complaint*, extending reply deadlines to 4/11/2014. Signed by the Honorable Joseph F. Anderson, Jr. on 03/03/2014. (bshr, ) (Entered: 03/03/2014)** |
| 03/05/2014 | 301 | MOTION to Appear Pro Hac Vice by Collin Partington Wedel ( Filing fee $ 250 receipt number 0420-5214027) by BAC Home Loans Servicing, LLP, Banc of America Mortgage Securities, Inc., Bank of America. Response to Motion due by 3/24/2014. (Attachments: # 1 Exhibit Pro Hac Vice Application - Wedel, # 2 Exhibit Certificate of Good Standing - Wedel, # 3 Proposed Order Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Daniel, Edward) (Entered: 03/05/2014) |
| 03/05/2014 | 302 | MOTION to Appear Pro Hac Vice by Brent Leerberg Nichols ( Filing fee $ 250 receipt number 0420-5214036) by BAC Home Loans Servicing, LLP, Banc of America Mortgage Securities, Inc., Bank of America. Response to Motion due by 3/24/2014. (Attachments: # 1 Exhibit Pro Hac Vice Application - Nichols, # 2 Exhibit Certificate of Good Standing - Nichols, # 3 Proposed Order Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Daniel, Edward) (Entered: 03/05/2014) |
| 03/05/2014 | 303 | MOTION to Appear Pro Hac Vice by Jennifer Williams ( Filing fee $ 250 receipt number 0420-5214110) by Lynn E Szymoniak. Response to Motion due by 3/24/2014. (Attachments: # 1 Exhibit Pro Hac Vice Application of Jennifer Williams, # 2 Exhibit Certificate of Good Standing for Jennifer Williams)No proposed order.(Harpootlian, Richard) (Entered: 03/05/2014) |
| 03/06/2014 | 304 | **TEXT ORDER granting 301 Motion for Collin P. Wedel to Appear Pro Hac Vice for BAC Home Loans Servicing, LLP, Banc of America Mortgage Securities, Inc., Bank of America.; granting 302 Motion for Brent L. Nichols to Appear Pro Hac Vice for BAC Home Loans Servicing, LLP, Banc of America Mortgage Securities, Inc., Bank of America (E. Bart Daniel - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr. on 03/06/2014.(bshr, ) (Entered: 03/06/2014)** |
| 03/06/2014 | 305 | **TEXT ORDER granting 303 Motion for Jennifer A. Williams to Appear Pro Hac Vice for Lynn E. Szymoniak (Richard Harpootlian - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson,** |

| | | Jr. on 03/06/2014.(bshr, ) (Entered: 03/06/2014) |
|---|---|---|
| 03/14/2014 | 306 | MOTION to Appear Pro Hac Vice by Elizabeth H. Shofner ( Filing fee $ 250 receipt number 0420-5231235) by Lynn E Szymoniak. Response to Motion due by 3/31/2014. (Attachments: # 1 Exhibit Pro Hac Vice Application of Elizabeth H. Shofner, # 2 Exhibit Certificate of Good Standing for Elizabeth H. Shofner)No proposed order.(Harpootlian, Richard) (Entered: 03/14/2014) |
| 03/17/2014 | 307 | **TEXT ORDER granting 306 Motion for Elizabeth H. Shofner to Appear Pro Hac Vice for Lynn E. Szymoniak (Richard A. Harpootlian - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr. on 03/17/2014.(bshr, )** (Entered: 03/17/2014) |
| 03/18/2014 | 309 | OMNIBUS RESPONSE in Opposition re 266 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 274 MOTION to Dismiss *Relator's Third Amended Complaint*, 275 MOTION to Dismiss , 280 First MOTION to Dismiss , 270 First MOTION to Dismiss *Third Amended Complaints*, 281 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rules 12(b)(6), 9(b), and 12(b)(1); see also Dkt nos. 271 and 278-1*, 273 MOTION to Sever *and Dismiss*, 265 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 269 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rule 12(b)(6) and Rule 9(b)*, 264 MOTION to Dismiss for Lack of Jurisdiction , 267 First MOTION to Dismiss *Third Amended Complaints*, 276 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Per Rule 12(b)(6) and 9(b)*, 279 First MOTION to Dismiss , 282 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 278 Joint MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Rule 12(b)(1)*, 263 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss for Lack of Jurisdiction , 261 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 268 Joint MOTION to Dismiss for Lack of Jurisdiction *Pursuant to the First-to-File Bar of the False Claims Act*, 277 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *pursuant to Rules 12(b)(6) and 9(b)* Response filed by Lynn E Szymoniak.Reply to Response to Motion due by 3/28/2014. (Attachments: # 1 Exhibit Declaration of Lynn Szymoniak, # 2 Exhibit Declaration of James Sabella, # 3 Exhibit Unpublished Opinions Part 1 of 26, # 4 Exhibit Unpublished Opinions Part 2 of 26, # 5 Exhibit Unpublished Opinions Part 3 of 26, # 6 Exhibit Unpublished Opinions Part 4 of 26)(Harpootlian, Richard). Please see ECF Nos. 310 and 311 for additional attachments. (Entered: 03/18/2014) |
| 03/18/2014 | 310 | Additional Attachments to 309 Omnibus Response in Opposition to Motion. First attachment description: Unpublished Opinions Part 5 of 26 . (Attachments: # 1 Exhibit Unpublished Opinions Part 6 of 26, # 2 Exhibit Unpublished Opinions Part 7 of 26, # 3 Exhibit Unpublished Opinions Part 8 of 26, # 4 Exhibit Unpublished Opinions Part 9 of 26, # 5 Exhibit Unpublished Opinions Part 10 of 26, # 6 Exhibit Unpublished Opinions Part 11 of 26, # 7 Exhibit Unpublished Opinions Part 12 of 26, # 8 Exhibit Unpublished Opinions Part 13 of 26, # 9 Exhibit Unpublished Opinions Part 14 of 26, # 10 Exhibit Unpublished Opinions Part 15 of 26, # 11 Exhibit Unpublished Opinions Part 16 of 26)(Harpootlian, Richard). (Entered: 03/18/2014) |

| 03/18/2014 | 311 | Additional Attachments to 309 Omnibus Response in Opposition to Motion. First attachment description: Unpublished Opinions Part 17 of 26 . (Attachments: # 1 Exhibit Unpublished Opinions Part 18 of 26, # 2 Exhibit Unpublished Opinions Part 19 of 26, # 3 Exhibit Unpublished Opinions Part 20 of 26, # 4 Exhibit Unpublished Opinions Part 21 of 26, # 5 Exhibit Unpublished Opinions Part 22 of 26, # 6 Exhibit Unpublished Opinions Part 23 of 26, # 7 Exhibit Unpublished Opinions Part 24 of 26, # 8 Exhibit Unpublished Opinions Part 25 of 26, # 9 Exhibit Unpublished Opinions Part 26 of 26)(Harpootlian, Richard). (Entered: 03/18/2014) |
| 03/21/2014 | 312 | NOTICE of Hearing on ALL PENDING MOTIONS: Motion Hearing set for 4/28/2014 at 10:00 AM in Columbia #1, Matthew J. Perry Court House, 901 Richland St, Columbia before the Honorable Joseph F. Anderson Jr. (bshr, ) (Entered: 03/21/2014) |
| 03/26/2014 | 313 | MOTION to Appear Pro Hac Vice *for Joshua J. Fritsch* ( Filing fee $ 250 receipt number 0420-5251641) by HomEq Servicing Corporation. Response to Motion due by 4/14/2014. (Attachments: # 1 Affidavit /Application for Pro Hac Vice Admission, # 2 Exhibit Certificate of Good Standing, # 3 Exhibit Order)No proposed order.(Parr, Henry) (Entered: 03/26/2014) |
| 03/26/2014 | 314 | CERTIFICATE OF SERVICE by Select Portfolio Services, Inc. re 312 Notice of Hearing on Motion (McGee, Thomas) (Entered: 03/26/2014) |
| 03/27/2014 | 315 | **TEXT ORDER granting 313 Motion for for Joshua J. Fritsch to Appear Pro Hac Vice for HomEq Servicing Corporation (Henry Parr - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr. on 03/27/2014.(bshr, ) (Entered: 03/27/2014)** |
| 04/10/2014 | 316 | MOTION to Appear Pro Hac Vice by Victoria Lynne Killion ( Filing fee $ 250 receipt number 0420-5279721) by Aurora Loan Services, LLC. Response to Motion due by 4/28/2014. (Attachments: # 1 Application for Pro Hac Vice Admission, # 2 Certificates of Good Standing, # 3 Proposed Order)Proposed order is being emailed to chambers with copy to opposing counsel.(Duffy, Brian) (Entered: 04/10/2014) |
| 04/11/2014 | 317 | REPLY to Response to Motion re 265 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM Response filed by Litton Loan Servicing LP. (Copeland, Melissa) (Entered: 04/11/2014) |
| 04/11/2014 | 318 | REPLY to Response to Motion re 266 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM Response filed by Ocwen Loan Servicing. (Copeland, Melissa) (Entered: 04/11/2014) |
| 04/11/2014 | 319 | REPLY to Response to Motion re 275 MOTION to Dismiss *Certain Servicers' Motion to Dismiss the Third Amended Complaint* Response filed by Aurora Loan Services, LLC, Bayview Loan Servicing LLC, Carrington Mortgage Services, HomEq Servicing Corporation, Select Portfolio Services, Inc., Vericrest Financial, Inc.. (McGee, Thomas) (Entered: 04/11/2014) |
| 04/11/2014 | 322 | REPLY to Response to Motion re 269 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rule 12(b)(6) and Rule 9(b)* Response filed by BAC Home Loans Servicing, LLP, Banc of America Mortgage |

| | | Securities, Inc., Bank of America, California Reconveyance Company, Chase Home Finance LLC, Citimortgage Inc, Wells Fargo Home Mortgage. (Daniel, Edward) (Entered: 04/11/2014) |
|---|---|---|
| 04/11/2014 | 323 | REPLY to Response to Motion re 273 MOTION to Sever *and Dismiss* Response filed by Aurora Loan Services, LLC, California Reconveyance Company, Carrington Mortgage Services, Chase Home Finance LLC, HomEq Servicing Corporation, OneWest Bank. (Griffith, Joseph) (Entered: 04/11/2014) |
| 04/11/2014 | 324 | REPLY to Response to Motion re 276 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Per Rule 12(b)(6) and 9(b)* Response filed by California Reconveyance Company, Chase Home Finance LLC. (Griffith, Joseph) (Entered: 04/11/2014) |
| 04/11/2014 | 325 | REPLY to Response to Motion re 278 Joint MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Rule 12(b)(1)* Response filed by Aurora Loan Services, LLC, BAC Home Loans Servicing, LLP, Banc of America Mortgage Securities, Inc., Bayview Loan Servicing LLC, California Reconveyance Company, Carrington Mortgage Services, Citimortgage Inc, HSBC Mortgage Services Inc, HomEq Servicing Corporation, Litton Loan Servicing LP, Nationwide Title Clearing Inc, Ocwen Loan Servicing, OneWest Bank, Select Portfolio Services, Inc., Vericrest Financial, Inc., Wells Fargo Home Mortgage. (Bogan, Allen) (Entered: 04/11/2014) |
| 04/11/2014 | 326 | REPLY to Response to Motion re 268 Joint MOTION to Dismiss for Lack of Jurisdiction *Pursuant to the First-to-File Bar of the False Claims Act* Response filed by Aurora Loan Services, LLC, BAC Home Loans Servicing, LLP, Banc of America Mortgage Securities, Inc., Bayview Loan Servicing LLC, California Reconveyance Company, Carrington Mortgage Services, Chase Home Finance LLC, Citimortgage Inc, HSBC Mortgage Services Inc, HomEq Servicing Corporation, Litton Loan Servicing LP, Nationwide Title Clearing Inc, Ocwen Loan Servicing, OneWest Bank, Select Portfolio Services, Inc., Vericrest Financial, Inc., Wells Fargo Home Mortgage. (Bogan, Allen) (Entered: 04/11/2014) |
| 04/11/2014 | 327 | REPLY to Response to Motion re 277 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *pursuant to Rules 12(b)(6) and 9(b)* Response filed by HSBC Mortgage Services Inc. (Thomas, Carmen) (Entered: 04/11/2014) |
| 04/11/2014 | 328 | REPLY to Response to Motion re 282 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM Response filed by OneWest Bank. (Cotter, Edward) (Entered: 04/11/2014) |
| 04/11/2014 | 330 | REPLY to Response to 279 First MOTION to Dismiss, 280 First MOTION to Dismiss. Reply to Response filed by Docx LLC, Lender Processing Services Inc. (Attachments: # 1 Exhibit 1 - Consent Final Judgment (State of Florida vs. Lender Processing Services, Inc.), # 2 Exhibit 2 - Transcript of Sentencing 06/25/2013))(bshr, ) (Entered: 04/14/2014) |
| 04/14/2014 | 329 | CERTIFICATE OF SERVICE by Citimortgage Inc re 325 Reply to Response to Motion,, 326 Reply to Response to Motion,, (Bogan, Allen) (Entered: |

| | | |
|---|---|---|
| | | 04/14/2014) |
| 04/14/2014 | 331 | DELETION OF DOCKET ENTRY NUMBER 320, 321. Reason: Reply refiled using corrected event code. Corrected Filing Document Number 330 . Modified filing date to that of original filing: 04/11/2014. (bshr, ) (Entered: 04/14/2014) |
| 04/14/2014 | 332 | **TEXT ORDER granting 316 Motion for Victoria Lynne Killion to Appear Pro Hac Vice for Aurora Loan Services, LLC (Brian Duffy - Local Counsel). Entered at the direction of the Honorable Joseph F. Anderson, Jr. on 04/14/2014.(bshr, ) (Entered: 04/14/2014)** |
| 04/14/2014 | 333 | CERTIFICATE OF SERVICE by HSBC Mortgage Services Inc re 327 Reply to Response to Motion (Thomas, Carmen) (Entered: 04/14/2014) |
| 04/14/2014 | 334 | CERTIFICATE OF SERVICE by BAC Home Loans Servicing, LLP, Banc of America Mortgage Securities, Inc., Bank of America, California Reconveyance Company, Chase Home Finance LLC, Citimortgage Inc, Wells Fargo Home Mortgage re 322 Reply to Response to Motion, (Daniel, Edward) (Entered: 04/14/2014) |
| 04/14/2014 | 335 | CERTIFICATE OF SERVICE by OneWest Bank re 328 Reply to Response to Motion *to Dismiss Third Amended Complaint Pursuant to Fed.R.Civ.P. 12(b)(6) and 9(b)* (Cotter, Edward) (Entered: 04/14/2014) |
| 04/15/2014 | 336 | CERTIFICATE OF SERVICE by Aurora Loan Services, LLC, Bayview Loan Servicing LLC, Carrington Mortgage Services, HomEq Servicing Corporation, Select Portfolio Services, Inc., Vericrest Financial, Inc. re 319 Reply to Response to Motion, *MOTION to Dismiss Certain Servicers' Motion to Dismiss the Third Amended Complaint Response* (McGee, Thomas) (Entered: 04/15/2014) |
| 04/16/2014 | 337 | CERTIFICATE OF SERVICE by Litton Loan Servicing LP, Ocwen Loan Servicing re 317 Reply to Response to Motion, 318 Reply to Response to Motion (Copeland, Melissa) (Entered: 04/16/2014) |
| 04/16/2014 | 338 | CERTIFICATE OF SERVICE by Chase Home Finance LLC re 324 Reply to Response to Motion (Griffith, Joseph) (Entered: 04/16/2014) |
| 04/21/2014 | 339 | **ORDER AMENDING SCHEDULE FOR ARGUMENTS ON PENDING MOTIONS re 312 Notice of Hearing on All Pending Motions Scheduled for April 28, 2014. Signed by Honorable Joseph F. Anderson, Jr. on 04/21/2014.(bshr, ) (Entered: 04/21/2014)** |
| 04/26/2014 | 340 | RESPONSE in Opposition re 266 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 267 First MOTION to Dismiss *Third Amended Complaints*, 276 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Per Rule 12(b)(6) and 9(b)*, 274 MOTION to Dismiss *Relator's Third Amended Complaint*, 275 MOTION to Dismiss , 280 First MOTION to Dismiss , 270 First MOTION to Dismiss *Third Amended Complaints*, 279 First MOTION to Dismiss , 282 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 281 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rules 12(b)(6), 9(b), and 12(b)(1); see also Dkt nos.* |

| | | |
|---|---|---|
| | | *271 and 278-1*, 278 Joint MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Rule 12(b)(1)*, 263 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss for Lack of Jurisdiction , 273 MOTION to Sever *and Dismiss*, 261 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 268 Joint MOTION to Dismiss for Lack of Jurisdiction *Pursuant to the First-to-File Bar of the False Claims Act*, 265 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 269 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *per Rule 12 (b)(6) and Rule 9(b)*, 264 MOTION to Dismiss for Lack of Jurisdiction , 277 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *pursuant to Rules 12(b)(6) and 9(b)* Response filed by United States of America.Reply to Response to Motion due by 5/8/2014 (Trapp, Frances) (Entered: 04/26/2014) |
| 04/28/2014 | 342 | **Minute Entry. Proceedings held before Honorable Joseph F Anderson, Jr: Motion Hearing held on 4/28/2014. The court grants defendants' motions to dismiss pursuant Rule 12(b)(1) of the Federal Rules of Civil Procedure, and the case, hereby, is dismissed with prejudice. Court Reporter Jenny Williams. (mflo, )** See 346 Order to Vacate this entry. (mflo) (Entered: 04/28/2014) |
| 04/28/2014 | 343 | JUDGMENT IT IS ORDERED AND ADJUDGED that plaintiff United States of America, ex rel. Lynn E. Szymoniak takes nothing from defendants and this case is dismissed with prejudice. (mflo, ) See 346 Order to Vacate this judgment (mflo) (Entered: 04/28/2014) |
| 04/30/2014 | 344 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings. Motions held on April 28, 2014, before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Jennifer H. Williams, RPR, Telephone number/E-mail Jenny_Williams@scd.uscourts.gov/803.351.9742. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction.. Redaction Request due 5/21/2014. Redacted Transcript Deadline set for 6/2/2014. Release of Transcript Restriction set for 7/29/2014. Associated Cases: 0:10-cv-01465-JFA, 0:13-cv-00464-JFA(jwil, ) (Entered: 04/30/2014) |
| 05/08/2014 | 345 | MOTION for Reconsideration re 343 Judgment by Lynn E Szymoniak. Response to Motion due by 5/27/2014. (Attachments: # 1 Memo in Support of Motion for Reconsideration/Relief from the Final Judgment, # 2 Unpublished Case Law)No proposed order.(Harpootlian, Richard) (Entered: 05/08/2014) |
| 05/08/2014 | 346 | **Order to Vacate 343 Judgment , 342 Minute entry of Oral Argument Hearing. denied without prejudice, with leave to refile once this court issues a written order as to 345 MOTION for Reconsideration of 343 Judgment filed by Lynn E Szymoniak. Signed by Honorable Joseph F Anderson, Jr on 5/8/14. (mflo, )** (Entered: 05/08/2014) |
| 05/08/2014 | 347 | ***DOCUMENT MAILED 346 Order to Vacate, placed in U.S. Mail to Donald H. Caldwell, Jr U.S. Attorney's Office 227 West Trade St., Ste. 1650 Charlotte, NC 28202 Nicklas A. Akers California Attorney General 455 |

| | | Golden Gate Ave, Suite 11000 San Francisco, CA 94010 Thomas Teige Carroll New York State Attorney General Equitable Building 120 Broadway 23rd Floor New York, NY 10271 (mflo, ) (Entered: 05/08/2014) |
|---|---|---|
| 05/12/2014 | 349 | **ORDER dismissing, pursuant to Rule 12(b)(1), the Relator's complaint without prejudice on first-to-file grounds and notifying parties that the court declines to exercise supplemental jurisdiction over any claims alleged on behalf of the state and local governments under their respective FCAs. Signed by Honorable Joseph F. Anderson, Jr. on 05/12/2014. (bshr, ) (Entered: 05/12/2014)** |
| 05/12/2014 | 350 | JUDGMENT / The court has ordered that the plaintiffs shall take nothing of the defendants and the complaint is dismissed without prejudice on first-to-file grounds. (bshr, ) (Entered: 05/12/2014) |
| 06/10/2014 | 351 | NOTICE OF APPEAL as to 350 Judgment by Lynn E Szymoniak. - Filing fee $ 505, receipt number 0420-5380922. The Docketing Statement form, Transcript Order form and CJA 24 form may be obtained from the Fourth Circuit website at www.ca4.uscourts.gov (Harpootlian, Richard) (Entered: 06/10/2014) |
| 06/11/2014 | 352 | Transmittal Sheet for Notice of Appeal to USCA re 351 Notice of Appeal, The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (bshr, ) (Entered: 06/11/2014) |
| 08/11/2014 | 355 | USCA MANDATE and ORDER granting motion to voluntarily dismiss appeal as to 351 Notice of Appeal, filed by Lynn E Szymoniak (Attachments: # 1 4CCA Order)(mflo, ) (Entered: 08/11/2014) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/06/2015 14:51:01 | | |
| **PACER Login:** | du6697:3222962:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 0:13-cv-00464-JFA |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |